ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
KENNETH A. EHRLICH, State Bar No. 150570
 *kehrlich@elkinskalt.com*
SEAN A. MCCORMICK, State Bar No. 295711
 *smccormick@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

LAW OFFICES OF JOEL L. HERZ
JOEL L. HERZ, (*Pro Hac Vice pending*)
 *joel@joelherz.com*
3573 E. Sunrise Drive, Suite 215
Tucson, AZ 85718
Telephone: 520.529.8080
Facsimile: 520-529-8077

Attorneys for Defendant NL Industries, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC. a New Jersey Corporation, et al.<br><br>Defendants. | CASE No. 2:20-cv-11293<br><br>DEFENDANT NL INDUSTRIES, INC.'S NOTICE OF INTERESTED PARTIES<br><br>The Hon. Stephen V. Wilson.<br><br>Action Filed:   December 14, 2020<br>Trial Date:     None Set |

# NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant NL Industries, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. NL Industries, Inc. ("NL") is a New Jersey corporation with its principal place of business in Texas.

2. Set forth below is the identification of any parent corporation or any publicly held corporation owning 10% or more of NL Industries, Inc.'s stock:

    Valhi, Inc.

DATED: February 16, 2021      ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP


By: _____/s/ *Kenneth A. Ehrlich*_____
    KENNETH A. EHRLICH
    Attorneys for Defendant NL Industries, Inc.

# PROOF OF SERVICE

**CA Dept., etc., et al. v. NL Industries, et al.**
**USDC Central CA - Case No. 2:20-cv-11293**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10345 W. Olympic Blvd., Los Angeles, CA 90064.

On February 16, 2021, I served true copies of the following document(s) described as **NOTICE OF INTERESTED PARTIES; DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P.7.1** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 16, 2021, at Los Angeles, California.

                                              /s/ Tracey N. Perkins
                                              Tracey N. Perkins

**SERVICE LIST**
**CA Dept., etc., et al. v. NL Industries, et al.**
**Case No. 2:20-cv-11293**

| | |
|---|---|
| Olivia Karlin<br>Sarah E Morrison<br>CAAG - Office of the Attorney General<br>California Department of Justice<br>300 South Spring Street<br>Los Angeles, CA 90013<br>213-269-6333<br>Fax: 213-897-2802<br>Email: Olivia.Karlin@doj.ca.gov<br>Sarah.morrison@doj.ca.gov<br>Attorneys for Plaintiffs | Anthony Alfonso Austin<br>CAAG - Office of the Attorney General<br>California Department of Justice<br>1300 I Street 15th Floor<br>Sacramento, CA 95814<br>916-210-7245<br>Fax: 916-327-2319<br>Email: anthony.austin@doj.ca.gov<br>Attorneys for Plaintiffs |
| Timothy Eugene Sullivan<br>California Department of Justice<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612<br>510-879-0987<br>Fax: 510-622-2270<br>Email: timothy.sullivan@doj.ca.gov<br>Attorneys for Plaintiffs | |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499