Krista M. Enns (CA 206430)
kenns@beneschlaw.com
Lily A. North (CA 260709)
lnorth@beneshlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone:628.600.2250
Facsimile: 628.221.5828

Thomas D. Warren (CA 160921)
tom.warren@warrenterzian.com
WARREN TERZIAN LLP
222 North Pacific Coast Highway Suite 2000
Los Angeles, CA 90245
Telephone: 213.410.2620

*additional counsel listed on following page

Counsel for Defendant and Counter-Claimant
Gould Electronics Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC., a New Jersey corporation; GOULD ELECTRONICS INC., an Arizona corporation; KINSBURSKY BROS. SUPPLY, INC., a California corporation; TROJAN BATTERY COMPANY, LLC, a Delaware limited liability company; RAM CAR BATTERIES INC., a California corporation; CLARIOS, LLC, a Wisconsin limited liability company; QUEMETCO, INC., a Delaware corporation; INTERNATIONAL METALS EKCO, LTD., a California corporation; and BLOUNT, INC., a Delaware corporation,<br><br>Defendants. | 2:20-cv-11293-SVW-(JPR)<br><br>**CLARIFICATION TO JOINT RULE 26(f) REPORT**<br><br>Courtroom: 10A<br>Judge: Stephen V. Wilson<br>Action Filed: December 14, 2020<br><br>Trial Date:  April 19, 2022<br>Time:  9:00 a.m. |

1  John A. Rego (*pro hac vice*)
   Gregory Frohman (*pro hac vice*)
2  jrego@beneschlaw.com
   gfrohman@beneschlaw.com
3  BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
   200 Public Square, Suite 2300
4  Cleveland, OH 44114
   Telephone: 216.363.4500
5
   Nicholas J. Secco (*pro hac vice*)
6  Andrew J. Jarzyna (*pro hac vice*)
   nsecco@beneschlaw.com
7  ajarzyna@beneschlaw.com
   BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
8  71 South Wacker Drive, Suite 1600
   Chicago, IL 60606
9  Telephone: 312.212.4949

10 Dan Terzian (CA 283835)
   dan.terzian@warrenterzian.com
11 Erick Kees Kuylman (CA 313202)
   erick.kuylman@warrenterzian.com
12 WARREN TERZIAN LLP
   222 North Pacific Coast Highway Suite 2000
13 Los Angeles, CA 90245
   Telephone: 213-410-2620
14
   David C. Allen (CA 190479)
15 david.allen@btlaw.com
   Joel R. Meyer (CA 247620)
16 joel.meyer@btlaw.com
   Joseph M. Wahl (CA 281920)
17 joseph.wahl@btlaw.com
   BARNES AND THORNBURG LLP
18 2029 Century Park East Suite 300
   Los Angeles, CA 90067
19 Telephone: 310-284-3880

20 *Counsel for Defendant and Counter-Claimant Gould Electronics Inc.*

Defendants NL Industries, Inc., Gould Electronics Inc., Kinsbursky Bros. Supply, Inc., Trojan Battery Company, LLC, Ramcar Batteries Inc., Clarios, LLC, Quemetco, Inc., International Metals Ekco, Ltd., and Oregon Tool, Inc. (formerly known as Blount, Inc.) (collectively, "Defendants"), by and through their counsel of record, submit this Clarification to the Joint Rule 26(f) Report filed on December 29, 2021.  In the Joint Rule 26(f) Report, the parties agreed on certain matters and set forth their differing views on certain matters regarding the Rule 26(f) topics applicable to the April 19, 2022, bench trial ("April 2022 trial"), which the Court scheduled in its November 15, 2021, Scheduling Notice.  Subsequent communications between Plaintiffs and Defendants have revealed that the Joint Rule 26(f) Report contained an ambiguity as to which the parties now hold differing interpretations.  This document clarifies Defendants' intent regarding that provision of the Joint Rule 25(f) Report.  Defendants offered Plaintiffs the opportunity to clarify their own interpretation via a joint submittal, but Plaintiffs declined.

