GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
JOHN H. HOLLOWAY, Bar No. 181190
john.holloway@bbklaw.com
WENDY Y. WANG, Bar No. 228923
wendy.wang@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street
Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

Attorneys for Non-Party
ROUX ASSOCIATES, INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC., a New Jersey corporation; et al.,<br><br>Defendants.<br><br>NL INDUSTRIES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation; et al.,<br><br>Third-Party Defendants. | Case No. 2:20-CV-11293-SVW-JPR<br><br>Honorable Jean P. Rosenbluth<br>U.S. Magistrate Judge<br>Courtroom 690<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE RE DEFENDANTS' MOTION TO COMPEL**<br><br>Date: September 15, 2022<br>Time: 10:00 am<br>Ctrm: 690<br><br>3rd Party Complaint Filed: 08/16/2021<br>Action Filed: 12/14/2020<br>Trial Date: 04/19/2022 |

65446.99999\40683788.2

-1-

Counsel for Plaintiffs and Counterdefendants California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, Plaintiffs"), Defendants and Counterclaimants NL Industries, Inc., Gould Electronics Inc., Trojan Battery Company, LLC, Clarios, LLC, Quemetco, Inc., Oregon Tool, Inc. (formerly known as Blount, Inc.), International Metals Ekco, Ltd., Kinsbursky Bros. Supply, Inc. dba KBI ("KBI"), and Ramcar Batteries, Inc. ("Ramcar") ("Defendants"), Third-Party Defendant County of Los Angeles ("the County"), and Non-Party Roux Associates, Inc. ("Roux") hereby submit this stipulation to request that the status conference currently scheduled for September 15, 2022, at 10 a.m. be continued to a date after the Court has issued its rulings on the Phase 1 scope trial ("Scope Trial").

Plaintiffs, Defendants, the County, and Roux are all the relevant parties and non-party to Defendants' motion to compel ("Motion"). (Dkt 317.)

This Court previously set a status conference regarding the Motion. The status conference was initially scheduled for April 21, 2022. The relevant parties previously stipulated to continue the status conference from April 2022 to September 2022.

Plaintiffs, Defendants, the County, and Roux wish to continue the status conference again, and hereby stipulate and request to continue the currently scheduled status conference on the Motion to November 10, 2022, or as soon thereafter as the status conference may be set.

| | | |
|---|---|---|
| 1 | Dated: September 12, 2022 | **BEST BEST & KRIEGER LLP** |

By: */s/ Wendy Y. Wang*
WENDY Y. WANG

*Attorneys for Non-Party*
*ROUX ASSOCIATES, INC.*

Dated: September 12, 2022    **LAW OFFICES OF JOEL L. HERZ**

By: */s/ Joel L. Herz*
JOEL L. HERZ

*Attorneys for Defendant, Counter-Claimant, Third Party Plaintiff*
*NL INDUSTRIES, INC.*

Dated: September 12, 2022    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Stephen J. O'Neil*
STEPHEN J. O'NEIL
JEFFREY J. PARKER
ZACHARY M. NORRIS

*Attorneys for Defendant and Counter-Claimant*
*TROJAN BATTERY COMPANY, LLC*

Dated: September 12, 2022    **BEVERIDGE & DIAMOND, P.C.**

By: */s/ Eric L. Klein*
ERIC L. KLEIN

*Attorneys for Defendant and Counter-Claimant*
*CLARIOS, LLC*

Dated: September 12, 2022           **BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

By: */s/ Nicholas J. Secco*
ANDREW J. JARZYNA
JOHN A. REGO
GREGORY T. FROHMAN
NICHOLAS J. SECCO

*Attorneys for Defendant and Counter-Claimant*
*GOULD ELECTRONICS INC.*

Dated: September 12, 2022           **FARELLA BRAUN & MARTEL LLP**

By: */s/ Donald E. Sobelman*
DONALD E. SOBELMAN
LINDA T. SOBCZYNSKI
JOHN M. UGAI
CHRISTOPHER I. RENDALL-JACKSON

*Attorneys for Defendant and Counter-Claimant*
*OREGON TOOL INC.*

Dated: September 12, 2022           **RUTAN & TUCKER LLP**

By: */s/ Alexander P. Swanson*
ALEXANDER P. SWANSON

*Attorneys for Defendant and Counter-Claimant*
*QUEMETCO, INC.*

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

65446.99999\40683788.2

-4-

2:20-CV-11293-SVW-JPR
STIPULATION TO CONTINUE STATUS CONFERENCE RE DEFENDANTS' MOTION TO COMPEL

| | |
|---|---|
| Dated: September 12, 2022 | **MURCHISON & CUMMING, LLP** |
| | By: */s/ Richard A. Dongell* <br> RICHARD A. DONGELL |
| | *Attorneys for Defendant and Counter-Claimant KINSBURSKY BROS. SUPPLY, INC. dba KBI* |
| Dated: September 12, 2022 | **LAW OFFICES OF JAMES C. MACDONALD** |
| | By: */s/ James Macdonald* <br> JAMES C. MACDONALD |
| | *Attorneys for Defendant and Counter-Claimant RAMCAR BATTERIES, INC.* |
| Dated: September 12, 2022 | **SHER EDLING LLP** |
| | By: */s/ YUMEHIKO HOSHIJIMA* <br> MATTHEW K EDLING <br> TIMOTHY R. SLOANE <br> YUMEHIKO HOSHIJIMA |
| | *Attorneys For Plaintiffs CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT* |
| Dated: September 12, 2022 | **DAWYN R. HARRISON** <br> **Acting County Counsel** <br> **OFFICE OF THE COUNTY COUNSEL LOS ANGELES COUNTY** |
| | By: */s/ César J. Del Peral* <br> CÉSAR J. DEL PERAL <br> Senior Deputy County Counsel |
| | *Attorneys for Third-Party Defendant THE COUNTY OF LOS ANGELES* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Wendy Y. Wang, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 12, 2022           By:   /s/ *Wendy Y. Wang*
                                          Wendy Y. Wang

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CALIFORNIA 94596

65446.99999\40683788.2

-6-

2:20-CV-11293-SVW-JPR
STIPULATION TO CONTINUE STATUS
CONFERENCE RE DEFENDANTS'
MOTION TO COMPEL