GENE TANAKA, Bar No. 101423
gene.tanaka@bbklaw.com
JOHN H. HOLLOWAY, Bar No. 181190
john.holloway@bbklaw.com
WENDY Y. WANG, Bar No. 228923
wendy.wang@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street
Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

Attorneys for Non-Party
ROUX ASSOCIATES, INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC., a New Jersey corporation; et al.,<br><br>Defendants. | Case No. 2:20-CV-11293-SVW-JPR<br><br>Honorable Jean P. Rosenbluth<br>U.S. Magistrate Judge<br>Courtroom 690<br><br>**ORDER TO CONTINUE STATUS CONFERENCE RE DEFENDANTS' MOTION TO COMPEL**<br><br>3rd Party Complaint Filed: 08/16/2021<br>Action Filed: 12/14/2020<br>Trial Date: 04/19/2022 |
| NL INDUSTRIES, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation; et al.,<br><br>Third-Party Defendants. | |

BEST BEST & KRIEGER LLP

-1-

65446.99999\40695794.1

2:20-CV-11293-SVW-JPR
[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE RE DEFENDANTS' MOTION TO COMPEL

**ORDER**

The Court has considered the Stipulation to Continue Status Conference Regarding Defendants' Motion to Compel. (Dkt 480.) For the reasons set forth in the Stipulation, it is hereby:

**ORDERED** that the Status Conference currently scheduled for September 15, 2022, at 10:00 A.M. is continued to November 10, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 14, 2022

_____
Honorable Jean P. Rosenbluth
U.S. Magistrate Judge