ROB BONTA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General
DONALD A. ROBINSON, SBN 72402
AARTI S. KEWALRAMANI, SBN 247068
JON S. TANGONAN, SBN 216705
ELIZABETH B. RUMSEY, SBN 257908
ADRIANNA LOBATO, SBN 332026
Deputy Attorneys General
300 South Spring Street
Los Angeles, CA 90013
Phone: (213) 269-6328
Fax: (916) 731-2128
E-mail: Aarti.Kewalramani@doj.ca.gov

*Attorneys for Plaintiffs
Department of Toxic Substances Control
and the Toxic Substances Control Account*

Gary J. Smith
Bina R. Reddy (*pro hac vice*)
Eric L. Klein (*pro hac vice*)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:   (415) 262-4040
gsmith@bdlaw.com

*Attorneys for Defendant Clarios, LLC*

Additional counsel listed on signature page

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, *et al.*,<br><br>  Plaintiffs and Counterdefendants,<br><br>  vs.<br><br>NL INDUSTRIES, INC., *et al.*,<br><br>  Defendants and Counterclaimants.<br><br>AND RELATED THIRD-PARTY CLAIMS | Case No. 2:20-cv-11293-SVW-JPRx<br><br>**JOINT STATUS REPORT**<br><br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: TBD<br>Action Filed: December 14, 2020 |

## INTRODUCTION

On October 20, 2022, the Court issued a decision and verdict ("Verdict") in Defendants' favor regarding "whether releases from the Vernon Plant caused Plaintiffs to incur response costs." Dkt. 482 at 1. On October 25, 2022, the Court scheduled a status conference. Dkt. 483. On November 3, 2022, November 10, 2022 and November 11, 2022, the parties, through their counsel of record, engaged in meet and confer discussions regarding case management. Based on their discussions, Plaintiffs and the undersigned Defendants ("Defendants") hereby submit this Joint Status Report.

## JOINT STATEMENT OF THE CASE

Plaintiffs have brought claims pursuant to the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA") §§ 107 and 113(g)(2), 42 U.S.C. §§ 9607 and 9613(g)(2), and California's Hazardous Substances Account Act ("HSAA"), California Health and Safety Code §§ 25360–61, alleging that Defendants are jointly and severally liable for past and future response costs Plaintiffs allegedly incurred and will incur in connection with alleged releases of hazardous substances from a secondary lead smelter located in Vernon, California (the "Vernon Plant"). Plaintiffs also request injunctive relief pursuant to the HSAA, California Health and Safety Code § 25358.3, against Defendants and bring a claim for public nuisance against NL Industries, Inc. ("NL").

Defendants deny liability for Plaintiffs' claims and assert various defenses. Defendants have also asserted counterclaims against Plaintiffs seeking contribution under CERCLA § 113(f), 42 U.S.C. § 9613(f), a declaratory judgment under CERCLA § 113(g), 42 U.S.C. § 9613(g), and contribution/indemnity under the HSAA, California Health and Safety Code § 25300. Other counterclaims by Defendants have been dismissed. *See* Dkt. Nos. 177, 260.

NL has also brought a Third-Party Complaint for claims pursuant to CERCLA §§ 113(f) and 113(g)(2), 42 U.S.C. §§ 9613 (f) and 9613(g)(2), California Health and Safety Code § 25300, and equitable indemnity, alleging that approximately sixty-four

(64) third parties ("Third-Party Defendants") caused or contributed to the contamination at the properties surrounding the Vernon Plant. Dkt. No. 122.  Many, but not all, of these third parties have responded to NL's Third-Party Complaint.  The Court stayed all third-party deadlines on September 24, 2021.  *See* Dkt. No. 175.

## CASE MANAGEMENT

As the parties have discussed in earlier case management proposals, the Court has broad discretion to manage this case using a phased approach. *See* Dkt. No. 227 at 6–7 & n.2, 18 & n.7 (describing the Court's authority).

The Court completed Phase 1 of this action by holding the Scope Trial and issuing its Verdict.  Plaintiffs intend to move the Court to certify its Verdict for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), together with a motion to stay further proceedings in the trial court if this Court grants 1292(b) certification.  Defendants intend to oppose both a certification of appeal and a stay pending appeal.

The parties are working diligently and cooperatively discussing a joint case management proposal but require more time to bring the Court what will hopefully be a joint proposal, rather than competing proposals.  Nevertheless, Plaintiffs and Defendants have reached general agreement that the next phase of this case should resolve Defendants' alleged CERCLA/HSAA liability, as well as Plaintiffs' alleged liability for Defendants' counterclaims.  This phase would include resolving any defenses to liability, including issues of divisibility.  The parties will continue to discuss the precise scope and timing of the next phase with the objective of reaching agreement on a Joint Case Management Report to submit to the Court.

///

| | |
|---|---|
| | Respectfully submitted, |
| Dated: November 11, 2022 | |
| Rob Bonta<br>Attorney General of California<br>Sarah E. Morrison, SBN 143459<br>Supervising Deputy Attorney General<br><br>Aarti S. Kewalramani<br>Deputy Attorney General<br><br>By: */s/ Matthew K. Edling*<br>Matthew K. Edling<br>Yumehiko Hoshijima<br>Sher Edling LLP<br><br>*Attorneys for Plaintiffs*<br>*Cal. Dept. of Toxic Substances Control*<br>*and Toxic Substances Control Account* | BEVERIDGE & DIAMOND, P.C.<br><br>By: */s/ Eric L. Klein*<br>Gary J. Smith<br>Bina R. Reddy (*pro hac vice*)<br>Eric L. Klein (*pro hac vice*)<br><br>*Counsel for Clarios, LLC* |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br><br>By: */s/ John Rego*<br>John A. Rego<br>Nicholas J. Secco<br>Krista Enns<br><br>*Counsel for Gould Electronics Inc.* | RUTAN & TUCKER, LLP<br><br>By: */s/ Alexander P. Swanson*<br>Alexander P. Swanson<br><br>*Attorney for Quemetco, Inc.* |
| MURCHISON & CUMMING, LLP<br><br>By: */s/ Richard A. Dongell*<br>Richard A. Dongell<br><br>*Attorneys for Kinsbursky Bros. Supply, Inc. dba KBI* | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By: */s/ Stephen J. O'Neil*<br>Stephen J. O'Neil<br>Jeffrey J. Parker<br><br>*Attorneys for Trojan Battery Company, LLC* |

| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP | RAF LAW GROUP |
| By: */s/ Donald Sobelman* <br> Donald Sobelman <br> Christopher Rendall-Jackson <br> John Ugai | By: */s/ Ruben A. Castellon* <br> Ruben A. Castellon <br> Anna L. Le May |
| *Attorneys for Oregon Tool, Inc., formerly known as Blount, Inc.* | *Counsel for International Metals Ekco, Ltd.* |

LAW OFFICES OF JAMES C. MACDONALD

By: */s/ James C. Macdonald*
James C. Macdonald

*Attorney for Ramcar Batteries, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Matthew K. Edling, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 11, 2022   */s/ Matthew K. Edling*
                            Matthew K. Edling