# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-11293-SVW-JPR | Date | November 14, 2022 |
|---|---|---|---|
| Title | California Department of Toxic Substances Control v. NL Industries, Inc. et al | | |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew K. Edling | Joel L. Herz |
| | Alexander P. Swanson |
| | Eric L. Klein |
| | Nicholas J. Secco |
| | Richard A. Dongell |
| | James C. Macdonald |
| | Matthew Hinks |
| | Wendy Wang |
| | Stephen Lee |
| | Steve O'Neil |
| | John Rego |
| | John Ugai |

**Proceedings:** ZOOM - STATUS CONFERENCE

Conference held. The Court sets the matter for a court trial on May 30, 2023 at 9:00 a.m., with a pretrial conference on May 22, 2023 at 3:00 p.m.

: 35

Initials of Preparer    PMC