1  STEPHEN J. O'NEIL, Cal. Bar No. 127120
soneil@sheppardmullin.com
2  JEFFREY J. PARKER, Cal. Bar No. 155377
jparker@sheppardmullin.com
3  ZACHARY M. NORRIS, Cal. Bar No. 268616
znorris@sheppardmullin.com
4
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
5  333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
6  Telephone:  213.620.1780
Facsimile:   213.620.1398
7

8
Attorneys for Defendant TROJAN
9  BATTERY COMPANY, LLC, a
Delaware Limited Liability Company
10

11                    UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                Plaintiffs,<br><br>        v.<br><br>NL INDUSTRIES, INC., et al.<br><br>                Defendants. | Case No. 2:20-CV-11293-SVW-JPR<br><br>**DEFENDANT TROJAN BATTERY COMPANY, LLC'S PHASE II TRIAL WITNESS LIST**<br><br>Before:  Hon. Stephen V. Wilson<br>Complaint Filed:   December 14, 2020<br>Phase II Trial Date:  May 30, 2023 |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Trojan Battery Company, LLC ("Trojan"), submits the following witness list pursuant to Local Rule 16-5 and this Court's November 21, 2022 Civil Trial Preparation Order (ECF No. 511).  Trojan reserves the right to amend or supplement this list until trial, and further reserves the right to call witnesses designated by other parties in this matter, and to call witnesses for the purposes of impeachment.

| Witness's Name*, Phone Number, Address | Dates of Testimony [to be filled in during trial] |
|---|---|
| Poonam Acharya c/o California Department of Justice | |
| Peter Ruttan c/o California Department of Justice | |
| Suhasini Patel c/o California Department of Justice | |
| Tamara Zielinski c/o California Department of Justice | |
| Hortensia Muniz-Ghazi c/o California Department of Justice | |
| Rizgar Ghazi c/o California Department of Justice | |
| Steve Ross c/o California Department of Justice | |
| Todd Wallbom c/o California Department of Justice | |
| Ruth Williams-Morehead c/o California Department of Justice | |
| Joel Bauman c/o California Department of Justice | |
| Matt Wetter c/o California Department of Justice | |
| Wendy Arano c/o California Department of Justice | |

| Witness's Name*, Phone Number, Address | Dates of Testimony [to be filled in during trial] |
|---|---|
| Brian Strand<br>c/o California Department of Justice | |
| Mukul Agarwal<br>c/o California Department of Justice | |
| Roberto Kou<br>c/o California Department of Justice | |
| Wayne Lorenzen<br>c/o California Department of Justice | |
| Kimberly Gettman<br>c/o California Department of Justice | |
| Grant Cope<br>c/o California Department of Justice | |
| Kate Burger<br>c/o California Department of Justice | |
| Fred Ganster, Jr.<br>c/o Steve O'Neil<br>Sheppard Mullin LLP<br>333 Hope Street, 43rd Floor<br>Los Angeles, CA  90071<br>(213) 620-1780 | |
| Rick Godber<br>c/o Steve O'Neil<br>Sheppard Mullin LLP<br>333 Hope Street, 43rd Floor<br>Los Angeles, CA  90071<br>(213) 620-1780 | |
| Evert "Bud" DeSart<br>c/o Katherine L. Butler<br>Butler Law Office<br>123 South Central Ave.<br>Eureka, MO  63025<br>(636) 938-5253 | |

SMRH:4864-1795-4656.1
Case No. 2:20-CV-11293-SVW-JPR
TROJAN'S PHASE II TRIAL WITNESS LIST

| Witness's Name*, Phone Number, Address | Dates of Testimony [to be filled in during trial] |
|---|---|
| John Hogarth<br>c/o Steve O'Neil<br>Sheppard Mullin LLP<br>333 Hope Street, 43rd Floor<br>Los Angeles, CA  90071<br>(213) 620-1780 | |
| Joseph Preuth<br>c/o Steve O'Neil<br>Sheppard Mullin LLP<br>333 Hope Street, 43rd Floor<br>Los Angeles, CA  90071<br>(213) 620-1780 | |
| Anthony Saldana<br>c/o Richard A. Dongell<br>Murchison & Cumming, LLP<br>18201 Von Karman Avenue, Suite 950<br>Irvine, CA 92612<br>(714) 972-9977 | |
| Gwen Tellegen<br>c/o Steve O'Neil<br>Sheppard Mullin LLP<br>333 Hope Street, 43rd Floor<br>Los Angeles, CA  90071<br>(213) 620-1780 | |
| Ken Clark | |
| Bill McCluskey | |
| Dan Henke | |
| Raphael Perez | |
| Ed Mopas | |
| Paul Stratman | |
| Barbara Forslund | |

Case No. 2:20-CV-11293-SVW-JPR

TROJAN'S PHASE II TRIAL WITNESS LIST

| Witness's Name*, Phone Number, Address | Dates of Testimony [to be filled in during trial] |
|---|---|
| Nicolas Serieys | |
| Jeffery Thompson | |
| Jennifer DiJoseph | |
| Tom Strang | |
| Corey Vodvarka | |
| William G. Cutler, Ph.D., P.G. c/o Donald Sobelman, Esq., Farella Braun + Martel LLP, One Bush Street, Suite 900 San Francisco, CA  94014-4415, (415) 954-4450 | |
| Ronald Hayes Keramida, Inc. 401 North College Avenue Indianapolis, IN  46202 (818) 730-1423 | |
| W. Richard Laton Earthforensics, Inc. 12532 Vista Panorama North Tustin, CA  92705 (714) 296-4055 | |
| Edward M. Muehlbacher c/o Donald Sobelman, Esq., Farella Braun + Martel LLP, One Bush Street, Suite 900 San Francisco, CA  94014-4415, (415) 954-4450 | |
| Frederic L. Quivik, Ph.D. 973 Ashland Ave. Saint Paul, MN  55104 (651) 291-5058 | |

SMRH:4864-1795-4656.1

Case No. 2:20-CV-11293-SVW-JPR

TROJAN'S PHASE II TRIAL WITNESS LIST

| Witness's Name*, Phone Number, Address | Dates of Testimony [to be filled in during trial] |
|---|---|
| Kristin Robrock, Ph.D., P.E. Exponent 475 14th Street, Suite 400 Oakland, CA 94612 (510) 268-5003 | |

* Pursuant to Local Rule 16-5, an asterisk indicates a witness whom may be called if the need arises.

Dated: May 1, 2023          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
                    STEPHEN J. O'NEIL
                    ZACHARY M. NORRIS

                    Attorneys for Defendant
          TROJAN BATTERY COMPANY, LLC, a
          Delaware limited liability company

1

## CERTIFICATE OF SERVICE

2        On May 1, 2023, I served the foregoing **DEFENDANT TROJAN**

3   **BATTERY'S PHASE II TRIAL WITNESS LIST** via email to counsel for all

4   parties in this action.

5

6                                        By: _____

7                                             Valerie Arriola

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28