# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC., et al.,<br><br>Defendants. | No. 2:20-cv-11293-SVW-JPRx<br><br>[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT GOULD ELECTRONIC INC.<br><br>Judge: Stephen V. Wilson<br>Action Filed: December 14, 2020<br>Trial Date: May 30, 2023 |

[Proposed] Order Approving Joint Stipulation Between Plaintiffs and Defendant Gould Electronics Inc., No. 2:20-cv-11293-SVW-JPRx

# [~~PROPOSED~~] ORDER

The Court has reviewed the Joint Stipulation Between Plaintiffs and Defendant Gould Electronics Inc. ("Stipulation").

Good cause has been shown to APPROVE the Stipulation. Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account and Defendant Gould Electronics Inc. shall be bound by the terms set forth in the Stipulation for the purposes of this litigation only.

**IT IS SO ORDERED.**

DATED: May 22, 2023

The Honorable Stephen V. Wilson
United States District Judge

[Proposed] Order Approving Joint Stipulation Between Plaintiffs and Defendant Gould Electronics Inc., No. 2:20-cv-11293-SVW-JPRx       1