UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DTSC, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NL INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 2:20-cv-11293-SVW-JPR<br><br>Judge:  Hon. Stephen V. Wilson<br>Ctrm:   10A<br><br>**[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT QUEMETCO, INC.** |
| QUEMETCO, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>CALIFORNIA DTSC, et al.,<br><br>    Counterdefendants. | Date Action Filed:  December 14, 2020<br>Trial Date:           May 30, 2023 |

Rutan & Tucker, LLP
attorneys at law

3047/037568-0001
19181859 1 a05/24/23

[Proposed] Order Approving Joint Stipulation Between Plaintiffs and Defendant Quemetco, Inc.

# [PROPOSED] ORDER

The Court has reviewed the Joint Stipulation Between Plaintiffs and Defendant Quemetco, Inc. ("Stipulation").

Good cause has been shown to APPROVE the Stipulation. Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account and Defendant Quemetco, Inc. shall be bound by the terms set forth in the Stipulation for the purposes of this litigation only.

**IT IS SO ORDERED.**

DATED: ___May 31___, 2023

_____
The Honorable Stephen V. Wilson
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

3047/037568-0001
19181859 1 a05/24/23

-1-
[Proposed] Order Approving Joint Stipulation Between Plaintiffs and Defendant Quemetco, Inc.