Matthew K. Edling, SBN 250940
matt@sheredling.com
Yumehiko Hoshijima, SBN 331376
yumehiko@sheredling.com
**Sher Edling LLP**
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104
Phone (628) 231-2500
Fax: (628) 231-2929

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Christopher T. Nidel, (*pro hac vice*)
Thomas Sims, SBN 264174
**Nidel & Nace, PLLC**
One Church Street, Suite 802
Rockville, MD 20850
Phone: (202) 780-5153
Email: Chris@nidellaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Rob Bonta
**Attorney General of California**
Sarah E. Morrison
Supervising Deputy Attorney General
Jon S. Tangonan, SBN 216705
Elizabeth B. Rumsey, SBN 257908
Donald A. Robinson, SBN 72402
Elizabeth Y. Song, SBN 326616
Kate M. Hammond, SBN 293433
Deputy Attorneys General
300 South Spring Street
Los Angeles, CA 90013
Phone: (213) 269-6531
Fax: (916) 731-2128
E-mail: kate.hammond@doj.ca.gov

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiff,<br><br>v.<br><br>NL INDUSTRIES, INC. et al.,<br><br>Defendant. | Case No. 2:20-cv-11293-SVW-JPRx<br><br>**JOINT PROPOSED CASE MANAGEMENT ORDER**<br><br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: August 1, 2023<br>Action Filed: December 14, 2020 |

# JOINT PROPOSED CASE MANAGEMENT ORDER

In advance of the August 1, 2023, Phase III trial on divisibility, the undersigned parties met and conferred in order to reach agreement regarding pre-trial deadlines. The parties' discussions were informed by the Court's July 5, 2023, Order on Liability in Advance of the Divisibility Trial (Dkt. No. 854). Accordingly, the undersigned parties respectfully ask that the Court enter the attached order establishing the following pre-trial deadlines for the Phase III divisibility trial:

Serve expert reports – July 10, 2023

File witness list – July 11, 2023

Close of expert discovery – July 20, 2023

File motions in limine – July 21, 2023

Exchange deposition designations – July 24, 2023

Exchange exhibit lists – July 25, 2023

File trial declarations – July 25, 2023

File trial brief – July 25, 2023

File opposition to motions in limine – July 26, 2023

Exchange deposition counter-designations – July 26, 2023

Exchange responses to deposition counter-designations – July 27, 2023

Serve objections to exhibits/declarations/designations – July 28, 2023

File replies in support of motions in limine – July 28, 2023

File joint exhibit list – July 31, 2023

Dated: July 14, 2023

**SHER EDLING LLP**

By: */s/ Matthew K. Edling*
Matthew K. Edling
Yumehiko Hoshijima

*Attorneys for California Department of Toxic Substances Control and Department of Substances Control Account*

**LAW OFFICES OF JAMES C. MACDONALD**

By: */s/ Jim Macdonald*
James C. Macdonald

*Attorney for Ramcar Batteries, Inc.*

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ John Rego*
   Lily A. North
   Nicholas J. Secco (*pro hac vice*)
   John A. Rego (*pro hac vice*)
   Krista M. Enns
   Andrew J. Jarzyna (*pro hac vice*)
   Gregory Frohman (*pro hac vice*)

**WARREN TERZIAN LLP**
   Thomas D. Warren
   Dan Terzian
   Erick Kees Kuylman

*Attorneys for Defendant and Counter-Claimant Gould Electronics Inc.*

**BEVERIDGE & DIAMOND, P.C.**

By: */s/ Eric Klein*
Gary J. Smith
Bina R. Reddy (*pro hac vice*)
Eric L. Klein (*pro hac vice*)

*Attorneys for Clarios, LLC*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Zachary Norris
Stephen J. O'Neil
Jeffrey J. Parker
Zachary Norris

*Attorneys for Trojan Battery Company, LLC*

**MURCHISON & CUMMING, LLP**

By: */s/ Jason Kandah*
Richard A. Dongell
Jason Kandah

*Attorneys for Kinsbursky Bros. Supply, Inc. dba KBI*

**FARELLA BRAUN + MARTEL LLP**

By: */s/ Donald Sobelman*
Donald Sobelman
Christopher Rendall-Jackson
John Ugai

*Attorneys for Oregon Tool, Inc., formerly known as Blount, Inc.*

1 | **LAW OFFICE OF JOEL L. HERZ**
2 | By: /s/ Joel Herz
3 | Joel L. Herz
4 | *Attorney for NL Industries, Inc.*

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Matthew K. Edling, attest that all parties on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 14, 2023                    */s/ Matthew K. Edling*
                                        Matthew K. Edling