Krista M. Enns (CA 206430)
kenns@beneschlaw.com
Lily A. North (CA 260709)
lnorth@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828

Thomas D. Warren (CA 160921)
tom.warren@warrenterzian.com
WARREN TERZIAN LLP
222 North Pacific Coast Highway Suite 2000
Los Angeles, CA 90245
Telephone: 213.410.2620

*additional counsel listed on following page

Counsel for Defendant and Counter-Claimant
Gould Electronics, Inc.

**IN THE UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC., a New Jersey corporation; et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:20-cv-11293-SVW-JPR<br><br>**DEFENDANT GOULD ELECTRONICS INC.'S QUESTION TO THE COURT REGARDING EXPERT DECLARATIONS**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Complaint Filed:     12/14/20<br>Phase III Trial Date:  8/1/23 |

| | |
|---|---|
| 1 | John A. Rego (*pro hac vice*) |
|   | jrego@beneschlaw.com |
| 2 | Gregory T. Frohman (*pro hac vice*) |
|   | gfrohman@beneschlaw.com |
| 3 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|   | 200 Public Square, Suite 2300 |
| 4 | Cleveland, OH 44114 |
|   | Telephone: 216.363.4500 |
| 5 | |
|   | Nicholas J. Secco (*pro hac vice*) |
| 6 | nsecco@beneschlaw.com |
|   | Andy J. Jarzyna (*pro hac vice*) |
| 7 | ajarzyna@beneschlaw.com |
|   | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 8 | 71 South Wacker Drive, Suite 1600 |
|   | Chicago, IL 60606 |
| 9 | Telephone: 312.212.4949 |
| 10 | Dan Terzian (CA 283835) |
|   | dan.terzian@warrenterzian.com |
| 11 | Erick Kees Kuylman (CA 313202) |
|   | erick.kuylman@warrenterzian.com |
| 12 | WARREN TERZIAN LLP |
|   | 222 North Pacific Coast Highway Suite 2000 |
| 13 | Los Angeles, CA 90245 |
|   | Telephone: 213-410-2620 |
| 14 | |
|   | *Counsel for Defendant and Counter-Claimant* |
| 15 | *Gould Electronics, Inc.* |

2

DEF. GOULD ELECTRONICS INC.'S QUESTION TO THE COURT REGARDING EXPERT DECLARATIONS

Defendant Gould Electronics Inc. respectfully requests the Court's guidance on the following issue related to the upcoming Phase III Divisibility Trial:

Under the Court's case management order (ECF 869) for the August 1, 2023 divisibility trial, the parties are to file declarations of direct testimony by July 25, 2023. There is confusion among some parties regarding the permissible scope of expert declarations, and Gould Electronics wishes to confirm with the Court that, consistent with Rule 26(a)(2), the parties' expert declarations should present only the opinions disclosed in the expert's timely (i.e., July 10, 2023) expert report.

Dated: July 23, 2023

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

By: */s/ Lily A. North*
    Lily A. North
    Nicholas J. Secco (pro hac vice)
    Krista M. Enns
    John A. Rego (pro hac vice)
    Andrew J. Jarzyna (pro hac vice)
    Gregory Frohman (pro hac vice)
    BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP

Thomas D. Warren
Dan Terzian
Erick Kees Kuylman
WARREN TERZIAN LLP

*Attorneys for Defendant and Counter-Claimant Gould Electronics, Inc.*