Joel L. Herz, Esq. (Admitted Pro Hac Vice)
joel@joelherz.com
LAW OFFICES OF JOEL L. HERZ
3573 East Sunrise Drive, Suite 215
Tucson, AZ 85718
(520) 529-8080 (telephone)
(520)529-8077 (facsimile)

Kenneth A. Ehrlich (Bar #150570)
kehrlich@elkinskalt.com
Sean A. McCormick (Bar #295711)
smccormick@elkinskalt.com
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd
Los Angeles, CA  90064
(310) 746-4412 (telephone)
(310) 746-4499 (facsimile)
Attorneys for Defendant NL Industries, Inc.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC., et al.<br><br>  Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS<br>_____ | Case No. 2:20-cv-11293-SVW-JPR<br><br>**NL INDUSTRIES, INC.'S QUESTION TO THE COURT RE: REBUTTAL OF EXPERT OPINIONS**<br><br>Before:  Hon. Stephen V. Wilson<br>Complaint Filed:  December 14, 2020<br>Phase III Trial Date:  August 1, 2023 |

Defendant NL Industries, Inc. ("NL") respectfully requests the Court's guidance on the following issue related to the upcoming Phase III Divisibility Trial:

1. Will NL have an opportunity to rebut the expert opinions that were ***disclosed for the first time in a July 10, 2023 report?***

2. If yes, what process will the Court allow?

3. Will NL be able to include in its Declarations rebuttal positions to expert reports served on July 10, 2023, when (1) NL's rebuttal testimony was disclosed prior to the close of expert discovery, (2) NL's rebuttal testimony was disclosed prior to the deposition of the expert submitting the rebuttal testimony, and (3) the rebuttal expert was questioned at length on the basis for the rebuttal testimony at his deposition.

Date: July 24, 2023.

Respectfully submitted,

/s/ Joel L. Herz
LAW OFFICES OF JOEL L. HERZ
3573 East Sunrise Drive, Suite 215
Tucson, AZ  85718
(520) 529-8080
(520) 529-8077 (facsimile)
Email:  joel@joelherz.com
Admitted Pro Hac Vice

Kenneth A. Ehrlich (Bar #150570)
Sean A. McCormick (Bar #295711)
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd
Los Angeles, CA  90064
(310) 746-4412
(310) 746-4499 (facsimile)
kehrlich@elkinskalt.com
smccormick@elkinskalt.com
Counsel for NL Industries, Inc.

## CERTIFICATE OF SERVICE

I certify that on July 24, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system, which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

By: /s/ Joel L. Herz