1  Krista M. Enns (CA 206430)
   kenns@beneschlaw.com
2  Lily A. North (CA 260709)
   lnorth@beneschlaw.com
3  BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
   100 Pine Street, Suite 3100
4  San Francisco, CA 94111
   Telephone:312.212.4949 628.600.2250
5  Facsimile: 628.221.5828

6  Thomas D. Warren (CA 160921)
   tom.warren@warrenterzian.com
7  WARREN TERZIAN LLP
   222 North Pacific Coast Highway Suite 2000
8  Los Angeles, CA 90245
   Telephone: 213-410-2620
9
   *additional counsel listed on following page
10
   Counsel for Defendant and Counter-Claimant
11 Gould Electronics, Inc.

12

13              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
14                **WESTERN DIVISION – LOS ANGELES**

15 | CALIFORNIA DEPARTMENT OF TOXIC | Case No. 2:20-cv-11293-SVW-JPR |
   | SUBSTANCES CONTROL, et al., | |
16 | | **TRIAL DECLARATION OF** |
   | | **SHAHROKH ROUHANI, PH.D.,** |
17 | Plaintiffs, | **P.E. FOR PHASE III TRIAL** |
18 | | Judge: Hon. Stephen V. Wilson |
   | v. | |
19 | | Complaint Filed:   12/14/20 |
   | NL INDUSTRIES, INC., a New Jersey | Trial Date:  8/1/23 |
   | corporation; et al., | |
20 | | |
21 | Defendants. | |
22 | AND RELATED COUNTERCLAIMS | |

23

24

25

26

27

28

                              1

1

2　John A. Rego (*pro hac vice*)
jrego@beneschlaw.com
3　Gregory T. Frohman (*pro hac vice*)
gfrohman@beneschlaw.com
4　BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
5　Cleveland, OH 44114
Telephone: 216.363.4500
6
Nicholas J. Secco (*pro hac vice*)
7　nsecco@beneschlaw.com
Andy J. Jarzyna (*pro hac vice*)
8　ajarzyna@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
9　71 South Wacker Drive, Suite 1600
Chicago, IL 60606
10　Telephone: 312.212.4949

11
Dan Terzian (CA 283835)
12　dan.terzian@warrenterzian.com
Erick Kees Kuylman (CA 313202)
13　erick.kuylman@warrenterzian.com
WARREN TERZIAN LLP
14　222 North Pacific Coast Highway Suite 2000
Los Angeles, CA 90245
15　Telephone: 213-410-2620

16　*Counsel for Defendant and Counter-Claimant*
*Gould Electronics, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

2

My name is Shahrokh Rouhani. I am more than 18 years old, make this declaration based on personal knowledge, experience, and the opinions herein are my own.

1.     I am the President of NewFields Companies, LLC, which is an international partnership of environmental experts. I am a practicing environmental scientist and licensed professional engineer, with special expertise in statistical and geostatistical evaluations of environmental sites.

2.     I have been retained by Benesch, Friedlander, Coplan & Aronoff on behalf of Gould Electronics Inc. to analyze available soil data collected in and around the North Yard of the former Exide facility ("the North Yard") in Vernon, California, and to rebut opinions of Plaintiffs' expert Dr. W. Richard Laton and the Defendant NL Industries, Inc.'s, Dr. Andy Davis. In this regard, I applied statistical analyses to the North Yard soil data to test whether, from a statistical perspective, contamination in the North Yard could be attributed to potential sources of contamination identified by Dr. Laton and Dr. Davis.

3.     I have reached the following expert opinions about what is indicated by statistical analyses of the North Yard soil data to a reasonable degree of scientific certainty:

1.     Lead contamination present in the North Yard cannot be attributed to releases from stormwater lines.

2.     Lead contamination present in the North Yard cannot be attributed to surficial lead releases.

3.     Contamination present in the North Yard cannot be attributed to surficial acid releases.

## I.    My Qualifications and Experience

4.     I hold a Ph.D. in Environmental Sciences (1983) and a S.M. in environmental Engineering (1980), both from Harvard University, as well as a B.S. in Civil Engineering and B.A. in Economics from the University of California, Berkeley (1978).

5.     My environmental research dates back to 1980, when I developed optimal geostatistical procedures for the analysis and monitoring of groundwater systems during my post-graduate studies. I subsequently developed geostatistical algorithms to analyze

DECLARATION OF SHAHROKH ROUHANI

environmental spatial datasets within the framework of geographical information system (GIS) databases.

6.    From 1983 until 2004, I was a Professor at the Georgia Institute of Technology (Georgia Tech) in the School of Civil and Environmental Engineering. I received tenure from Georgia Tech in 1990 and, after founding my environmental consulting company, NewFields, in 1996, I continued to serve as an adjunct professor until 2004.

7.    While a professor at Georgia Tech, I taught courses for both undergraduates and graduate students, including classes on both conventional statistics and geostatistics. My research activities, which were primarily funded by the U.S Environmental Protection Agency, the U.S. Department of Energy, and the National Science Foundations, focused on developing techniques for applying geostatistical methods to the assessment of environmental conditions.

8.    During 1987-88, I was selected by the National Science Foundation to serve as a visiting scientist at Centre de Géostatistique, Ecole Nationale Supérieure des Mines de Paris, considered the premier geostatistics research center in the world.

9.    In the course of my professional career, I have conducted research addressing a variety of environmental analytic issues. I have authored or co-authored numerous research publications, several invited reviews and book chapters, a compendium on applications of geostatistics in environmental and geotechnical engineering, a series of American Society for Testing and Materials (ASTM) standard guides for application of geostatistics in environmental site investigations, and a four volume guidance document series on environmental background data analysis for the United States Department of the Navy.

