# **Exhibit B**

**OTHER WITNESS INFORMATION**

In the last four years, I have provided testimony in the following cases:

- Expert for Defendants in Case No. 2:17-cv-01624-ES-SCM "Duarte et al. v. United States Metals Refining company et al." in the United States District Court for the District of New Jersey, 2019 (Deposition).
- Expert for Defendants in Civil Action No. 4:11-cv-00044-CDP (consolidated) (E.D. Mo) "A.O.A., et al. v. The Doe Run Resources Corporation, et al." in the United States District Court for the Eastern District of Missouri, 2020/2021 (Deposition).
- Expert for Defendants in Case No. CV-19-02689-GMS "Courkamp v. Fisher Price and Mattel" in the United States District Court for the District of Arizona, 2021 (Deposition).
- Expert for Defendants in Case No. 20STCV12757 "Sanders and Drover-Mundy v. Fisher Price and Mattel" in Superior Court of the State of California, County of Los Angeles, Central District, 2021 (Deposition).
- Expert for Defendants in Case No. 2:20-cv-11293-SVW (C.D. Cal. Dec. 14, 2020) "California Department of Toxic Substances Control, et al. v. NL Industries, Inc., et al." in the United States District Court for the Central District of California, 2022 (Deposition/Trial testimony).
- Expert for Defendants in Case No. 20-cv-01770 "Grayson et al. v. Lockheed Martin Corporation" in the United States District Court Middle District of Florida – Orlando Division (Deposition), 2022/23.