**CLARIFICATION**

1.      On December 29, 2021, the parties submitted a Joint Rule 26(f) Report.  ECF 263.  This document focused on the trial scheduled for April 2022 regarding the scope of the compensable cleanup area in this case.  Section II.B of the Joint Rule 26(f) Report listed topics that the parties agreed should not be adjudicated at the April 2022 trial.  The fourth element of that list was "[c]ontribution, divisibility, and third party liability."  *Id.* at 3.

2.      On January 3, 2022, Defendants contacted Plaintiffs to clarify that in Section II.B.4 they intended only to agree to forego individual divisibility arguments, but not the more general argument that the extent of impact attributable to releases from the Vernon Plant is divisible or distinguishable from lead sources other than the Vernon Plant.

3. The parties conferred repeatedly in writing and by conference. Ultimately the parties could not agree on mutually acceptable language clarifying the intended scope of Section II.B.4.

4. Defendants did not intend in the Rule 26(f) Report to leave to a later date any argument that the effects of releases from the Vernon Plant are legally and factually divisible or distinguishable from other sources of contamination in the residential areas, particularly given that this issue could be central to the Court's determination of the extent of the "compensable cleanup area" in the April trial. Defendants contend that if their right to assert a such a defense regarding the extent of the compensable cleanup area is deferred until a later phase of the case, then the ultimate definition of the compensable cleanup area itself will also likely be deferred, and the April trial would not narrow the scope of the litigation as intended.

5. As Plaintiffs declined Defendants' proposal of a brief joint submission to the Court, Defendants are submitting this document to clarify the extent of agreement reflected in the Joint Rule 26(f) Report. No Court action is requested.

Respectfully submitted:

Dated:  February 18, 2022

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP

By: /s/ *Krista M. Enns*
Krista M. Enns

*Counsel for Defendant and Counter-Claimant Gould Electronics Inc.*

BEVERIDGE & DIAMOND, P.C.

By: /s/ *Eric L. Klein*
Eric L. Klein (*pro hac vice*)

*Counsel for Defendant Clarios, LLC*

RAF LAW GROUP

By: /s/*Anna L. Le May*
Ruben A. Castellon
Anna L. Le May

*Counsel for International Metals Ekco, Ltd.*

4

Clarification to Joint Rule 26(f) Report
(Case No. CV 2:20-cv-11293-SVW-(JPR))

| | |
|---|---|
| LAW OFFICES OF JAMES C. MACDONALD<br><br>By: /s/James C. Macdonald<br>James C. Macdonald<br><br>*Counsel for Ramcar Batteries, Inc.* | GIBSON, DUNN & CRUTCHER LLP<br><br>By: /s/Alexander P. Swanson<br>Patrick W. Dennis<br>Alexander P. Swanson<br>Thomas F. Cochrane<br><br>*Counsel for Quemetco, Inc.* |
| FARELLA BRAUN + MARTELL LLP<br><br>By: /s/Donald Sobelman<br>Donald Sobelman<br>Linda Sobczynski<br>John Ugai<br><br>*Counsel for Oregon Tool, Inc., formerly known as Blount, Inc.* | MURCHISON & CUMMING, LLP<br><br>By: /s/Richard A. Dongell<br>Richard A. Dongell<br>Eric P. Weiss<br><br>*Counsel for Kinbursky Bros. Supply, Inc. dba KBI* |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By: /s/Stephen J. O'Neil<br>Stephen J. O'Neil<br>Jeffrey J. Parker<br><br>*Counsel for Trojan Battery Company, LLC* | LAW OFFICES OF JOEL L. HERZ<br><br>By: /s/Joel L. Herz<br>Joel L. Herz<br><br>*Counsel for NL Industries, Inc.* |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Krista M. Enns, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 18, 2022        By: /s/ Krista M. Enns
                                Krista M. Enns