10.    I am active in several professional societies and have served on the editorial boards of the American Geophysical Union's *Water Resources Research* journal and the Association for Environmental Health and Sciences' *Environmental Forensic Journal*.

11.    I was the chair of the American Society of Civil Engineers' National Ground Water Hydrology Committee and its Task Committee on Geostatistical Techniques in

Geohydrology. I have also served as the expert member of ASTM's Geostatistics Standardization Committee

12.     During the past four decades, I have led numerous investigations and conducted research in environmental statistics and geostatistics, deterministic and stochastic modeling of environmental systems at Superfund (CERCLA) and Resource Conservation and Recovery Act sites. My recent technical efforts included assisting the United States National Oceanic and Atmospheric Administration by taking a lead role in sampling design and analysis of the comprehensive environmental data collected as part of the federal government's Natural Resource Damage Assessment in connection with the 2010 Deepwater Horizon oil spill in the Gulf of Mexico.

13.     A copy of my curriculum vitae, which includes a list of my publications and presentations, and a list of recent expert depositions and trial testimony, are attached as **Exhibits A** and **B**.

## II.     Summary of Opinions

14.     I considered three theories expressed by Dr. Laton and Dr. Davis regarding the source of contaminated soil in the North Yard. To assess the scientific reliability of those theories, I statistically analyzed the available, extensive soil chemistry data measured at numerous locations and depths within the North Yard, as well as lead concentration measurements taken in 2013 vertically under excavated and removed stormwater pipes. The theories expressed by Dr. Laton and Dr. Davis, and my conclusions, are summarized below:

15.     *Theory 1 – alleged leaks from stormwater lines*: Dr. Davis has opined that leaks in subsurface stormwater lines initially installed as part of the North Yard construction in the early 1980's created subsurface contamination that is present today in the North Yard. Dr. Laton has also made a general observation regarding the ability of stormwater lines to contribute to contaminant migration.

16.     *Response to theory 1*: Statistical analyses of North Yard soil data indicate that contamination present in the North Yard cannot be attributed to releases from stormwater

DECLARATION OF SHAHROKH ROUHANI

lines. Applying statistical tests to available soil data in the immediate vicinity of the stormwater lines indicates that the below-stormwater-line soil lead concentrations and pH results do not display vertical data patterns consistent with impacts emanating from the stormwater lines. In addition, applying statistical analysis to lead concentration measurements vertically below excavated and removed stormwater lines indicates there is no statistically significant decreasing difference with depth that can be attributed to leaks from the stormwater lines.

17.    *Theory 2 – surficial releases from the post-1982 operations of the Vernon Plant*: Dr. Laton has opined that post-1982 operations at the North Yard subsurface soils created subsurface contamination that is present today in the North Yard, despite the presence of concrete and asphalt pavement. According to Dr. Laton, a pattern of contamination through cracks in the pavement is evidenced by elevated lead levels in shallow soils, which he defines as less than three (3) feet. Dr. Laton has testified that he visually identified a pattern of elevated lead levels in shallow soils, but that he did not conduct any statistical analysis to identify that pattern.

18.    *Response to theory 2:* Statistical analyses of North Yard soil data indicate that lead contamination present in the North Yard cannot be attributed to surficial lead sources. If existing subsurface North Yard contamination was attributable to surficial releases, soil sample data would reveal a pattern dominated by locations with higher lead concentrations nearest the surface. However, when looked at from a range of perspectives, soil sample concentrations reveal no such statistical pattern.

19.    *Theory 3 – Acid releases and areas of lowered pH:* Dr. Laton has opined that acid releases in the North Yard decreased pH (created more acidic conditions), which increased the leaching rates of metals in the soil, causing deeper downward migration of contaminants.

20.    *Response to theory 3*: Statistical analyses of North Yard soil data indicate that contamination in the North Yard cannot be attributed to surficial acid releases. Applying statistical tests to available soil data in the near vicinity of the stormwater lines indicates

DECLARATION OF SHAHROKH ROUHANI

that the below-stormwater-line soil sulfate concentration and pH results do not display vertical data patterns consistent with impacts emanating from surficial acid releases. In addition, there is no discernable association between pH and the presence of elevated lead concentrations in the North Yard.

## III.    Soil Data and Lead Measurements Analyzed

21.    For my assessments, I compiled a database of available soil concentration measurements and an associated geographical information system (GIS). The original soil chemistry database was prepared by Geosyntec for the Exide facility ("Exide_Data.accdb"). The database includes 61,986 chemical results in soil samples collected from numerous locations and depths within the North Yard, including 2,106 lead concentrations and 1,742 pH results. **Figures 1a and 1b** below display the lateral and vertical distributions of measured North Yard soil lead concentrations, which were measured at various depths at 190 distinct soil boring and sampling locations. As depicted in **Figure 1b**, lead measurements collected in deeper depths are consistently less than 100 mg/kg – with most measurements below 10 mg/kg. Therefore, to focus this work on data reflecting conditions in affected soils, in all subsequent analyses, deeper lead measurements, which are consistently less than 100 mg/kg, are not used.

22.    Deep soil samples in various parts of the North Yard with lead concentrations consistently less than 100 mg/kg are found at depths of 160 to 200 inches below surface. These low concentrations are well below levels considered by the Department of Toxic Substances Control (DTSC) as background lead concentrations for the nearby residential area. **JX010** (DTSC, Sept. 29, 2015 Preliminary Estimate of the Geographical Boundary of Emissions from the Former Exide Technologies Facility) at p. 24.



Figure 1. (a) Lateral Distribution of North Yard Soil Lead Measurements
(b) Vertical Distribution of North Yard Soil Lead Measurements
(Green box delineates deeper soil samples with low lead concentrations)

23.   I also reviewed lead concentration measurements taken with an X-Ray Fluorescence (XRF) device in connection with the removal of stormwater pipes in the North Yard in 2013-2014 as described in the 2014 Advanced Geoservices Completion Report for the Emergency Response Interim Measures for the Stormwater Management System Removal ("2014 Completion Report").[1] XRF measurements taken during the excavation process, which were representative of excavated material are listed in Table 6

---

[1] **DX_3-0505**.

DECLARATION OF SHAHROKH ROUHANI

of the 2014 Completion Report. Because excavated material was removed from the Vernon Plant in 2014, and therefore is not representative of current conditions, I did not statistically analyze the measurements in Table 6. XRF measurements taken below the limit of excavation (vertically underneath excavated and removed pipe) at two depths, 0 to 1 feet below the bottom of excavation and 1 to 2 feet below the bottom of excavation, are recorded in Table 8 of the 2014 Completion Report.[2] Data from the North Yard included in Table 8 of the 2014 Completion Report is attached as **Exhibit C**.

## IV.    Statistical Analyses Applied

24.    I have reviewed and analyzed the extensive North Yard soil database and relevant documents.

25.    The North Yard GIS database of available soil concentration measurements I compiled includes data analyzed in a laboratory from a soil chemistry database compiled by Geosyntec for the Exide facility ("Exide_Data.accdb"), which includes samples collected during the 2016 RCRA Facility Investigation (RFI) of the former Exide facility.[3] The excavation limits of the North Yard stormwater lines from Figure 3 of the 2014 Completion Report[4] were digitized and added to my North Yard GIS. Stormwater line invert depths were obtained from Appendix T of that 2014 Completion Report.[5]

26.    I subjected that North Yard soil chemistry data set from the Geosyntec database to a series of exploratory and statistical analyses. I employed statistical techniques recommended by U.S. EPA, parametric (Student's t-test) two-sample tests to compare

---

[2] *Id.* at Page 3-8.
[3] **JX002** (Feb. 19, 2016 Advance Geoservices, Comprehensive RFI, On-Site Soil and Soil Gas Advanced Geoservices, West Chester, Pennsylvania) & **DX_2-0553** (Apr. 21, 2016. Supplemental Soil Sampling Report, Reverb Furnace Feed Room, Exide Technologies, Vernon, California. Project No. 2013-2993-15).
[4] **DX_3-0505** (April 28, 2014 Emergency Response Interim Measures for Stormwater Management System Removal Completion Report prepared by Advanced Geoservices).
[5] *Id.* Appendix T.

DECLARATION OF SHAHROKH ROUHANI

measured concentrations in various groups, such as lead concentrations measured in different groups of North Yard sampling locations.[6]

27.    The parametric Student's t-test is a common statistical analysis used to compare the mean values of two data sets and determine if the differences between the mean values are more likely to arise from random chance. The parametric Student's t requires the mean values of each investigated data set to be normally distributed.[7] Student's t-test also requires the equality of the variances of the investigated data sets, which are determined based on Levene's test.

28.    I also employed parametric (Pearson's r) and non-parametric (Kendall's τ) procedures for trend analysis (EPA 2006), which allow me to determine statistically significant trends. I have conducted both types of tests to be as comprehensive as possible. Further, to be conservative, I consider a difference to be statistically significant, if either of the two tests suggest such an outcome. Software used in this work include Esri ArcMap Version 10.8, statistical codes provided by R code,® and IBM® SPSS® Version 28.0.0.0(190).

29.    I am aware that other experts have questioned whether I reviewed the right data set. To respond, I analyzed post-removal paired XRF measurements from the North Yard in the 2014 Completion Report. I subjected those paired XRF data to a statistical test recommended by U.S. EPA, a paired t Test.[8] The paired t-test is a statistical test that

---

[6] These techniques are recommended by U.S. EPA and the U.S. Department of Navy when conducting environmental statistical analyses. **DX_3-0598** (U.S. Environmental Protection Agency (EPA) (2006) *Data Quality Assessment: Statistical, Methods for Practitioners*, EPA QA/G-9S) Section 3.3 & **DX_3-0597** (U.S. Department of Navy (DON) (2002) *Guidance for Environmental Background Analysis, Volume I: Soil*, NFESC User's Guide UG-2049-ENV. Naval Facilities Engineering Command, Washington, DC. April) Section 4.2.

[7] A normal distribution means that the likelihood of occurrences of potential values of the variable of interest follow a bell shape with most likely values clustering around a central region and tapering off (becoming less likely) as they go further away from the center.

[8] **DX_3-0598** (U.S. Environmental Protection Agency (EPA) (2006) *Data Quality Assessment: Statistical, Methods for Practitioners*, EPA QA/G-9S) Section 3.3.1.2.1.

DECLARATION OF SHAHROKH ROUHANI

compares the means and standard deviation of the differences between two paired groups to determine if there is a significant difference between the two groups.

30.    In all the statistical tests, I used the 5% level for significance as recommended by the Reference Manual on Scientific Evidence.[9] Any statistical result with a computed p-value of more than 5% (0.05) is considered attributable to chance or random occurrences, i.e., a statistically nonsignificant result. In this case, the significant difference refers to the case where the probability of the random occurrence of such a difference is less than or equal to 5%.

## V.    Opinions

### A.    Opinion 1. Statistical analyses of North Yard soil data indicate that contamination present in the North Yard cannot be attributed to releases from stormwater lines.

31.    <u>Summary</u>:  I evaluated the claims about the alleged impacts of leakage from the North Yard stormwater lines using the available soil data in the near vicinity of the stormwater lines and lead concentration measurements taken in 2013 vertically under excavated and removed stormwater pipes. The statistical tests indicate that the below-stormwater-line soil lead concentrations and pH results do not display vertical data patterns consistent with impacts emanating from the stormwater lines. The statistical results led me to conclude that the soil contamination present in the North Yard cannot be attributed to the stormwater lines.

32.    <u>Background</u>:  According to the AG 2014 Completion Report, the North Yard stormwater management system consisted of a series of underground stormwater lines, which were excavated and removed or closed in-place between 2013 and 2014.[10] New stormwater lines were then installed in the excavated areas of the original lines or, in some

---

[9] Consistent with the Reference Manual on Scientific Evidence from the Federal Judicial Center (FJC) & National Research Council (Third Edition 2011), pages 291-292, attached as **Exhibit E**.
[10] **DX_3-0505**.

cases, in adjacent excavations.[11] In this work, the delineated stormwater lines, and associated excavation areas, shown in **Figure 2**, are collectively referred to as the "stormwater lines."



Figure 2. North Yard Stormwater Lines and Adjacent Sampling Locations situated within 5 and 10 feet of Stormwater Lines
(Source: AG 2014, Figure 3 and Appendix T)

33.    <u>Hypothesis Tested</u>:  Dr. Davis has opined that subsurface stormwater lines initially installed as part of the North Yard construction in early 1980's created lead and acid contamination in the North Yard. Dr. Laton also makes a general observation regarding the ability of stormwater lines to contribute to contaminant migration. If such

---

[11] *Id.*, Appendix T and Figure 3.

DECLARATION OF SHAHROKH ROUHANI

hypotheses are true, then contamination in the form of elevated lead concentrations or depressed pH results would be detected in subsurface soils situated near and below the bottom of the stormwater lines with decreasing levels of lead contamination or increasing pH with depth, i.e., more contamination would be detected immediately below the bottom of the stormwater line.

34.    <u>Statistical Tests</u>:  The above hypotheses can be statistically evaluated based on the available subsurface soil data located in the immediate vicinity of North Yard stormwater lines. In statistical terms, if the above claims are true, then (a) subsurface soil lead concentrations measured below these lines should display a statistically significant decreasing trend with depth—more contamination near the stormwater line bottom (invert), and (b) subsurface soil pH results measured below these lines should display a statistically significant increasing trend with depth—more acidic conditions near the stormwater line bottom (invert). In this case, the term "statistically significant" implies that the observed relationship between the measured values and sampling depth cannot be attributed to chance or random occurrences.[12]

35.    The objective of statistical tests in this case is to determine if soil lead concentrations and pH results measured below the stormwater lines display statistically significant trends with depth, consistent with stormwater lines being the source of subsurface soil contamination. For this purpose, I first approximated the depths of the bottom of stormwater lines (inverts) along each segment of the system, as displayed in **Figure 3**.

---

[12] Reference Manual on Scientific Evidence, **Exhibit E**, at page 249.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

| Stormwater Segment | Surface Elevation (ft) | Invert (Bottom) Elevation (ft) | Depth Below Grade of Invert (inch) |
|---|---|---|---|
| East End | 171.86 | 168.54 | 39.84 |
| Center End | 172.94 | 167.84 | 61.20 |
| West End | 172.65 | 166.58 | 72.84 |

Source: As-built maps provided in Appendix T of AG (2014)
Numbers below are assigned node numbers.



Figure 3. North Yard Stormwater Line Invert Depths
Elevations are provided in feet-NGVD (National Geodetic Vertical Datum) of 1929/adjusted 1963
Source: AG (2014, Appendix T)

36.    I then identified all soil boring data collected within 5 and 10 feet of the stormwater lines, as depicted in **Figure 2** above. While data within five feet of the stormwater lines will be most representative of any releases from those lines, I also evaluated data within 10 feet to assess whether effects might be apparent because using a larger dataset. Using the invert depths (in **Figure 3** above), I generated the vertical profiles of soil concentrations in these sampling locations measured at depths above or below the bottom of the stormwater lines, as depicted vertically in **Figure 4** below. This figure indicates that concentrations deeper than 160 inches below the ground surface in the proximity of stormwater lines have lead concentrations less than 100 mg/kg, where most

measurements are less than 10 mg/kg. Such a condition is consistent with unimpacted, native soils, so results collected deeper than 160 inches are not included in the analysis.



Figure 4. Vertical Profiles of Lead Concentrations Measured Within 5 and 10 Feet of Stormwater Lines

37.    Line of Evidence 1 (North Yard below-stormwater-line data):  I subjected the North Yard lead and pH results measured below the stormwater line invert and within 5 and 10 feet of the stormwater lines (**Figure 5** below) to parametric and non-parametric trend (correlation) analyses relative to depth. In this case, if lead was released from the stormwater line, the concentration of lead should be highest near the stormwater line invert depth and then decrease progressively with depth, and if low-pH acid was released from the stormwater line, soil pH should be lowest near the stormwater line invert depth and then increase progressively with depth. The parametric test examines the presence of linear trends with depth, while the nonparametric test considers nonlinear trends with depth.

Figure 5. Investigated Below-Stormwater-Line Lead Concentrations (mg/kg) and pH Results Measured within 5 and 10 feet of Stormwater Lines

38.    The results of my statistical trend analyses are presented in **Table 1** below. In this table, statistics r and τ represent the strength and direction of linear and nonlinear relationships between sampling depths and measured soil lead concentrations and pH results, respectively. These statistics can vary between -1 (strong negative trend, meaning as sample depth increases, the measured value decreases proportionally) and 1 (strong positive trend, meaning as sample depth increases, the measured value increases proportionally), with values close to 0 indicating weak to no correlation (meaning there is no correlation between sample depth and measured value). Each statistic is accompanied by its p-value, which is a measure of its statistical significance. Significant results are those

that cannot be attributed to random occurrences or chance. Any statistic with a p-value greater than 5% (0.05) is attributed to random occurrences, and thus, nonsignificant.[13]

39.    If the leaking-stormwater-line hypothesis were true, soil lead concentrations measured below the stormwater line would display a negative r or τ value with a p-value less than 5% (0.05) with sample depth—meaning the highest soil lead concentration would be near the stormwater line invert depth, and soil lead concentrations would decrease with increasing sample depth. Similarly, if the leaking-stormwater-line hypothesis is true, soil pH measured below the stormwater line would display a positive r or τ value with a p-value less than 5% (0.05)—meaning the lowest pH level would be near the stormwater line invert depth and pH would increase with increasing sample depth. Any results other than the above reject the hypothesis of stormwater lines being the source of subsurface soil contamination in the North Yard.

40.    My statistical analyses indicate that soil lead concentrations and pH results do not display statistically significant trends with depth consistent with the leaking-stormwater-line hypothesis. As listed in **Table 1** below, the p-values of both parametric and nonparametric statistics are generally above 5% (0.05), i.e., nonsignificant trends. Although lead data collected within five feet of a stormwater line had a p-value less than 5% in the parametric analysis, the positive r indicates a relationship in which soil lead concentrations tend to increase with depth below the stormwater line, which is the opposite of what would be expected if lead had leaked from the stormwater lines.

41.    The statistical results in **Table 1** below confirm that the vertical variations displayed by below stormwater-line-soil lead concentration and pH results cannot be attributed to releases from the stormwater lines, *i.e.*, North Yard stormwater lines are not a statistically significant source of subsurface soil contamination measured in the North Yard.

---

[13] Reference Manual on Scientific Evidence, **Exhibit E**, at page 251.

Table 1. Statistical Trend Analysis of Below-Stormwater-Line Soil Lead and pH Results

| Proximity | Variable | Parametric Pearson's $r$ | | Nonparametric Kendall's $\tau$ | | Statistically Significant Trend Consistent with Stormwater Lines being Source of Soil Contamination |
|---|---|---|---|---|---|---|
| | | $r$ | $p$-value | $\tau$ | $p$-value | |
| 5ft | Lead | 0.148 | 0.040 | -0.053 | 0.301 | No |
| 5ft | pH | 0.084 | 0.443 | 0.108 | 0.167 | No |
| 10ft | Lead | 0.089 | 0.166 | -0.049 | 0.279 | No |
| 10ft | pH | 0.074 | 0.433 | 0.091 | 0.176 | No |

42.    Line of Evidence 2 (Western Portion of North Yard): I then repeated the above statistical tests but limited the below-stormwater-line soil data to those situated within the immediate vicinity of segments located downstream of the western portion of the North Yard,[14] where I understand the battery processing operations occurred. If acid and soluble lead were released from the stormwater lines, the effects would be most evident along this segment. The targeted downstream segments of the stormwater lines are depicted in **Figure 2** above.

43.    The results of the above tests are listed in **Table 2** below. As shown in this table, neither soil lead concentrations, nor soil pH results measured below the stormwater lines in this portion of North Yard have a trend relative to sample depth with p-values less than or equal to 5% (0.05), *i.e.*, all the trends are statistically nonsignificant. Since lead and pH results do not display statistically significant trends with sample depth, the hypothesis that leakage from the stormwater lines was the source of subsurface soil contamination in locations downstream of the western portion of the North Yard is not supported by the data.

---

[14] The 2016 Supplemental Soil Sampling Report refers to this area as the North Yard 1 (NY-1) Area of Interest (AOI). **DX_2-0553** at page 4-2.

Table 2. Statistical Trend Analysis of Below-Stormwater-Line Soil Lead and pH Results Downstream of the Western Portion of North Yard

| Proximity | Variable | Parametric Pearson's $r$ | | Nonparametric Kendall's $\tau$ | | Statistically Significant Trend Consistent with Stormwater Lines being Source of Soil Contamination |
|---|---|---|---|---|---|---|
| | | $r$ | $p$-value | $\tau$ | $p$-value | |
| 5ft | Lead | 0.183 | 0.068 | -0.135 | 0.057 | No |
| 5ft | pH | -0.024 | 0.857 | 0.016 | 0.867 | No |
| 10ft | Lead | 0.098 | 0.277 | -0.096 | 0.126 | No |
| 10ft | pH | 0.009 | 0.938 | 0.049 | 0.554 | No |

44.    Line of Evidence 3 (XRF Measurements Under Excavated Stormwater Pipes): I analyzed the post-excavation paired XRF measurements from Table 8 of the 2014 Completion Report to consider whether, under the current conditions, subsurface soils situated vertically below the removed stormwater lines exhibit lead contaminations that can be attributed to the stormwater lines. If the stormwater lines had caused lead contamination in the currently present soils, then the lead concentrations measured vertically below the removed stormwater lines should display significantly decreasing lead concentrations with depth.

45.    The listed XRF data for the North Yard in Table 8 consist of 80 pairs of measurements made within the first two 1-foot intervals situated immediately below the excavation floor of the removed North Yard stormwater lines.[15] The sample in the first 1-foot interval (from 0 to 1 foot below the bottom of excavation) is referred to as the "upper" sample, while the sample in the second 1-foot interval (from 1 to 2 feet below the bottom of excavation) is referred to as the "lower" sample.

46.    I subjected the compiled paired, post-removal soil lead concentrations to the paired t Test. The results of the test are listed below in **Table 3**. As shown in this table, the post-removal upper and lower lead concentrations are not statistically different, evidenced

---

[15] Attached as **Exhibit C**.

DECLARATION OF SHAHROKH ROUHANI

by a p-value much higher than 5% (0.05). This means that the differences between the paired samples are more likely to arise from random chance. These results show no statistically significant trace of subsurface soil lead contamination patterns immediately below the excavated stormwater areas attributable to the North Yard stormwater lines.

Table 3. Statistical Comparison of Paired Post-removal Lead Concentrations at Upper v. Lower Sample Locations Situated Immediately Below Excavated Stormwater Lines

| Summary Statistics of Lead Concentrations | | | |
|---|---|---|---|
| Group | Count | Mean (mg/kg) | SD (mg/kg) |
| Upper 1 foot | 80 | 1375 | 6917 |
| Lower 1 foot | 80 | 1057 | 5739 |

| Two-sample Paired t Test | | | |
|---|---|---|---|
| | t-statistic | Df | p-value |
| Group 1 - Group 2 | 0.506 | 79 | 0.307 |
| **Result** | Null hypothesis not rejected | | |
| | Upper and lower post-removal lead concentrations do not display a statistically significant difference. | | |

## B.    Opinion 2. Statistical analyses of North Yard soil data indicate that lead contamination present in the North Yard cannot be attributed to surficial lead releases.

47.    <u>Summary</u>: If existing subsurface North Yard contamination was attributable to surficial releases, as hypothesized by Dr. Laton, the data would reveal a pattern dominated by locations with higher concentrations nearest the surface. Further, lead concentrations in such locations would be statistically distinct from lead concentrations at locations where higher concentrations are not situated nearest the surface. However, when looked at from a range of perspectives, soil sample concentrations reveal no such statistical pattern. The comprehensive analyses of North Yard soil data consistently reject the hypothesis that North Yard soil contamination is attributable to surficial releases. Therefore, relying on the extensive North Yard soil data, I reached the conclusion that the present North Yard soil contamination cannot be attributed to surficial releases.

48. <u>Hypothesis Tested</u>:  Dr. Laton claims that, during the operation of the North Yard facility and despite the presence of pavements and buildings covering the entire North Yard, there were surficial releases that caused soil contamination in the North Yard. Dr. Laton claims that this contamination is evidenced by elevated lead levels in shallow soils, which he defines as less than three feet. Dr. Laton has testified that he visually identified a pattern of elevated lead levels in shallow soil but did not conduct any statistical analysis to identify the pattern. Using the extensive North Yard soil data, I statistically evaluated the above hypothesis to determine whether the lead data from North Yard soil samples display patterns of contamination that could be attributed to surficial releases.

49. <u>Line of Evidence 1 (Sampling Location Types)</u>: As depicted in **Figure 6** below, the North Yard dataset contains multi-depth lead measurements at 190 distinct sampling locations. Among these, the highest lead concentrations in 80 locations were measured at depth that are overlaid by lower lead concentrations from samples collected at shallower depths. The table of the lead concentrations is attached as **Exhibit D**. I refer to such locations, shown as red dots in **Figure 6** below, as "Type A" locations. Type A locations are clear manifestations of instances where the highest lead concentration cannot be attributed to a surficial source. I refer to the remaining 110 locations, shown as blue dots in **Figure 6** below, as "Type B" locations. As **Figure 6** illustrates visually, Type A and Type B locations are interspersed randomly across the North Yard, with examples of each present in virtually every part of the site. The random and widespread occurrences of Type A sampling locations are inconsistent with Dr. Laton's hypothesis that elevated soil lead concentrations are attributable to surficial releases.

DECLARATION OF SHAHROKH ROUHANI



Figure 6. 190 Lead Sampling Locations in the North Yard

50.  <u>Line of Evidence 2 (Prevalence of Type A Concentrations)</u>:  After visually reviewing the date in **Figure 6**, I investigated whether the ranges of lead concentrations at Type A locations are randomly prevalent. For this analysis, I used different lead concentrations limits to determine: (a) the number of North Yard sampling locations with measured lead concentrations exceeding a specific limit, (b) the number of Type A locations with measured lead concentrations exceeding the same limit, and (c) the percent of Type A locations within each group of exceeding sampling locations, as listed in **Table 4** below. The results show that for any given lead concentration level detected in the North Yard subsurface sampling, Type A locations represent slightly more or slightly less than 50% of the detections, further demonstrating their random prevalence across a wide range

DECLARATION OF SHAHROKH ROUHANI

of lead concentration limits. The below results in **Table 4** confirm the random prevalence of Type A locations throughout the North Yard.

Table 4. Percent of Type A Locations at Specified Limits

| Lead Limit (mg/kg) | Location Count | | Percent of Type A Locations |
|---|---|---|---|
| | Total Exceeding Locations | Type A Locations | |
| 700 | 85 | 43 | 51% |
| 800 | 81 | 42 | 52% |
| 900 | 77 | 41 | 53% |
| 1000 | 69 | 37 | 54% |
| 1100 | 63 | 34 | 54% |
| 1200 | 58 | 31 | 53% |
| 1300 | 55 | 28 | 51% |
| 1400 | 53 | 27 | 51% |
| 1500 | 49 | 24 | 49% |

51.    <u>Line of Evidence 3 (Statistical Similarity)</u>:  As demonstrated above, the North Yard contains a random and ubiquitous collection of Type A locations where elevated lead concentrations cannot be attributed to surficial sources, and Type B locations, where the highest measured concentrations are nearest to the surface. Type A locations are not impacted by surface releases. If Type B location were impacted by surface releases, then there would be discernible statistical differences between Type B and Type A lead concentrations. The question that immediately arises is: Are the lead concentrations measured at Type B locations statistically distinguishable from those measured at Type A locations?[16] To answer this question, I conducted a series of statistical tests, as described in **Tables 5** and **6** below, to compare the statistics of Type A and B soil lead concentrations

---

[16] Comparing data populations for statistically significant differences is a well-recognized method of analyzing potential sources of contamination in Environmental Forensics. *See* Murphy, B.L., R. D. Morrison (Editors), "Introduction to Environmental Forensics," 3rd Edition, Elsevier, July 30, 2014, Chapter 5, attached as **Exhibit F**.

measured within the top 200-inch depth. Specifically, I compared (1) the mean and variance of all concentrations detected in the Type A locations with the mean and variance of all concentrations detected at the Type B locations, and (2) the mean and variance of maximum concentrations detected in each of the Type A locations with the mean and variance of maximum concentrations detected at each of the Type B locations.

52.    The results in **Table 5** below indicate that lead concentrations in Type A and B sampling locations have statistically indistinguishable mean values and statistically indistinguishable variances. The low F-statistics with p-value greater than 5% (0.05) implies that the variances of Type A and Type B soil lead concentrations are statistically indistinguishable. Similarly, the low t-statistics with p-value greater than 5% (0.05) implies that the mean values of Type A and Type B soil lead concentrations are statistically indistinguishable. In other words, Type A locations are not only distributed randomly throughout the North Yard, but also the lead concentrations detected in them are statistically indistinguishable from those measured at Type B locations.

53.    As noted, to further explore similarity of Type A and Type B lead concentrations, I determined the maximum lead concentrations at each sampling location. I then posed the following question: Are the maximum lead concentrations at Type A and B locations statistically similar? To answer this question, like the previous case, I subjected the highest lead concentration results to a series of statistical comparison tests, as described in **Table 5** below.

DECLARATION OF SHAHROKH ROUHANI

Table 5, Statistical Comparison of Lead Concentrations at
Type A v. Type B North Yard Soil Sampling Locations

| Summary Statistics of Lead Concentrations | | | |
|---|---|---|---|
| Group | Count | Mean (mg/kg) | SD (mg/kg) |
| Type A Locations | 586 | 551 | 2962 |
| Type B Locations | 688 | 526 | 4596 |

**Levene's Test for Equality of Variances**

| $F$-statistic | $p$-value |
|---|---|
| 0.001 | 0.985 |

**Result**      Groups have Equal Variances

**Two-sample t Test**

| t-statistic | $df$ | $p$-value |
|---|---|---|
| 0.116 | 1272 | 0.908 |

**Result**      Null hypothesis not rejected:
Mean values of two location groups are statistically indistinguishable

Abbreviations
SD = standard deviation
$df$ = degrees of freedom

54.    The results in **Table 6** below indicate that the maximum lead concentrations detected at each Type A and Type B sampling locations have statistically indistinguishable mean values and variances. The low F-statistics with p-value greater than 5% (0.05) implies that the variances of Type A and Type B maximum soil lead concentrations are statistically indistinguishable. Similarly, the low t-statistics with p-value greater than 5% (0.05) implies that the mean values of Type A and Type B maximum soil lead concentrations are statistically indistinguishable. In other words, their maximum lead concentration detected at a given location has nothing to do with whether that concentration is located nearest the surface or beneath lower lead concentration soil. Type A locations are not only distributed randomly throughout the North Yard, but also their highest lead concentrations are statistically indistinguishable from those measured at Type B locations. Such random

DECLARATION OF SHAHROKH ROUHANI

patterns are inconsistent with the hypothesis that attributes North Yard soil contaminations to releases from surficial sources.

Table 6, Statistical Comparison of Maximum Lead Concentrations at Type A v.
Type B North Yard Soil Sampling Locations

**Summary Statistics of Lead Concentrations**

| Group | Count | Mean (mg/kg) | SD (mg/kg) |
|---|---|---|---|
| Type A Locations | 586 | 551 | 2962 |
| Type B Locations | 688 | 526 | 4596 |

**Levene's Test for Equality of Variances**

| $F$-statistic | $p$-value |
|---|---|
| 0.001 | 0.985 |

**Result**   Groups have Equal Variances

**Two-sample t Test**

| t-statistic | $df$ | $p$-value |
|---|---|---|
| 0.116 | 1272 | 0.908 |

**Result**   Null hypothesis not rejected:
Mean values of two location groups are statistically indistinguishable

Abbreviations
SD = standard deviation
$df$ = degrees of freedom

## C. Opinion 3. Statistical analyses of North Yard soil data indicate that contamination in the North Yard cannot be attributed to surficial acid releases.

55.    <u>Summary</u>: The statistical analyses of available soil data led me to the conclusion that North Yard soil pH and sulfate concentrations do not display patterns consistent with impacts from surficial acid releases. In addition, there is no discernable association between pH and the presence of elevated lead concentrations in the North Yard. The absence of significant negative correlations between lead and pH results rejects the hypothesis that past releases of acid in the North Yard have facilitated the vertical

movement of lead in various parts of the North Yard. These results led me to the conclusion that contamination in the North Yard cannot be attributed to surficial acid releases.

56.    Hypothesis tested: Dr. Laton claims that releases of sulfuric acid in the North Yard have facilitated the vertical movement of lead in various parts of the North Yard, and that decreasing the pH of North Yard soils increased the leaching rates of metals in the soil, causing contaminants to penetrate further downward. To determine whether this phenomenon occurred in the North Yard, I reviewed the extensive North Yard soil database to determine the relationship of soil acid measures and lead concentrations.

57.    Line of Evidence 1 (Soil pH and Sulfate Vertical Profiles): I understand that, due to the generation of waste acid from "battery breaking" operations, soil pH measurements can be viewed as indicators of potential impacts emanating from surface releases of acid at the former North Yard facility, as can measurements of sulfates, which can be a byproduct of battery recycling operations. So, if surficial releases of battery acid occurred, then soil pH results should display a statistically significant increasing trend with depth – more acidic (low pH) results near surface sources, while sulfate measurements should display a statistically significant decreasing trend with depth – higher sulfate concentrations near surface sources.

58.    The vertical profiles of North Yard soil pH results and sulfate concentrations are shown in **Figure 7**.



Figure 7. Vertical Profiles of North Yard Soil pH and Sulfate Concentrations

59.    The results from applying parametric and nonparametric statistical tests to these results (**Table 7** below) confirm the exact opposite of the surficial-acid-source hypothesis, i.e., pH displays a statistically significant decreasing trend with depth – less acidic near surface, while sulfate shows a statistically significant increasing trend with depth – lower concentrations near the surface. The below results provide evidence that rejects the hypothesis that North Yard soil was impacted by surficial releases of acids.

DECLARATION OF SHAHROKH ROUHANI

Table 7, Statistical Analysis of Vertical Trends of North Yard Soil pH and Sulfate Concentrations

| Variable | Parametric Pearson's $r$ | | Nonparametric Kendall's $\tau$ | | Vertical Trend |
|---|---|---|---|---|---|
| | $R$ | $p$-value | $\tau$ | $p$-value | |
| pH | -0.114 | 0.001 | -0.020 | 0.381 | Significantly decreasing with depth |
| Sulfate | 0.083 | 0.012 | 0.056 | 0.014 | Significantly increasing with depth |

60.    <u>Line of Evidence 2 (Statistical Analysis of Collocated Lead and pH Results)</u>: To further evaluate the above hypotheses regarding the association of high soil lead concentrations and low pH levels, I reviewed the extensive soil pH results measured in various parts of the North Yard, as displayed in **Figure 8** below. In this figure, for the sake of conservatism, at each sampling location, the smallest, measured pH (most acidic) result within the top 200 inches is displayed.



Figure 8.   North Yard Lowest pH (most acidic) Results within the Top 200 inches

DECLARATION OF SHAHROKH ROUHANI

61.    I then plotted co-located measured lead concentrations versus pH (**Figure 9** below), which display no statistically significant negative correlations (**Table 8** below).



Figure 9. North Yard Co-Located Soil Lead Concentrations v. pH Results within the top 200 inch Depth

Table 8. Co-located Soil Lead and pH Correlations

| Area | Parametric Pearson's $r$ | | Nonparametric Kendall's $\tau$ | | Significant Negative Correlation |
|------|------|------|------|------|------|
| | $r$ | $p$-value | $\tau$ | $p$-value | |
| North Yard | 0.030 | 0.364 | -0.033 | 0.135 | No |
| Low pH Locations | 0.472 | <0.001 | 0.502 | <0.001 | No |

62.    In fact, as displayed in **Figure 8** above, the samples with moderate to low pH (acidic) results, i.e., those with pH of 6 or less, have lead concentrations less than 50 mg/kg, well below the concentration of lead that DTSC considers as representative background levels (165 to 250 mg/kg) in the nearby residential area.[17]

63.    Line of Evidence 3 (Statistical Analysis of Co-located Lead and pH Results at Low pH Locations): I then repeated the correlation analysis of co-located lead concentrations and pH results only in North Yard locations exhibiting low pH (acidic) within the top 200 inches below ground surface (**displayed as red and orange dots in Figure 8**). As listed in **Table 8**, even at these locations, the co-located measured lead concentrations and pH results display no statistically significant negative correlations. In fact, as listed in **Table 8**, in the low pH locations, collocated soil lead concentrations and pH results display significantly positive correlations with, i.e., higher lead concentrations are collocated with higher pH (less acidic) results. Such results are opposite to the hypothesis that associates higher lead concentrations with acidic (lower pH) conditions.

---

[17] **JX010** (DTSC, Sept. 29, 2015 Preliminary Estimate of the Geographical Boundary of Emissions form the Former Exide Technologies Facility) at p. 24.

DECLARATION OF SHAHROKH ROUHANI

## VI.    **Conclusion/Opinions**

64.    Dr. Laton and Dr. Davis have advanced various theories regarding the origins of contamination in the North Yard. I endeavored to determine whether these hypotheses are actually supported by the extensive dataset of soil measurements collected in the North Yard. Based upon a thorough statistical assessment of the extensive North Yard soil data, I reached the following opinions to a reasonable degree of scientific certainty:

- Statistical analyses of North Yard soil data indicate that contamination present in the North Yard cannot be attributed to releases from stormwater lines.
- Statistical analyses of North Yard soil data indicate that lead contamination present in the North Yard cannot be attributed to surficial lead releases.
- Statistical analyses of North Yard soil data indicate that contamination present in the North Yard cannot be attributed to surficial acid releases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July 2023.

_____
Shahrokh Rouhani