# **Exhibit F**

# Introduction to
# Environmental Forensics

### Third Edition



Edited By
Brian L. Murphy and Robert D. Morrison



# INTRODUCTION TO ENVIRONMENTAL FORENSICS

———————

## THIRD EDITION

*Edited by*

BRIAN L. MURPHY

ROBERT D. MORRISON



AMSTERDAM • BOSTON • HEIDELBERG • LONDON
NEW YORK • OXFORD • PARIS • SAN DIEGO
SAN FRANCISCO • SINGAPORE • SYDNEY • TOKYO
Academic Press is an imprint of Elsevier



This book belongs to Sara Starrfield (library@beneschlaw.com)                              Copyright Elsevier 2023

C H A P T E R

# 5

# Statistical Methods

*Thomas D. Gauthier, Mark E. Hawley*

O U T L I N E

**5.1 Introduction**                                                                 100

**5.2 Background**                                                                    101
  *5.2.1 Population Parameters and Sample Statistics*                        101
  *5.2.2 Population Distributions*                                           103
  *5.2.3 Confidence Limits and Hypothesis Tests*                            106
    5.2.3.1 Confidence Limits                                      106
    5.2.3.2 Hypothesis Testing                                     109
    5.2.3.3 Normality, Representativeness, and Independence         110
  *5.2.4 Dealing with Nondetects*                                           111

**5.3 Applications in Environmental Forensics**                                      113
  *5.3.1 Comparing Sample Means*                                            113
    5.3.1.1 Student's $T$-test                                     113
    5.3.1.2 Paired $t$-Test                                        119
    5.3.1.3 Wilcoxon's Rank Sum Test                                121
    5.3.1.4 Comparing Means with Censored Data Sets                 123
    5.3.1.5 Analysis of Variance (ANOVA)                            123
    5.3.1.6 Kruskal-Wallis Test                                    127
    5.3.1.7 Issues in Sampling Design                               128
  *5.3.2 Linear Correlation and Linear Regression Analysis*                  129
    5.3.2.1 Linear Regression Analysis                              129
    5.3.2.2 Pearson's Product Moment Correlation Coefficient        132
    5.3.2.3 Spearman Rank Correlation Coefficient                   137
    5.3.2.4 Multiple Linear Regression and Correlation              138

*Introduction to Environmental Forensics*
http://dx.doi.org/10.1016/B978-0-12-404696-2.00005-9

Copyright © 2015 Elsevier Ltd. All rights reserved.

This book belongs to Sara Starrfield (library@beneschlaw.com)                         Copyright Elsevier 2023

5.3.3  *Mapping: Trends and Spatial Persistence*                                  *139*
          5.3.3.1  Trends, Spatial Persistence, and Autocorrelation            139
          5.3.3.2  Isopleth Mapping and Interpolation Methods                  140
          5.3.3.3  Estimation of Areal Averages                                142

**5.4  Conclusion**                                                             **146**

**References**                                                                  **147**

# 5.1  INTRODUCTION

Environmental forensic investigations can involve a variety of statistical analysis techniques. Many examples in the literature involve rather sophisticated applications, including principal components analysis and chemical mass balance receptor modeling (see Chapters 18, 19 and 20). These techniques are powerful analytical tools and provide useful insights for data interpretation, but the results can be difficult to explain to a judge or jury.

In some cases, the simpler analyses described in this chapter may be sufficient for demonstrating a point or determining the statistical significance of a conclusion. For example, whether or not a facility has adversely affected the surrounding environment may be assessed by comparing concentrations detected onsite with background levels. Similarly, upwind/downwind or upstream/downstream measurements may be compared. The underlying concepts are easily understood and the results are amenable to a simple two-dimensional presentation (as opposed to the multidimensional framework required for some of the more advanced techniques). Example techniques for comparing two populations include Student's *t*-test, the paired *t*-test, and Wilcoxon's Rank Sum test.

Statistical techniques can also be used to identify relationships among contaminants at a site. The simplest application involves determination of characteristic ratios between contaminants—a precursor to fingerprinting. In criminal forensics, fingerprints can be used for identification purposes and to place a person at the scene of a crime. Similarly, in environmental forensics, fingerprinting can be used for identification purposes and to link contamination to a given source. An example is a case in which two or more sources are suspected of having contributed to the contamination at a site. The waste streams may contain similar constituents, but if the constituents are present in proportions that are unique to a given waste stream it may be possible to distinguish contributions using statistical analysis. Correlation coefficients provide a simple measure of the linear association between two variables. If multiple contaminants are present, construction of a correlation matrix can be a useful tool for exploratory data analysis.

Statistical analysis can also be used to evaluate spatial and temporal patterns of contamination or "footprints" in the environment. Relatively simple techniques are available for evaluating trends and establishing whether concentrations are increasing or decreasing over time or space. In some cases, it may be possible to associate a unique pattern of contamination with a particular waste-disposal practice. For example, a well-established groundwater contamination plume emanating from an underground cistern that connects to a laboratory sink drain is strong evidence that contaminants were routinely dumped down the drain. Statistics can be used to confirm the presence of any

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

TABLE 5.1   Statistical Tests Discussed in this Chapter

| Type of Analysis | Parametric Techniques (a) | Nonparametric Techniques |
|---|---|---|
| Comparing populations | Student's $t$-test<br>Paired $t$-test<br>Analysis of Variance | Wilcoxon's Rank Sum test<br>Kruskal Wallis test<br>Gehan test |
| Evaluating relationships | Pearson's Product Moment Correlation Coefficient | Spearman's Rank Correlation Coefficient |
| Making predictions | Regression Analysis | |
| Testing distributions | | Chi-Square Goodness of Fit test |

*(a) Parametric techniques assume that the data follow some underlying distribution, typically a normal distribution.*

patterns or trends within the plume to support the nature and timing of the release. Evidence of this nature is strong corroboration to eyewitness reports.

Finally, as theories about a case evolve and models are developed, it may be possible to test the significance or validity of a model if site-specific data are available. For example, the timing of a release may be based on results predicted from a reverse ground water model. The uncertainty in the model can be evaluated by comparing model predictions with observations. In many cases, simple linear regression analysis provides a sufficient basis for evaluating predictive models.

A significant benefit of statistical analysis is that one can associate some degree of confidence with the results. The potential applications are numerous because forensic investigations are typically based on a limited set of data, and experts often must arrive at conclusions based on incomplete evidence. Engineers and scientists are trained to report results with a high degree of certainty (typically with a 90% or 95% confidence level); however, in the context of litigation, a confidence level of *more probable than not* (corresponding to greater than 50% probability) or *within a reasonable degree of scientific certainty* may be all that is required (Charrow and Bernstein, 1994). In any event, some measure of uncertainty is usually warranted in an environmental forensic investigation and methods are available to calculate these "confidence levels."

In this chapter, we discuss a variety of basic statistical analysis techniques and demonstrate their use in environmental forensics. The types of statistical tests discussed in this chapter are listed in Table 5.1. Following this introduction, we provide a brief discussion of some background materials and then discuss each technique and how it is applied. The chapter concludes with a brief summary and caution regarding misinterpretation of results.

## 5.2  BACKGROUND

### 5.2.1  Population Parameters and Sample Statistics

Statistical inference is the process of drawing conclusions about an underlying population based on a sample or subset of the data. In most cases, it is not practical to obtain all the measurements in a given population. For example, if we were interested in knowing the average concentration of arsenic in the top two feet of soil at a one-acre site and each measurement required a 100 gram sample, we

This book belongs to Sara Starrfield (library@beneschlaw.com)                    Copyright Elsevier 2023

would have to collect and analyze 37 million samples[1] to know the true average. This, of course, is impractical. As a tradeoff, we accept some uncertainty in our estimate of the true average in exchange for making fewer measurements.

The *population* consists of all the conceivable items, observations, or measurements in a group. In this example, the population consists of the total number of 100 gram quantities of soil contained in the top two feet of the one-acre site (i.e., $3.7 \times 10^7$ items). A *sample* is a subset of observations or measurements used to characterize the population. In the previous example, we might collect and analyze twenty 100-gram quantities of soil to estimate the average arsenic concentration. Thus, the sample would consist of those twenty measurements.

In this case, the *population parameter* of interest is the arithmetic mean or average of the $3.7 \times 10^7$ arsenic measurements. Parameters used to describe characteristics of the underlying population are usually represented by Greek letters. The arithmetic mean, denoted by the Greek letter μ (mu), is a measure of central tendency. Another parameter of interest is the standard deviation, a measure of the dispersion or variability in the population, denoted by the Greek letter σ (sigma).

Estimates of population parameters derived from a subset of the measurements in a sample drawn from the underlying population are called *sample statistics*. Latin letters are used to represent sample statistics. For example, the sample mean is denoted by $\bar{x}$ (x-bar) and the sample standard deviation is denoted by $s$.

The arithmetic average or mean of the population, μ, is equal to the sum of all observations, $x_i$ (where $x_i$ is the i'th observation), divided by the total number of conceivable observations, N.

$$\mu = \frac{\sum_{i=1}^{N} x_i}{N} \tag{5.1}$$

Because we never really know the true population mean (unless we sample N times for all $x_i$), our best estimate of this value is the sample mean. The sample mean is equal to the sum of n values in the sample divided by the number of values.

$$\bar{x} = \frac{\sum_{i=1}^{n} x_i}{n} \tag{5.2}$$

One way to characterize the dispersion or variability in a population is to note the lowest and highest measurements, but this yields no information about how the data are distributed in relation to the mean. A better measure of dispersion is to see how the values vary, on average, in relation to the mean value. The average of the square of the deviations about the mean is called the mean square deviation or the variance. The variance is denoted by the Greek letter $\sigma^2$ (sigma squared) and is defined in Equation 5.3.

---

[1] The total volume involved in the top two feet of a one-acre site is 87,120 cubic feet = $2.47 \times 10^9$ cubic centimeters. Assuming a soil bulk density of 1.5 g/cm$^3$, the total mass is $3.7 \times 10^9$ grams, which yields a total of $3.7 \times 10^7$ 100-gram samples.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)

Copyright Elsevier 2023

$$\sigma^2 = \frac{\sum_{i=1}^{n} (x_i - \mu)^2}{N} \tag{5.3}$$

The population standard deviation is equal to the square root of the variance. It is also known as the root mean square deviation.

$$\sigma = \sqrt{\frac{\sum_{i=1}^{N} (x_i - \mu)^2}{N}} \tag{5.4}$$

The sample standard deviation, s, is an estimate of the population standard deviation and is defined in Equation 5.5.

$$s = \sqrt{\frac{\sum_{i=1}^{n} (x_i - \overline{x})^2}{n - 1}} \tag{5.5}$$

Notice that the denominator in the square root term in Equation 5.5 is $n - 1$ instead of n. This is because one degree of freedom[2] is used to estimate the arithmetic mean ($\overline{x}$) in the sample.

The Central Limit Theorem states: If a variable $x$ has a distribution with a mean $\mu$, and a standard deviation $\sigma$, then the sampling distribution of the mean ($\overline{x}$), based on random samples of size $n$, will have a mean approximately equal to $\mu$ and a standard deviation ($\sigma_{\overline{x}}$) for which:

$$\sigma_{\overline{x}} = \frac{\sigma}{\sqrt{n}} \tag{5.6}$$

and will tend to be normal as the sample size, n, becomes large (Kachigan, 1991). The standard deviation of the population divided by the square root of n is known as the standard error of the mean (SEM) and is an important parameter for estimating confidence limits. What is meant by a "normal" distribution is defined in section 5.2.2 confidence limits are defined later in the text.

## 5.2.2 Population Distributions

Most statistical tests are conducted under the assumption that measurements in the underlying population follow some known distribution. These are referred to as parametric techniques. The most common distribution assumed is the Gaussian or normal distribution. The expression

---

[2] Kachigan (1991, p.102) defines degrees of freedom as "the number of observations in the data collection that are *free* to vary after the sample statistics have been calculated. For example, in calculating a sample standard deviation, we must subtract the sample mean from each of the $n$ data observations in order to get the deviations from the mean. But once we have completed the second last subtraction, the final deviation is automatically determined, since the deviations prior to squaring *must* sum to zero. So the last deviation is not free to vary, only $n - 1$ are free to vary."

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                          Copyright Elsevier 2023

describing the frequency or probability distribution function (PDF) for a normal distribution is presented in Equation 5.7:

$$f(x) = \frac{1}{\sigma\sqrt{2\pi}}\, e^{-\frac{(x-\mu)^2}{2\sigma^2}}$$ (5.7)

where $f(x)$ is the expected frequency for any value of $x$. A normal distribution with a mean of zero and standard deviation equal to one is referred to as the standard normal distribution. In this special case, Equation 5.7 is reduced to the expression in Equation 5.8 below, and $x$ is represented by the letter $z$, which is known as the normal deviate, also referred to as the $z$-score or standard score.

$$f(z) = \frac{1}{\sqrt{2\pi}}\, e^{-\frac{z^2}{2}}$$ (5.8)

The $z$-score is equal to the observed value of x minus the mean value, all divided by the standard deviation as indicated in Equation 5.9. It indicates where a given value is located on the normal curve in terms of the number of standard deviations from the mean.

$$z = \frac{(x-\mu)}{\sigma}$$ (5.9)

A plot of $f(z)$ vs. $z$-score, illustrated in Figure 5.1, reveals the familiar bell-shaped curve of the normal distribution.

The area under the standard normal curve represents 100% of the measurements in a population. The cumulative distribution function (CDF) yields the probability that some random value drawn from the population will be less than or equal to the specified value of $x$. Unfortunately, the CDF for the normal distribution cannot be evaluated analytically; however, most statistics texts contain tables of the proportion of the area under the standard normal curve as a function of the $z$-score (for example, see Zar, 1984; Kachigan, 1991; or Gilbert, 1987). From these tables, it is easily determined that, for example, 68.26% of the area under the curve lies within $\pm 1$ standard deviation of the mean and that 95.46% lies within $\pm 2$ standard deviations of the mean.



FIGURE 5.1    Frequency curve for a standard normal distribution with $\mu = 0$ and $\sigma = 1$.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

A related distribution is Student's $t$ distribution. The $t$ distribution is used when the true mean and standard deviation of the population are unknown—which is the case in most situations. The distribution is bell-shaped and symmetrical like the normal distribution, but it is somewhat broader to account for uncertainty in estimation of the variance. The exact shape of the distribution varies as a function of the degrees of freedom ($v$, where $v = n - 1$) used to estimate the variance. As the number of degrees of freedom gets larger, the shape of the t distribution approaches the shape of the normal distribution. Thus, for $v = \infty$ the normal distribution results are obtained. Tables of $t$ values are found in most statistics texts (for example, see Zar, 1984; Kachigan, 1991; or Gilbert, 1987).

Although most statistical tests are based on the assumption that the underlying distribution is normal, most environmental data appear to have frequency distributions that are log-normal. Two advantages of the log-normal distribution in describing environmental data are that it always gives positive values (there are no negative concentrations) and it can account for a small fraction of higher values (hot spot contamination) in the right side or "tail" of the curve. Ott (1990) has shown that a series of successive random dilutions results in a distribution of values that is log-normal and thus provides a physical explanation for why environmental data often appear to be distributed this way.

By definition, data are said to be log-normally distributed if the log-transformed values are normally distributed. This means log-normal data can be analyzed using statistical techniques requiring normally distributed data if the data are first natural log-transformed. This is an important point because most parametric techniques require an assumption of normality or data that can be transformed to fit a normal distribution. The probability distribution function (PDF) for the log-normal distribution is given in Equation 5.10, in which $\mu_y$ and $\sigma_y$ are the mean and standard deviation of the transformed variable $y = \ln(x)$.

$$f(x) = \frac{1}{x\sigma_y\sqrt{2\pi}} \, e^{-\frac{(\ln x - \mu_y)^2}{2\sigma_y^2}} \tag{5.10}$$

The transformation step can introduce some complexities, as discussed by Gilbert (1987). For example, estimated quantities in the transformed scale (e.g., $\overline{y}$ and $s_y$) can lead to biased estimates when they are transformed back into the original scale. Also, data presented in the transformed scale can be difficult to interpret. A number of authors have addressed these issues specific to the log-normal distribution (Land, 1975; Parkin et al., 1988; Singh et al., 1997).

Gilbert (1987) provides equations for calculating minimum variance unbiased estimates of the arithmetic mean and variance of a log-normal distribution, but the equations are cumbersome, involving infinite series. Alternatively, estimates of the arithmetic mean ($\widehat{\mu}$) and variance ($\widehat{\sigma}^2$) can be obtained using the following equations:

$$\widehat{\mu} = \exp\left(\overline{y} + \frac{s_y^2}{2}\right) \tag{5.11}$$

$$\widehat{\sigma}^2 = \widehat{\mu}^2\left(\exp\left(s_y^2\right) - 1\right) \tag{5.12}$$

in which $\overline{y}$ is the sample mean and $s_y^2$ is the sample variance of the log-transformed values. Gilbert (1987) notes that $\widehat{\mu}$ is still biased high for μ, but the bias approaches zero with increasing sample size.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)
Copyright Elsevier 2023

### 5.2.3 Confidence Limits and Hypothesis Tests

It is evident from the preceding discussion that with a given distribution assumption it is possible to determine the probability of randomly selecting an object with a value less than or greater than a selected value (or between two selected values) from that distribution. For example, given a normal distribution with a mean of 10 and standard deviation of 2, we can determine the probability of randomly selecting an object with a value of 7 or less. Using Equation 5.9, we can calculate a $z$-score of (7 - 10) / 2 = -1.50 and look up the one-sided probability corresponding to a $z$-score of -1.5. From a standard table of z-scores we find the probability = 0.0668. Thus, there is a 6.68 percent probability of selecting an object with a value of 7 or less from a population of values fitting a normal distribution with a mean of 10 and standard deviation of 2.

Because of the Central Limit Theorem, we can make similar statements about the probability of estimating a mean value from a sample of size $n$ drawn from a normal distribution with a mean of 10 and standard deviation of 2. For example, what is the probability of calculating a sample mean greater than 11 in a sample of eight objects drawn from that distribution? Using Equation 5.6, we can construct an expression similar to the expression in Equation 5.9.

$$z = \frac{(\overline{x} - \mu)}{\sigma_{\overline{x}}} = \frac{(\overline{x} - \mu)}{\frac{\sigma}{\sqrt{n}}} \tag{5.13}$$

Thus, using Equation 5.13 we can calculate a $z$-score of 1.41 and look up a corresponding probability of 0.0793. There is a 7.93 percent probability of calculating a sample mean of 11 or greater in a sample of eight objects randomly selected from a population of values fitting a normal distribution with a mean of 10 and standard deviation of 2. The significance of the Central Limit Theorem is that the underlying population doesn't have to be normal for this estimate to be valid, particularly if $n$ is large.

#### 5.2.3.1 Confidence Limits

This basic procedure can also be used to calculate symmetrical confidence limits about the true mean of the underlying population. For example, from a standard table of $z$-scores, we know that 95% of the area under a standard normal curve is bound by $z = \pm 1.96$. If we plug this $z$ value into Equation 5.13 and solve for $\overline{x}$, we get

$$\overline{x} = \mu \pm 1.96 \frac{\sigma}{\sqrt{n}} \tag{5.14}$$

Thus, there is a 95% probability that a sample mean of eight objects randomly selected from the underlying population will lie between 8.62 and 11.38 (i.e., $10 - 1.39$ and $10 + 1.39$). These upper and lower limits are called confidence limits and in this case would be referred to as lower and upper 95% confidence limits about the mean. This is commonly written as:

$$P\left\{\mu - 1.96 \frac{\sigma}{\sqrt{n}} \leq \overline{x} \leq \mu + 1.96 \frac{\sigma}{\sqrt{n}}\right\} = 0.95 \tag{5.15}$$

But we never really know the true mean and true standard deviation ($\mu$ and $\sigma$) of a given population. In practice, a sample mean is calculated from a given data set and then confidence limits are

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

determined. Then we can make the statement that there is a given probability that the true mean lies somewhere within these limits. Because we do not know the true population standard deviation, $\sigma$, we need to use the sample standard deviation, $s$, to calculate confidence limits. We also need to use the $t$ distribution instead of the normal distribution to account for the uncertainty in our estimation of the standard deviation.

$$P\left\{\overline{x} - t\frac{s}{\sqrt{n}} \leq \mu \leq \overline{x} + t\frac{s}{\sqrt{n}}\right\} = p \tag{5.16}$$

If we continue with our example, the appropriate t statistic corresponding to a 95% probability level with $v = n - 1 = 7$ degrees of freedom is 2.365 (compared to a corresponding $z$-score $= 1.96$ if our sample contained all possible measurements). If we assume the sample standard deviation is 2.0, then we can say with 95% probability that the true mean lies somewhere between 8.33 and 11.67 ($10 - 1.67$ and $10 + 1.67$). Note from Equation 5.16 that we can narrow our confidence limits about the mean simply by increasing the number of measurements in our sample. Thus, confidence limits provide a measure of the uncertainty associated with estimates derived from data.

Characterizing the levels of contamination that people may have been exposed to is a common problem in forensics projects and a necessary task for assessing human health risks at Superfund sites. In these situations, the 95% upper confidence limit (UCL) is used to account for the uncertainty associated with estimates of the mean concentrations (US EPA, 1992). As previously noted, these data sets are commonly bounded at zero and positively skewed (i.e., they tend toward log-normal).

Given a set of concentration data, confidence intervals and limits can be derived by a number of methods. The confidence interval formulas provided above are based on assumptions regarding the characteristics of the populations represented by the sample data. If these assumptions are not consistent with the characteristics of the population or the data set, the confidence limits derived with these formulas will not be accurate; that is, the true likelihood that the unknown population mean is within the confidence interval may be quite different from the probability used to derive the interval. Although confidence intervals and limits derived using the $z$ statistic and the $t$ statistic are widely used, these intervals and limits are not exact unless the population of interest has a normal distribution.

As noted, environmental data sets are commonly bounded at zero and positively skewed. These characteristics are consistent with log-normal distributions, and a formula developed specifically for deriving UCLs for log-normal populations was recommended in earlier EPA guidance (US EPA, 1992). The UCLs derived with this formula were often much higher than the highest observed values, which limited their utility; therefore, other methods of deriving UCLs for environmental data sets were considered. A variety of methods of calculating the UCL of skewed data sets are discussed in articles in scientific journals (e.g., Schulz and Griffin, 1999; Porter et al., 1997) and US EPA documents (e.g., US EPA, 2002a). US EPA has developed a software package called ProUCL that calculates UCLs by a number of methods, many of which are nonparametric (i.e., they are not based on assumptions about the distribution of the underlying population). Example calculations performed with this software indicate that most of the methods produce similar values when the data set is symmetric, and that the 95% UCL calculated using the $t$ distribution is not affected by substantial deviations from normality in small data sets.

The data sets summarized in Table 5.2 illustrate these points. All three data sets contain ten observations with a sample mean of 10 and a standard deviation of 2. Set 1 is drawn from a symmetrical

This book belongs to Sara Starrfield (library@beneschlaw.com)    Copyright Elsevier 2023

**108**                              5. STATISTICAL METHODS

TABLE 5.2    Comparison of 95% Upper Confidence Limits Derived from Three Small Data Sets

| Summary Statistics for Three Small Data Sets | | | |
|---|---|---|---|
| Statistic | Set 1 | Set 2 | Set 3 |
| Sample mean | 10.0 | 10.0 | 10.0 |
| Sample standard deviation | 2.0 | 2.0 | 2.0 |
| Sample skewness | 0.0 | 1.2 | 2.1 |
| Test of normality at 5%[a] | normal ($p = 0.553$) | normal ($p = 0.113$) | not normal ($p = 0.009$) |
| Mean logarithm of sample | 2.3 | 2.3 | 2.3 |
| Standard deviation of logarithms | 0.20 | 0.20 | 0.20 |
| Skewness of logarithms | $-0.26$ | $-0.88$ | 1.6 |
| Test of log-normality at 5% | log-normal ($p = 0.535$) | log-normal ($p = 0.244$) | not log-normal ($p = 0.082$) |

| 95% Upper Confidence Limits (UCLs) Developed by Selected Methods | | | |
|---|---|---|---|
| UCL Method | Set 1 | Set 2 | Set 3 |
| *t*-statistic UCL[b] | 11.2 | 11.2 | 11.2 |
| H-statistic UCL | 11.4 | 11.3 | 11.2 |
| Jackknife UCL | 11.2 | 11.2 | 11.2 |
| Percentile bootstrap UCL | 11.0 | 11.1 | 11.1 |
| BCA bootstrap UCL | 11.0 | 11.2 | 11.5 |
| Bootstrap-*t* UCL | 11.2 | 11.7 | 12.1 |

[a] *Hypothesis tests on the distributions of the underlying populations were performed as Shapiro-Wilk tests using JMP version 7.0.1 (SAS Institute Inc., 2007). The p-values indicate the probability of error if the null hypothesis is rejected and the tests are interpreted by comparing the p-value to 0.05 (the five percent level of significance).*
[b] *All UCLs were calculated using ProUCL version 4.1.00 (US EPA, 2010), which also provides additional UCL methods that are not presented in this table.*

population; the data are consistent with a normal distribution and the skewness coefficient[3] is zero. Set 2 is drawn from a population that has a moderate positive skew; the data set has a skewness coefficient of 1.2 and is consistent with a log-normal distribution.[4] Set 3 represents a population with a much higher degree of positive skew; the data set has a skewness coefficient of 2.1 and is not consistent with a normal distribution.

[3] The skewness coefficient is a measure of the symmetry of a distribution. Symmetrical distributions, such as the normal distribution, are not skewed and have a skewness coefficient of zero. Positively skewed distributions, such as the log-normal distribution, tail off to the right and have skewness coefficients greater than zero. Negatively skewed distributions tail off to the left and have skewness coefficients less than zero.

[4] Hypothesis tests indicate that data sets 1 and 2 are consistent with both normal and log-normal distributions because these tests are not powerful enough to detect substantial deviations from these distributions when the data sets are small.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

As shown in the table, the 95% UCL calculated with the $t$ statistic is the same for all three data sets. This is expected; Equation 5.14 calculates the UCL as a function of the mean and standard deviation, which are the same for all three data sets. Note that the $t$ statistic used to calculate the 95% UCL corresponds to a one-tailed probability. The UCLs calculated with the $H$ statistic (which was recommended for log-normal distributions in US EPA, 1992) get smaller and approach the $t$-statistic UCL as the degree of skewness increases. The nonparametric methods exhibit varying degrees of sensitivity to skewness, but all provide UCLs close to the $t$-statistic UCL when the data set is symmetric.

### 5.2.3.2 *Hypothesis Testing*

In hypothesis testing, the convention is to assume that there is no difference between two values (this is referred to as the "null hypothesis," denoted $H_o$). This assumption holds unless we can determine that the probability of seeing such a large difference is so small that it is more likely that our initial assumption is wrong than it is we have encountered this rare occurrence. Often, the convention is to conclude that our initial assumption is wrong when the probability associated with the null hypothesis is 5% or less.

When we establish our null hypothesis, it is also important to establish an alternate hypothesis (denoted $H_a$). For a null hypothesis of no difference between two sample means, i.e., $H_o$: $\mu_a = \mu_b$ there are three different alternate hypotheses: $H_a$: $\mu_a \neq \mu_b$; $H_a$: $\mu_a > \mu_b$; or $H_a$: $\mu_a < \mu_b$. The *a priori* decision of which alternate hypothesis is selected determines whether we are performing a one-tailed test or a two-tailed test. If our decision level is set at 5% and our alternate hypothesis is $H_a$: $\mu_a \neq \mu_b$, then we don't care if $\mu_a > \mu_b$ or $\mu_a < \mu_b$. In this case, our 5% decision level is interpreted as a 2.5% chance of rejecting our null hypothesis when in fact $\mu_a > \mu_b$ and a 2.5% chance of rejecting the null hypothesis when in fact $\mu_a < \mu_b$. This is referred to as a two-tailed test. If, however, we really would like to know if the average concentration on site is greater than the average background level, i.e., $\mu_a > \mu_b$, and we are willing to accept a 5% chance of wrongly rejecting our null hypothesis, then we would be performing a one-tailed test.

In making this decision to accept or reject the null hypothesis, two types of errors are possible: Type I errors and Type II errors. A Type I error occurs when the null hypothesis is rejected (we cannot conclude that the values are drawn from the same population) when in fact they have been. A Type II error occurs when we accept the null hypothesis of no difference between means when in fact there is a difference.

The probability of committing a Type I error is equal to $\alpha$ (alpha), the significance level. Alpha is a value that is chosen by the investigator and usually set equal to 0.05. With alpha set equal to 0.05, we are willing to accept a 5% chance of rejecting our null hypothesis of no difference between means when in fact the null hypothesis is true. The probability of committing a Type II error is equal to $\beta$ (beta), the power. The power of a test is more difficult to determine. It is a function of alpha, the standard error of the difference between the two means, and the size of the effect that we are trying to detect (for example, see Zar, 1984).

The power of the test is often neglected which can lead to a false confidence in decision making. For example, if $\alpha = 0.05$, and $\beta = 0.5$, there is a 5% chance of rejecting the null hypothesis when in fact it is true, but there is a 50% chance of accepting the null hypothesis when it is false. For this reason, some statisticians believe that the only significant conclusion is when the null hypothesis is rejected (for example, see Oakes, 1986; Reckhow et al., 1990). If the null hypothesis cannot be rejected, the reason may be that the test had insufficient power to detect a difference (e.g., the sample size was

This book belongs to Sara Starrfield (library@beneschlaw.com)

Copyright Elsevier 2023

too small or the data were highly variable). Thus, a poorly designed test based on too few measurements can be biased toward accepting the null hypothesis.

### 5.2.3.3 Normality, Representativeness, and Independence

The classic hypothesis tests and confidence intervals described above are based on assumptions regarding the characteristics of both the data set and the underlying population. When these assumptions are not met, the resulting hypothesis tests and confidence intervals are not exact. Deviations from assumptions regarding the underlying population are common in environmental data sets. For example, methods that use the $z$ and $t$ statistics are based on the assumption that the underlying population is normally distributed. As previously noted, environmental data sets are commonly bounded at zero and skewed to the right; in general, they do not appear to be consistent with a normal distribution. However, methods for estimating and comparing population means based on the $z$ and $t$ statistics may be used even when the assumption of normality is not met, especially if the number of samples is large. This practice is justified by the Central Limit Theorem, which states that the distribution of the sample mean approaches a normal distribution as the sample size increases. Alternately, nonparametric tests such as those described in Sections 5.3.1.3 and 5.3.1.6 can be used; these tests are valid even when the underlying population is not normally distributed. Methods that can be used to test whether a data set represents a particular type of distribution (such as normal or log-normal) are discussed in Section 5.3.1.1 and in many statistics books (e.g., Zar, 1984; Gilbert, 1987).

Assumptions regarding the characteristics of the data set are often ignored in environmental work. The parametric methods based on the $z$ and $t$ statistics and the common nonparametric alternatives described later in this chapter all require the assumption that the data set is composed of $n$ independent observations that are representative of a single underlying population. In the statistics literature, this assumption is sometimes stated as a requirement that all of the observations are independent and identically distributed random variables. This assumption ensures that each observation included in the data set provides the same amount of information regarding the underlying population. For a variety of reasons, many environmental data sets are not consistent with this assumption.

One common cause of this problem is biased sampling design. Many environmental data sets are collected to identify or characterize conditions in areas that are or may have been affected by releases of chemicals. The spatial distribution of the chemicals of interest frequently includes hot spots (i.e., small areas with relatively high concentrations); when the purpose of the investigation is to locate these features, the areas where the concentrations are highest are often overrepresented in the resulting data set. When the data set is used for other purposes, such as characterizing the mean concentration over a property or exposure area that extends well beyond the area affected by the chemical release, the data set may be less representative of the population of interest than it would be if the sampling locations were selected at random. The issue of bias in sampling designs is discussed in more detail in Section 5.3.1.6.

Another feature of environmental data sets that may lead to inconsistency with the underlying assumptions is the use of multiple observations collected from the same or closely spaced sampling locations. As an extreme example, consider that many environmental sampling programs include field duplicate samples. The data from both duplicates should not be treated as independent observations because the second observation at a sampling location generally provides much less information about the underlying population than a separate observation made some distance away. This

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

problem is easily avoided by using the average of the duplicate sample values to represent their common sampling location (the fact that the resulting average is expected to be more accurate than the single measurements obtained from other locations is usually ignored). Similarly, when the data set includes observations from multiple depths in the same borehole, the use of a single value that best represents the characteristic of interest (e.g., the average or the maximum value) for each sampling location provides a more realistic estimate of the number of independent observations.

Although the interdependence of data obtained from duplicate samples or multiple depth intervals is easily recognized, the correlation of observations made at adjacent sampling locations or at the same location over time is often ignored. Environmental variables often exhibit autocorrelation over distances that are greater than the distance between adjacent sampling locations. When this is true, knowledge of the value at one sampling location provides information regarding the values at other nearby sampling locations. Similarly, concentrations in groundwater made in the same well over time may be autocorrelated; knowledge of the concentration during one sampling event may provide information on the concentration at the next sampling event. As a result of spatial or temporal autocorrelation, the number of independent observations of the population of interest may be substantially lower than the number of observations available for statistical analysis. Methods for deriving confidence limits for correlated data sets are discussed in Section 11.12 of Gilbert (1987). Unless the effects of autocorrelation are addressed, confidence limits and hypothesis tests developed from autocorrelated data sets will appear to provide a greater level of certainty than the data will actually support.

## 5.2.4  Dealing with Nondetects

Environmental data sets often include samples with concentrations below the analytical limit of detection (LOD), referred to as non-detects. The LOD or Method Detection Limit (MDL) is defined by the US EPA as "the minimum concentration of a substance that can be measured and reported with 99 percent confidence that the analyte concentration is greater than zero."[5] This is typically determined by analyzing multiple reagent water solutions containing the analyte at a low concentration (within one to five times the expected detection limit) and calculating the MDL as approximately three times the standard deviation of the measurements.[6] This statistical definition minimizes false positives but does not address false negatives. When an analyte is actually present at the MDL, there is a 50% chance of detecting it (Georgian and Osborn, 2001).

A related term, the Limit of Quantitation (LOQ) or Practical Quantitation Level (PQL), is defined as the "lowest level that can be reliably achieved within the specified limits of precision and accuracy during routine laboratory operating conditions."[7] The PQL is set by the laboratory at a concentration of typically 3 to 10 times the MDL and provides an increased level of confidence in the reported concentration by the laboratory. Concentrations between the MDL and the PQL are typically reported by the laboratory but flagged as estimated values.

Data sets containing samples with values below the LOD are referred to as being left-censored and can present a challenge in environmental forensics investigations. In most cases, nondetects provide

---

[5] 40 CFR Part 136, Appendix B.

[6] Typically seven replicates are run and the factor of 3 corresponds to the t statistic for n = 7, $t_{0.99} = 3.143$.

[7] This term was defined in the preamble to a November 13, 1985, rulemaking (50 FR 46906).

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)    Copyright Elsevier 2023

useful information that should not be discarded or ignored, for example when relying on estimation of contaminant concentrations for distinguishing plumes or comparing site-related concentrations to background levels.

There are a variety of approaches for calculating summary statistics (such as the mean and standard deviation) of left-censored data sets. These approaches can be characterized as substitution methods (e.g., assigning nondetects a value of zero, half the detection limit or the detection limit), methods requiring knowledge of the underlying population distribution, such as probability plotting methods and maximum likelihood estimation (MLE) techniques, and nonparametric methods relying on data ranks.

The simplest approach from a computational perspective is to replace all nondetects with a proxy value such as the detection limit or one-half the detection limit. Although easy to perform, this approach yields biased estimates of population parameters and is generally regarded to be inferior to other methods (Helsel, 1990; Helsel, 2005a; Hewett and Ganser, 2007). Probability plotting methods, also referred to as regression on order statistics (ROS) methods, and MLE techniques provide unbiased estimates of population parameters when the data set is large and fits the assumed underlying distribution (Helsel, 1990). However, if the assumed distribution is misidentified, which is more likely with small data sets, then ROS and MLE methods can yield erroneous results.

ROS methods such as log-probit analysis enjoyed some popularity early on as an alternative to substitution methods (Helsel and Cohn, 1988; Travis and Land, 1990), but more recently these methods have been shown to underperform the MLE and nonparametric Kaplan Meier (KM) techniques. In a log-probit analysis, the underlying distribution is assumed to be log-normal and yield a straight line when plotted on a probit scale. Nondetects are used in assigning percentile estimates for detected values, which are then plotted to derive a best-fit straight line. The geometric mean and standard deviation of the data can then be derived from the 50th percentile and antilog of the slope of the regression line (Travis and Land, 1990).

The MLE method uses an iterative procedure for estimating the parameters of a distribution that maximizes the likelihood of observing the detected values and the proportion of data below the detection limit. Gilbert (1987) presents equations for estimating the mean and standard deviation of a left-censored log-normal distribution with the MLE method using a lookup table, but most commercial statistical packages can perform this iterative procedure directly. MLE can handle multiple detection limits and be used in hypothesis testing in the form of a likelihood ratio test (Helsel, 2006).

The KM technique was originally developed to handle right-censored survival data in the medical and industrial fields and has since been applied to treatment of left-censored environmental data. The technique is relatively straightforward and does not require any distributional assumptions, but the data must be transformed prior to analysis to reflect a right-censored data set. The KM technique is often found to be the best method for treating left-censored data, particularly for data sets with multiple detection limits (Clarke, 1998; Singh et al., 2006; Antweiler and Taylor, 2008; Helsel, 2010; Leith et al., 2010). However, it is not recommended for data sets with only one detection limit (Helsel, 2009; Hewett and Ganser, 2007). KM statistics can be generated using the Excel spreadsheet (KMStats.xls) provided online by Helsel (2012) or statistical software packages available online free of charge from the EPA.[8]

---

[8] ProUCL version 4.1.00 available at http://www.epa.gov/osp/hstl/tsc/software.htm; Scout version 1.00.01 available at http://www.epa.gov/esd/databases/scout/abstract.htm.

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

A number of studies have been designed to evaluate the merits of the various approaches (e.g., Clarke, 1998; Singh et al., 2006; Hewett and Ganser, 2007; Antweiler and Taylor, 2008; Leith et al., 2010), but controversy persists and no single method can be recommended as a preferred approach in all cases. The performance of each method depends upon sample size, proportion of data that is censored, number of detection limits, and skewness of the data. Although substitution methods are computationally simple, alternative methods offer superior performance and are now easily implemented with readily available software packages.

## 5.3 APPLICATIONS IN ENVIRONMENTAL FORENSICS

### 5.3.1 Comparing Sample Means

Evidence that a facility may have contributed to the level of contamination at a site can be demonstrated by comparing data collected at the site with an appropriate set of background measurements. In comparing two data sets, it is important to keep in mind that it is not possible to prove that two data sets are different; rather, we are only able to assess the likelihood that they are drawn from the same population.

#### 5.3.1.1 Student's T-test

Perhaps the most common test for comparing samples is Student's $t$-test, also known as the $t$-test. The $t$-test was developed in the early 1900s by William S. Gosset for monitoring the quality of beer at the Guinness brewery. Gosset published the method under the pseudonym Student because the brewery did not allow employees to publish under their own names to prevent disclosure of any trade secrets. The $t$-test is a parametric technique, which, as previously described, means that some underlying distribution is assumed for the test. For the $t$-test (and most parametric techniques) it is assumed that each sample is drawn from a normal distribution. It is also assumed that the measurements in the sample were randomly selected from the distribution and that the variances of the two sampled populations are equal. (The $t$-test can also be used to compare a data set with a single value, for example, to compare the mean of a data set to some cleanup level.)

In conducting a $t$-test for comparing means, the underlying hypothesis is that there is no difference between sample means. In other words, we establish the null hypothesis that the difference in the means is zero, i.e., $H_o$: $\mu_1 = \mu_2$ or $H_o$: $\mu_1 - \mu_2 = 0$. In most cases, the alternate hypothesis is that the means are not the same, i.e., $H_a$: $\mu_1 \neq \mu_2$. The test statistic is given as:

$$t = \frac{\overline{x}_1 - \overline{x}_2}{\frac{s_1}{\sqrt{n_1}} + \frac{s_2}{\sqrt{n_2}}} \tag{5.17}$$

If the population variances are equal, as they are assumed to be in the $t$-test, then we can calculate a pooled variance, $s_p^2$, and pooled standard deviation, $s_p$ where $s_p$ = square root of $s_p^2$.

$$s_p^2 = \frac{(n_1 - 1) s_1^2 + (n_2 - 1) s_2^2}{n_1 + n_2 - 2} \tag{5.18}$$

The variance ratio test or $F$ test can be used to evaluate whether or not the variances are in fact equal, i.e., whether or not it is likely that the two samples were drawn from populations with the same

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                    Copyright Elsevier 2023

variance. We test the hypothesis $Ho$: $\sigma_1^2 = \sigma_2^2$ and assign some probability alpha of committing a Type I error. The $F$ statistic is calculating by simply dividing the larger variance by the smaller variance. This ratio is then compared to the tabular value of $F_{\alpha,v1,v2}$ for a given alpha and the degrees of freedom associated with each data set (tables of $F$ values are found in most statistics texts). If we accept the null hypothesis and conclude no difference in variances, the t statistic can be calculated using the pooled standard deviation, as indicated by Equation 5.19.

$$t = \frac{\overline{x}_1 - \overline{x}_2}{s_p\sqrt{\frac{1}{n_1} + \frac{1}{n_2}}} \tag{5.19}$$

An example data set to demonstrate application of the $t$-test is provided in Table 5.3. Summary statistics are listed in Table 5.4. The data consist of 25 measurements of lead in soil collected on site (onsite data) and 25 measurements collected off site, representing background measurements (background data).

A frequency distribution of the data is presented in Figure 5.2. The values on the $x$-axis represent the upper end of the bin range. Thus, the first bin range covers the values from 0 to 75, the second runs from 76 to 150, etc.

Test assumptions about normality and equal variance should be checked before performing the $t$-test. As indicated in Figure 5.2, both data sets appear to have a distribution that is skewed to the right, resembling a log-normal distribution. The coefficient of variation test, described by the EPA (1989), provides a simple and quick check to detect gross non-normality in the data set. The coefficient of variation is equal to the standard deviation divided by the mean. A value greater than 1.0 is evidence that the data are not normally distributed. In this example, both coefficients of variation are less than 1.0, so there is no evidence of gross non-normality.

A more powerful test that can detect whether or not a data set fits a specified distribution is the $\chi^2$ (chi-square) goodness of fit test.[9] The $\chi^2$ test compares observed frequencies in a sample data set with expected frequencies if the data set fit some known distribution, for example, normal, log-normal, or some other specified distribution. The $\chi^2$ statistic is calculated as

$$\chi^2 = \sum_{i=1}^{k} \frac{(N_i - E_i)^2}{E_i} \tag{5.20}$$

in which $k$ is the number of bin ranges, $N$ is the observed number of measurements falling within a given bin range, and $E$ is the expected number of measurements falling within the range. If there were no difference between the observed and expected frequencies, the value for $\chi^2$ would be zero. As the calculated value for $\chi^2$ increases, we become less certain that the distributions are similar. If the $\chi^2$ statistic exceeds the tabular value (found in most statistics texts) for a given alpha level with $v = k - 3$ degrees of freedom,[10] we must reject the null hypothesis of no difference between distributions.

---

[9] Note that there are other techniques for testing distribution assumptions, such as the Kolmogorov Smirnov test and the Wilk Shapiro test (see Gilbert, 1987; Zar, 1984).

[10] For testing the fit of a distribution, the degrees of freedom for the chi-square test is equal to k-p-1 where p is the number of parameters used to define the distribution. In this case, we use k-3 because we lose two degrees of freedom for estimating the mean and standard deviation when we convert the data to $z$-scores. We lose a third degree of freedom because the sum of the probabilities of falling within a given bin range must equal 1.

This book belongs to Sara Starrfield (library@beneschlaw.com)                    Copyright Elsevier 2023

TABLE 5.3    Example Data Set Used to Demonstrate the $t$-Test

| Onsite Concentrations (ppm) | Background Concentrations (ppm) |
|---|---|
| 353 | 86 |
| 300 | 111 |
| 288 | 306 |
| 459 | 111 |
| 345 | 346 |
| 324 | 142 |
| 473 | 73 |
| 339 | 217 |
| 236 | 149 |
| 310 | 417 |
| 359 | 111 |
| 420 | 584 |
| 357 | 68 |
| 581 | 263 |
| 762 | 171 |
| 315 | 176 |
| 406 | 266 |
| 279 | 146 |
| 504 | 155 |
| 233 | 81 |
| 299 | 336 |
| 371 | 106 |
| 452 | 80 |
| 384 | 101 |
| 480 | 178 |

The number of bin ranges should be selected so that $E$ is at least 4. Thus, with $n = 25$, $k$ should be less than $25/4 = 6.25$, so we set $k = 6$. The easiest way to perform this test by hand is to select bin ranges so that $E_1 = E_2 = E_3$ etc. Thus, for $n = 25$ and $k = 6$, $E$ is equal to $25/6 = 4.17$. EPA (1989) contains a table of appropriate bin ranges for a normal distribution that can be used for any data set if the data are first converted to $z$-scores. Bin ranges for k = 6 are presented in Table 5.5 along with the observed frequencies for the onsite and background data sets.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                  Copyright Elsevier 2023

TABLE 5.4    Summary Statistics for the Data Presented in Table 5.3

|  | Onsite Data | Background Data |
|---|---|---|
| Number of Samples | 25 | 25 |
| Minimum Value | 233.4 | 67.8 |
| Maximum Value | 761.8 | 583.6 |
| Sample Average | 385 | 191 |
| Sample Variance | 13515 | 15925 |
| Sample Standard Deviation | 116 | 126 |
| Standard Error of the Mean | 23.3 | 25.2 |



FIGURE 5.2    Frequency distribution for data presented in Table 5.3.

Using Equation 5.20, the calculated $\chi^2$ statistics for the onsite and background data sets are 6.43 and 12.7, respectively. The tabular value for $\chi^2$ with 3 degrees of freedom at the 95% probability level ($\alpha = 0.05$) is 7.815. Because the $\chi^2$ statistic for the background data exceeds the tabular value, we cannot conclude that the data were drawn from a normal distribution.

When the data are found to be significantly different from normal, it may be possible to "normalize" the data by taking the natural log of each data point. This is a common transformation because most environmental data sets are adequately described by a log-normal distribution. Summary statistics for the log-transformed data are presented in Table 5.6. Observed and expected frequencies for the $\chi^2$ test are found in Table 5.6.

Note that the bin ranges and expected frequencies in Table 5.7 remain the same if the test is performed on data that have been converted to $z$-scores. The calculated $\chi^2$ statistics for the log-transformed onsite and background data sets are 1.16 and 2.11, respectively. The tabular value for $\chi^2$ with three degrees of freedom at the 95% probability level is the same as before, 7.815. Because

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                                    Copyright Elsevier 2023

TABLE 5.5    Observed and Expected Frequencies Calculated in the $\chi^2$ Test for Normality for the Data Set in Table 5.3

| Bin Range for k = 6 | Expected Frequency (E) | Observed Frequency (N) On Site | Observed Frequency (N) Background |
|---|---|---|---|
| < -0.97 | 4.17 | 2 | 1 |
| -0.97 − -0.43 | 4.17 | 7 | 9 |
| -0.43 − 0 | 4.17 | 7 | 7 |
| 0 − 0.43 | 4.17 | 2 | 1 |
| 0.43 − 0.97 | 4.17 | 4 | 3 |
| > 0.97 | 4.17 | 3 | 4 |

TABLE 5.6    Summary Statistics for the Natural Log-Transformation of the Data Presented in Table 5.3

| | Onsite Data | Background Data |
|---|---|---|
| Number of Samples | 25 | 25 |
| Minimum Value | 5.45 | 4.21 |
| Maximum Value | 6.64 | 6.37 |
| Sample Average | 5.92 | 5.08 |
| Sample Variance | 0.0751 | 0.345 |
| Sample Standard Deviation | 0.274 | 0.587 |
| Standard Error of the Mean | 0.0548 | 0.117 |

TABLE 5.7    Observed and Expected Frequencies Calculated in the $\chi^2$ Test for Normality for the Natural Log-Transformation of the Data Set in Table 5.3

| Bin Range for $k = 6$ | Expected Frequency (E) | Observed Frequency (N) On Site | Observed Frequency (N) Background |
|---|---|---|---|
| < -0.97 | 4.17 | 5 | 3 |
| -0.97 − -0.43 | 4.17 | 5 | 6 |
| -0.43 − 0 | 4.17 | 4 | 5 |
| 0 − 0.43 | 4.17 | 3 | 3 |
| 0.43 − 0.97 | 4.17 | 3 | 5 |
| > 0.97 | 4.17 | 5 | 3 |

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                      Copyright Elsevier 2023

5. STATISTICAL METHODS



FIGURE 5.3    Frequency distribution for data presented in Table 5.2 after log-transformation.

the $\chi^2$ statistic for both the onsite and background data are less than the tabular value, we can conclude that the log-transformed data sets are not significantly different from normal. The frequency distributions of the natural log-transformed data are presented in Figure 5.3. Plotting the data is always recommended to get a feel for the data set. The onsite data clearly resemble a normal distribution; the background data still exhibit some deviation from normal, but nothing significant according to the $\chi^2$ test.

The ratio of the variances in the log-transformed data set is $0.345/0.0751 = 4.59$. This ratio can be compared to the tabular $F$ value with $n - 1 = 24$ degrees of freedom for the numerator and denominator $F_{.05, 24, 24} = 2.27$. Because the variance ratio exceeds the tabular $F$ value, we cannot conclude that the variances are equal at the 95% probability level. (This is clearly evident in Figure 5.3). The scenario in which both data sets are not significantly different from normal but the variances are unequal is referred to as the Behrens-Fisher problem (Zar, 1984). One solution to this problem is known as Cochran's approximation to the Behrens-Fisher problem (Ross, 1997; Zar, 1984). The $t$ statistic is calculated according to Equation 5.21.

$$t = \frac{5.92 - 5.08}{\frac{0.274}{\sqrt{25}} + \frac{0.587}{\sqrt{25}}} = \frac{0.84}{0.172} = 4.88 \tag{5.21}$$

However, the tabular value is Student's $t$ with degrees of freedom calculated for the combined data set according to Equation 5.22.

$$v = \frac{\left(\frac{s_1^2}{n_1} + \frac{s_2^2}{n_2}\right)^2}{\frac{\left(\frac{s_1^2}{n_1}\right)^2}{n_1 - 1} + \frac{\left(\frac{s_2^2}{n_2}\right)^2}{n_2 - 1}} \tag{5.22}$$

In this case, $v = 17.7$ (or 17, when rounded to the next smallest integer). The tabular value for Student's $t$ with alpha $= 0.05$ and 17 degrees of freedom is 2.11. Because the calculated value of 4.88 exceeds the tabular value of 2.11, we must reject the null hypothesis and conclude that there is less than a 5% probability that the observed difference between the two means could occur by chance. This is strong evidence that lead concentrations on site are higher than background levels

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

and suggests that the facility has indeed affected the soils on site. In addition, the *t*-test has allowed us to arrive at this conclusion with a quantitative estimate of the confidence in our conclusion.

### 5.3.1.2 *Paired* **t-***Test*

If paired data sets are available, for example, upwind/downwind measurements, then the paired *t*-test can be used. In the paired *t*-test, the null hypothesis is that the population mean of the differences between each data pair ($\mu_d$) is equal to zero, i.e., $H_o$: $\mu_d = 0$, where $d_i$ is the difference between the *i*th data pair and $\overline{d}$ is the sample mean of the differences between each data pair. The paired *t*-test assumes that the values of $d_i$ are normally distributed. The test statistic is calculated as

$$t = \frac{\overline{d}}{\frac{s_d}{\sqrt{n}}} \tag{5.23}$$

where

$$s_d = \sqrt{\frac{\sum \left(d_i - \overline{d}\right)^2}{n - 1}} \tag{5.24}$$

The calculated t statistic is compared with the tabular *t* value with *n* - 1 degrees of freedom. If the calculated value exceeds the tabular value then the null hypothesis is rejected.

Daily upwind/downwind total suspended particulate (TSP) measurements collected at the site of a former gold mine in California during the months of July, August, and September are presented in Table 5.8. The downwind−upwind difference between each data pair should reflect a contribution from the site. A scatter plot of downwind−upwind measurements for the three months (Figure 5.4) indicates that downwind TSP concentrations are generally greater than upwind measurements.

A frequency distribution plot of the downwind−upwind difference concentrations is shown in Figure 5.5. Note that the first bin includes data in the range of −20 to 0 and represents data pairs where upwind concentrations exceed downwind values.

Once again, we can test the assumption of normality with a $\chi^2$ test. Using Equation 5.20 and dividing the 57 difference measurements into eight equal bins, the calculated $\chi^2$ statistic is 6.30 compared to a tabular value of 11.07 for $\alpha = 0.05$ and $v = 5$. Thus, we can accept our null hypothesis of no difference between the observed distribution of difference values and a normal distribution. We can now proceed with the paired *t*-test. The average downwind−upwind difference between the 57 data pairs is 45.2 and the standard deviation is 38.2. Thus, using Equation 5.26 we calculate t = 8.94.

In comparison, the tabular value for $t_{.05, 56} = 2.003$ so we reject our null hypothesis that the mean difference of 45.2 is not significantly different than zero. We can take this analysis one step further and calculate confidence limits about the mean difference using Equation 5.16.

$$P\left\{45.2 - 2.003\frac{38.2}{\sqrt{57}} \le \mu_d \le 45.2 + 2.003\frac{38.2}{\sqrt{57}}\right\} = 0.95 \tag{5.25}$$

Thus, there is a 95% probability that the true mean difference for the months of July, August, and September lies somewhere between 35.1 and 55.3 $\mu g/m^3$. Note that only three months out of the year

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)

Copyright Elsevier 2023

**120**

5. STATISTICAL METHODS

TABLE 5.8   Upwind/Downwind TSP Concentrations ($\mu g/m^3$) for July, August, and September at a Former Gold Mining Site in California

| Day | July Upwind | July Downwind | August Upwind | August Downwind | September Upwind | September Downwind |
|-----|-------------|---------------|---------------|-----------------|------------------|--------------------|
| 1 | 56 | 116 | 59 | 112 | | |
| 2 | 64 | 78 | | | 84 | 68 |
| 3 | 73 | 86 | | | 75 | 56 |
| 4 | | | 53 | 85 | 78 | 69 |
| 5 | | | 66 | 165 | 82 | 53 |
| 6 | | | 68 | 167 | | |
| 7 | 36 | 53 | 58 | 145 | | |
| 8 | 45 | 98 | 56 | 95 | 166 | 56 |
| 9 | 72 | 115 | | | 105 | 73 |
| 10 | 62 | 70 | | | 84 | 63 |
| 11 | | | | | 90 | 39 |
| 12 | | | | | 180 | 63 |
| 13 | | | | | | |
| 14 | 51 | 147 | 89 | 148 | | |
| 15 | 63 | 171 | 75 | 161 | 87 | 38 |
| 16 | 56 | 157 | | | 105 | 46 |
| 17 | 66 | 150 | | | 35 | 38 |
| 18 | 47 | 125 | 48 | 78 | 67 | 36 |
| 19 | | | 55 | 53 | | |
| 20 | | | 53 | 137 | | |
| 21 | 125 | 113 | 55 | 103 | | |
| 22 | 51 | 88 | 54 | 76 | 123 | 36 |
| 23 | 50 | 50 | | | 93 | 108 |
| 24 | 32 | 118 | | | 45 | 15 |
| 25 | 41 | 169 | 61 | 75 | 69 | 33 |
| 26 | | | 65 | 102 | 83 | 36 |
| 27 | | | 61 | 55 | | |
| 28 | 53 | 166 | 62 | 82 | | |
| 29 | 59 | 75 | 57 | 68 | 41 | 34 |
| 30 | 86 | 76 | | | | |

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                                                Copyright Elsevier 2023



FIGURE 5.4   Scatter plot of upwind/downwind TSP measurements for July, August, and September.



FIGURE 5.5   Frequency distribution of downwind−upwind difference concentrations.

have been selected for this example. This analysis could also be performed for all of the available data. If the investigation was being conducted in support of a toxic tort case, then the time period of exposure could be analyzed. It is also possible that exposure could be greater in certain months. This hypothesis could be tested using an analysis of variance technique.

### 5.3.1.3 Wilcoxon's Rank Sum Test

Data sets that cannot be transformed to approximate a normal distribution can be compared using a nonparametric technique such as Wilcoxon's Rank Sum test (also known as the Mann Whitney U test). With a non-parametric test, there is no requirement that the data fit some underlying distribution. Wilcoxon's Rank Sum test is designed to test the null hypothesis that the two data sets are drawn from the same distribution (whatever it is) or similar distributions with the same central tendency.

The test is conducted by combining the data points from the two samples while maintaining their identity and ranking the data from lowest to highest (or highest to lowest). Ties (data points with the same value) are assigned the average of the ranks they would have been assigned had they not been tied. Gilbert (1987) notes that an advantage of the Wilcoxon Rank Sum test is that it can handle a moderate number of nondetect values by treating them as ties.

This book belongs to Sara Starrfield (library@beneschlaw.com)                              Copyright Elsevier 2023

The sum of the ranks from each sample ($R_1$ and $R_2$) are tallied, and the smaller sum is selected for comparison ($n_R$ is the number of data points associated with the sample with the smaller sum, either $n_1$ or $n_2$). For samples with $n \leq 20$, $R$ may be compared directly to a table of $R$ values (for example, see Langley, 1970). For samples with more than 20 data points, the significance of $R$ can be determined by computing $Z_{rs}$.

$$Z_{rs} = \frac{R - \frac{n_R(n_1+n_2+1)}{2}}{\sqrt{\frac{n_1 \cdot n_2(n_1+n_2+1)}{12}}} \tag{5.26}$$

Because $R$ is approximately normal for large $n$, all we are really doing is calculating a standard normal deviate analogous to Equation 5.9 where

$$Z_{rs} = \frac{R - E(R)}{\sqrt{Var(R)}} \tag{5.27}$$

the expected value of $R$, $E(R)$ is given as

$$E(R) = \frac{n_R(n_1+n_2+1)}{2} \tag{5.28}$$

and the variance $Var(R)$ is estimated using Equation 5.29 (Reckhow et al., 1990).

$$Var(R) = \frac{n_1 \cdot n_2(n_1+n_2+1)}{12} \tag{5.29}$$

Gilbert (1987) also gives an equation for calculating $Z_{rs}$ when ties are present:

$$Z_{rs} = \frac{R - \frac{n_R(n_1+n_2+1)}{2}}{\left\{\frac{n_1 n_2}{12}\left[n_1+n_2+1-\frac{\sum_{j=1}^{g} t_j\left(t_j^2-1\right)}{(n_1+n_2)(n_1+n_2-1)}\right]\right\}^{1/2}} \tag{5.30}$$

where $g$ is the number of tied groups, and $t_j$ is the number of tied data in the $j$th group.

In our example data set presented in Table 5.3, the smaller sum of ranks is equal to 396 and there is one group of ties with $t = 3$. The resulting value of $Z_{rs}$ calculated using Equation 5.30 is -4.69, corresponding to a $< 0.001$ probability that the two data sets are drawn from the same underlying distribution.[11] The results of this test confirm our earlier conclusion based on Student's $t$-test.

Higgs et al. (1999) used the Rank Sum test to compare patterns of soil lead contamination observed on elementary school properties. The authors found that soils on inner-city school properties had significantly higher lead concentrations than soils on outer-city school properties, consistent with earlier findings that lead tends to cluster within the interior of the largest cities.

---

[11] For a two-tailed test, the null hypothesis is rejected if $Z_{rs} \leq$ -$Z_{1-\alpha/2}$ or if $Z_{rs} \geq Z_{1-\alpha/2}$.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

#### 5.3.1.4 Comparing Means with Censored Data Sets

A number of nonparametric methods based on the Wilcoxon Rank Sum (WRS) test have been developed for comparing the central tendencies of censored data sets. Treatment of the censored values as ties will reduce the statistical power of the WRS test (US EPA, 2006); the magnitude of this reduction is affected by the extent and number of levels of censoring. When the data sets are censored by only one detection limit and the proportion of censored data is moderate, the WRS test may be used without modification by treating the censored data as ties (Gilbert, 1987). Comparisons of data sets with ties at multiple detection limits can be performed using Equation 5.30 to calculate the WRS test statistic (Gilbert, 1987). This equation is also presented in a US EPA statistical guidance document (US EPA, 2006) that recommends consulting a statistician on the potential use of Gehan ranking in cases with multiple detection limits. Gehan's test and additional alternatives, including a generalized version of the WRS test, are explained by Helsel (2005b).

The calculations summarized in Table 5.9 demonstrate that censoring may lead to substantial differences among the test statistic values provided by various nonparametric methods for evaluating the difference in central tendency between populations represented by censored data sets. The $Z_{rs}$ values in the table were generated by applying three methods to censored versions of the data set in Table 5.3. When neither data set is censored (case 1), all three methods provide the same value. When both data sets are censored at a common limit (cases 2 and 3), the $Z_{rs}$ value produced by the WRS test is closer to zero[12] than the values produced by the other two methods. The difference between the WRS test and the other two methods is small when the proportion of censored data is moderate (40% in case 2), but larger when the proportion of censored data is higher (78% in case 3). When the two data sets are censored at different limits, the $Z_{rs}$ value produced by Gehan's test may be either closer to zero than the values produced by the other two methods (as shown in case 5, where the proportions of censored values in the two data sets are similar) or further from zero (as shown in case 4, where the proportions of censored values are much different). Overall, the values produced by Gehan's test become closer to zero as the proportion of censored data and the number of levels of censoring increase across the five cases, while comparison of the values for case 4 and case 5 indicates that the effect of censoring at multiple levels on the other two methods is difficult to predict. Thus, the test statistic values in Table 5.9 suggest that Gehan's test should be used in cases where the data sets to be compared are extensively censored at multiple levels.

#### 5.3.1.5 Analysis of Variance (ANOVA)

If we wish to compare more than two samples—for example, the months of July, August, and September in the upwind—downwind example—we could perform multiple $t$-tests. However, as the number of samples to be tested increases the number of possible comparisons becomes large. For example, comparing five samples would require $5(5-1)/2 = 10$ $t$-tests; 10 samples would require 45 $t$-tests. Moreover, as we perform more tests, we increase our chances of committing a Type I error, even though each test might be conducted at the 0.05 level. For example, if 20 separate $t$-tests are performed at the 0.05 level, the probability of observing at least one significant result due to chance is $1 - (0.95)^{20} = 64\%$.

---

[12] A $Z_{rs}$ value closer to zero indicates that the difference in central tendency is less significant; a $Z_{rs}$ value further from zero indicates that the difference in central tendency is more significant.

This book belongs to Sara Starrfield (library@beneschlaw.com)                                Copyright Elsevier 2023

**TABLE 5.9**  Test Statistic Values (Zrs) Produced by Nonparametric Methods of Comparing the Means of Populations Represented by Censored Data Sets

| Case Number | Detection Limits Used in Censoring the Data Sets | Proportion of Censored Values in Each Data Set | Test Statistic for Wilcoxon Rank Sum with Average Ranks for Ties | Test Statistic for Wilcoxon Rank Sum with Gilbert's Formula for Ties | Test Statistic for Gehan's Test |
|---|---|---|---|---|---|
| 1 | none for OS<br>none for BG | none for OS<br>none for BG | -4.69 | -4.69 | -4.69 |
| 2 | 250 ppm for OS<br>250 ppm for BG | 2 of 25 for OS<br>18 of 25 for BG | -4.34 | -4.48 | -4.48 |
| 3 | 400 ppm for OS<br>400 ppm for BG | 16 of 25 for OS<br>23 of 25 for BG | -1.7 | -2.34 | -2.34 |
| 4 | 250 ppm for OS<br>400 ppm for BG | 2 of 25 for OS<br>23 of 25 for BG | -1.87 | -1.97 | -2.27 |
| 5 | 400 ppm for OS<br>250 ppm for BG | 16 of 25 for OS<br>18 of 25 for BG | -5.27 | -5.49 | -2.22 |

*OS is the onsite data set in Table 5.3.*
*BG is the background data set in Table 5.3.*

This book belongs to Sara Starrfield (library@beneschlaw.com)

Copyright Elsevier 2023

TABLE 5.10    Summary Statistics Grouped by Month for Downwind–Upwind Difference Measurements

|  | July | August | September |
|---|---|---|---|
| Minimum | −12 | −6 | −15 |
| Maximum | 128 | 99 | 117 |
| Mean | 51.65 | 45.11 | 38.52 |
| Variance | 2013 | 1155 | 1238 |
| Number of Samples | 20 | 18 | 19 |

Analysis of Variance (ANOVA) is a technique that can be used to compare the means of two or more samples. (If there are only two samples, then ANOVA is identical to the two-sample *t*-test.) It is a parametric technique so all of the same assumptions apply. It is assumed that the data are drawn at random from a normal population and that sample variances are equal.

The one-way analysis of variance technique involves, just as the name implies, an analysis of the variability or variance in a set of measurements. The test is usually conducted on experimental data designed to test the effect of various treatments on the outcome of a *single* variable (hence the one way). In this case, the null hypothesis is that the means for each treatment group are the same, i.e., $H_0$: $\mu_1 = \mu_2 = \mu_3$ etc. In our example, we could test the hypothesis that there was no significant difference in operations at the facility between the months of July, August, and September that would affect the contribution of TSP to ambient air. To test the hypothesis, we determine if the variability between months is any greater than the variability within each month of measurements. The difference measurements, grouped by month, are summarized in Table 5.10.

Two estimates of the population variance are calculated. One estimate is called the *within groups variance*, also called the error variance. It is simply a pooling of the variances within each group, analogous to the pooled variance described in Equation 5.18. In this case, the pooled variance is equal to:

$$Error\ Variance = \frac{19(2013) + 17(1155) + 18(1238)}{19 + 17 + 18} = 1484 \tag{5.31}$$

The other estimate is called the *between groups variance* and is estimated by comparing the mean of each group, $\overline{x}_i$, with the grand mean, $\overline{x}$, for all data points, where $k$ is the number of treatment groups.

$$Between\ Groups\ Variance = \frac{\sum_{i=1}^{k} n_i(\overline{x}_i - \overline{x})^2}{k - 1} \tag{5.32}$$

In our example, the between-groups variance is equal to

$$\frac{20(51.65 - 45.21)^2 + 18(45.11 - 45.21)^2 + 19(38.52 - 45.21)^2}{2} = 840 \tag{5.33}$$

If the null hypothesis is true (i.e., $H_0$: $\mu_1 = \mu_2 = \mu_3$), then the between groups variance should be essentially equal to the within groups variance and the ratio of these two quantities (between

This book belongs to Sara Starrfield (library@beneschlaw.com)    Copyright Elsevier 2023

TABLE 5.11    Analysis of Variance Table for the Null Hypothesis of No Difference among Average Downwind−Upwind Difference Measurements for the Months of July, August, and September

| Source of Variation | SS | DF | MS | F |
|---|---|---|---|---|
| Between Groups | 1680 | 2 | 840 | 0.57 |
| Within Groups (Error) | 80136 | 54 | 1484 | |
| Total | 81816 | 56 | | |

groups/within groups) should be close to one. If the group means are not equal, then the between groups variance will be larger than the within groups variance and the ratio will exceed one. The one-tailed variance ratio test or $F$ test with ($k$-1) and ($N$-$k$) degrees of freedom is used to compare variances. A one-tailed test is performed because our alternate hypothesis is that between groups variance is greater than the within groups variance, not just that it is different.

In our example, the calculated F statistic is equal to $840/1484 = 0.57$. Thus, the variance between groups is smaller than the variance within groups. The tabular value for $F$ with $\alpha = 0.05$, 2 degrees of freedom in the numerator, and 54 degrees of freedom in the denominator is 3.17, and thus we accept the null hypothesis of no difference between means.

In performing an ANOVA, the convention is to construct an ANOVA table where the variance is separated into two parts, the sum of squares ($SS$) and the degrees of freedom ($DF$). The between groups $SS$ is equal to the numerator in Equation 5.32 and the degrees of freedom is equal to the denominator. The within groups $SS$ is defined in Equation 5.34.

$$Within\ Groups\ SS = \sum_{i=1}^{k}\left[\sum_{j=1}^{n_i}\left(x_{ij} - \overline{x}_i\right)^2\right] \tag{5.34}$$

Degrees of freedom is equal to $N$-$k$. An ANOVA table for the TSP example is illustrated in Table 5.11.

Finally, we should check our assumptions of equal variance using the $F$ test. The ratio of the larger to smaller variance is $2013/1155 = 1.74$. Compared to the tabular value of $F = 2.63$ for $\alpha = 0.05$ and with 19 and 17 degrees of freedom, we can accept our null hypothesis of no difference. Because the variances are constant, we can use the pooled, within groups variance for estimating confidence limits about each of the group means. Thus, for example, the 95% confidence limits about the mean downwind − upwind difference observed in July is

$$P\left\{51.6 - 2.093\frac{\sqrt{1484}}{\sqrt{20}} \le \mu_d \le 51.6 + 2.093\frac{\sqrt{1484}}{\sqrt{20}}\right\} = 0.95 \tag{5.35}$$

where the value 2.093 is the Student's two-tailed $t$ statistic for $\alpha = 0.05$ and 19 degrees of freedom. Thus, we can say that there is a 95% probability that the true mean difference in July lies between 33.6 and 69.6 $\mu g/m^3$.

If the calculated $F$ statistic exceeded the tabular value, we would reject our null hypothesis and conclude that there is a significant difference between groups, but we would not know which groups

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

are different. There are procedures like the Tukey multiple comparison test that can be used to determine which groups are different. The Tukey test is discussed by Zar (1984) and Berthouex and Brown (1994).

Boehm et al. (1998) used analysis of variance to compare polycyclic aromatic hydrocarbons (PAHs) in sediments from different locations. The authors analyzed the distribution of PAHs in sediments collected from Prince William Sound, Alaska, to distinguish petrogenic, pyrogenic, and biogenic sources. PAH levels in sediments collected from the Bay of Isles, a bay affected by the *Exxon Valdez* oil spill, were then compared to PAH levels in sediment samples collected from a bay receiving minimal impact from the spill using analysis of variance techniques. The authors were able to show that the relative contribution of PAHs from spilled oil was low and that there is no evidence of large-scale offshore transport of spill oil to the subtidal sediments in the Bay of Isles.

The ANOVA is robust to small deviations from equal variance and normality assumptions (ZAR, 1984). However, if the deviations are significant there are nonparametric techniques available, such as the Kruskal-Wallis Test.

### 5.3.1.6 Kruskal-Wallis Test

The Kruskal-Wallis test is similar to Wilcoxon's Rank Sum test in that we are comparing the sum of ranks applied to the data. The test statistic is calculated as

$$K = \frac{12}{N(N+1)} \sum_{i=1}^{k} \frac{R_i^2}{n_i} - 3(N+1) \tag{5.36}$$

where $R_i$ is the sum of ranks for the $i$th group. For the TSP example, the sum of ranks for July, August, and September are 616, 533, and 504 respectively, and the calculated $K$ value is 0.68. There is a correction for ties. The correction factor, $C$, is given in Equation 5.37.

$$C = 1 - \frac{\sum_{j=1}^{g} t_j^3 - t_j}{N^3 - N} \tag{5.37}$$

where $g$ is the number of tied groups and $t_j$ is the number of tied data in the $j$th group. The value of $K$ corrected for ties, $K_c$, is equal to $K/C$. For large data sets (large $N$), the correction factor is minimal (in our example 0.9996 with $g = 10$ and $t_j = 2$). For larger samples, the calculated $K$ statistic is compared to the tabular value for $\chi^2$ with $v = k - 1$ degrees of freedom. At $\alpha = 0.05$ and $v = 2$, $\chi^2 = 5.991$. Thus, as expected, we arrive at the same conclusion of no difference between average downwind−upwind difference measurements for the months of July, August, and September.

The most common application of these parametric and nonparametric techniques is for the comparison of concentrations on site with background levels. Spatial and temporal variations in background can complicate the analysis but these issues can be addressed with proper sampling design and modifications to these basic procedures. Numerous techniques have been published (for example, see Liggett, 1984; Gilbert and Simpson, 1990).

In addition to comparing onsite levels with background, these statistical techniques can also be used to evaluate cost allocation schemes if it is claimed that two distinct plumes are present (by comparing distributions of constituents in each plume, for example) or to test natural resource damage claims if it is claimed that there are statistically significantly fewer wildlife species in a given area.

This book belongs to Sara Starrfield (library@beneschlaw.com)                    Copyright Elsevier 2023

### 5.3.1.7 Issues in Sampling Design

In many forensics cases, all of the data that can be used to address the questions of interest have already been collected. Although this suggests that sampling design issues are not relevant, an understanding of sampling design issues allows the forensic investigator to make the most of the available data. Sampling design issues that may limit the utility of an available data set are discussed in this section.

The goal of most statistical sampling designs is to provide independent observations that are representative of the populations of interest in sufficient number to allow reliable tests of the hypotheses of interest. A common question in sampling design is, how many samples are needed to perform a hypothesis test with the desired error rates? The answer depends on many factors. The most important factors in determining the number of samples needed for comparisons of mean values are the variances of the populations, the size of the difference in means to be detected, and the acceptable levels of the two types of potential errors that may occur in hypothesis testing (as discussed in Section 5.2.3.2). Sampling design methods for environmental projects are reviewed and discussed in a number of US EPA documents (e.g., US EPA, 2000, 2002b) as well as in Gilbert (1987).

Biased sampling is commonly encountered in forensics projects where the data have already been collected. When the bias is recognized, it is often possible to select or subdivide the data set in ways that allow the questions of interest to be addressed without bias. If the bias is not recognized, the results of the hypothesis tests (or other statistical calculations) may be erroneous. An example that illustrates these points involves the levels of metals in soils in the community around a smelter. The data set is biased because many of the data were obtained from a site investigation study that was designed to delineate and characterize a contaminated zone; the sampling density in this zone is much higher than the density over the rest of the community. When hypothesis tests are used to compare the mean of all of the concentration data from the smelter community to background levels, a significant difference is detected. The data indicate, however, that the contaminated zone is a small and distinct portion of the larger community. Once this is recognized, the data set can be divided into two subsets (one that represents the contaminated zone immediately adjacent to the smelter and another that represents the rest of the community). Hypothesis tests on these subsets show that the levels of metals in soil in the contaminated zone are elevated, whereas the levels throughout most of the community are not significantly greater than background.

Another sampling design issue that is often encountered in environmental work involves the independence of the available observations. As discussed in Section 5.2.3.3, many environmental variables are spatially and/or temporally persistent; the value at one location is closely related to the values at nearby locations and less closely related to the values at locations farther away. If the observations are related, the amount of information they provide is lower than the amount that would be available from the same number of independent observations. If this problem is ignored, the level of confidence associated with the results of the hypothesis tests is usually erroneous. Alternately, if the lack of independence is recognized, it may be compensated for by performing hypothesis tests on a selected subset composed of independent observations or by using methods designed for autocorrelated data.

One situation that illustrates these sampling design issues involves blood lead levels. Suppose a study based on voluntary sampling produces blood lead values from a large number of people in a smelter community, and similar sampling is conducted in a control community. The question of interest is whether blood lead levels have been affected by the smelter, and this question will be addressed by hypothesis testing. The null hypothesis is that the mean blood lead levels in the two

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

communities are equal; the alternate is that the mean blood lead level in the smelter community is higher than that in the control community.

Because participation in the study is voluntary, the possibility of biased sampling must be considered. The demographic characteristics of people from the control community who choose to participate in the study may be quite different from those of the smelter community participants, especially if the possibility of health effects is well publicized. Blood lead levels are related to demographic characteristics such as age, so the groups used in the hypothesis tests should be closely matched. In addition, the smelter community group may include individuals who are exposed in ways that do not occur in the control community (such as occupational exposure at the smelter, bringing lead home on clothing, etc.). Furthermore, the independence of the available measurements is questionable if many of the individuals whose blood was sampled live with other individuals whose blood was sampled. Cohabitation implies exposure to the same levels of lead in common sources such as dust, water, air, and diet. Thus, if one member of a household has an elevated blood lead level for his/her age group, other members of the household are also likely to have elevated levels. This suggests that the number of independent observations in the data set is somewhat smaller than the number of measurements. If recognized, these sampling design issues (i.e., potential bias and lack of independence) can be accounted for by selective subsampling. Ignoring these issues may lead to conclusions that are not supported by the data when more appropriate hypothesis tests are performed.

## 5.3.2 Linear Correlation and Linear Regression Analysis

Thus far, we have discussed techniques for comparing a single variable—lead in soil, TSP in ambient air, etc.—between or among samples. However, most analytical techniques are designed to measure multiple constituents at once, such as volatile organics in air or metals in soil. Simple techniques for evaluating the relationships among multiple variables in a sample are discussed in this section. The two basic techniques are correlation and regression. Other more sophisticated techniques, such as Receptor Modeling and Principal Components Analysis, are related to these basic techniques and are discussed elsewhere in the book (Chapters 18 and 20, respectively).

There are slight but important differences between linear regression and linear correlation. Simple linear regression seeks to quantify the functional dependence of one variable (the dependent variable, usually designated $y$) on another (the independent variable, usually designated $x$). The relationship is assumed to be linear, and for each value of $x$ there is assumed to be a normal distribution of $y$ values. A good example of regression analysis is the construction of an analytical calibration curve where the functional relationship between sample concentration and instrument response is quantified. In this case, the instrument response (the dependent variable) depends upon the concentration of analyte (independent variable) sampled by the instrument.

In contrast, linear correlation analysis is used to assess the linear association between two independent variables. In correlation analysis, it is assumed that *both* variables are drawn from underlying normal distributions.

### 5.3.2.1 Linear Regression Analysis

The general equation for a straight line is given in Equation (5.38).

$$y_i = \alpha + \beta x_i \tag{5.38}$$

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                        Copyright Elsevier 2023

where $\alpha$ and $\beta$ are both population parameters, $\alpha$ is the "$y$ intercept," and $\beta$ is the slope of the line. In any given data set, there are a number of straight lines that can be drawn through the data. Rarely do all the values fit on a single straight line. In regression analysis, the *best-fit line* through the data is determined; the best-fit line is defined as the line which minimizes the square of the deviations between the $y_i$ values predicted by the equation for the line (denoted by $\widehat{y}_i$) and the observed $y_i$ values, that is:

$$\sum_{i=1}^{n} (\widehat{y}_i - y_i)^2 = Minimum \tag{5.39}$$

Thus, we are trying to minimize the vertical deviations between the observed data points and the fitted line. If we could sample and determine all values of $x_i$ and $y_i$, we could determine both $\alpha$ and $\beta$. Because this is rarely possible, we estimate the slope and intercept (denoted $b$ and $a$, respectively) using the following equations:

$$b = \frac{\sum_{i=1}^{n} (x_i - \overline{x})(y_i - \overline{y})}{\sum_{i=1}^{n} (x_i - \overline{x})^2} \tag{5.40}$$

and

$$a = \overline{y} - b\overline{x} \tag{5.41}$$

The uncertainty in our estimates of the slope and intercept can be addressed using an analysis of variance approach. We are actually testing the null hypothesis that the true slope is zero, $Ho$: $\beta = 0$. A regression analysis table is constructed where the variances are broken down into a sum of squares ($SS$) term and a degrees of freedom ($DF$) term. Construction of a regression analysis table is illustrated in Table 5.12.

The analysis is similar to that in ANOVA except that instead of dealing with discreet groups, the variable $x$ is continuous. If the slope is zero, this is the same as saying that there is no difference between group means for an infinite number of groups. Once again, we have two variance estimates, the regression $MS$ and the residual $MS$. The one-tailed $F$ test with (1) and ($n - 1$) degrees of freedom is used to compare the two estimates. If there is any slope, positive or negative, the contributions from both ends of the fitted line will increase the regression $SS$ term and the ratio will exceed one.

TABLE 5.12   Construction of a Regression Analysis Table

| Source of Variation | SS | DF | MS |
|---|---|---|---|
| Total | $\sum_{i=1}^{n} (y_i - \overline{y})^2$ | n − 1 | |
| Regression | $\sum_{i=1}^{n} (\widehat{y}_i - \overline{y})^2$ | 1 | $\dfrac{Regression\ SS}{Regression\ DF}$ |
| Residual | $\sum_{i=1}^{n} (\widehat{y}_i - y_i)^2$ | n − 2 | $\dfrac{Residual\ SS}{Residual\ DF}$ |

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)

Copyright Elsevier 2023

The coefficient of determination, $r^2$, is a measure of the fraction of the total variation in $y$ that can be explained by the regression line. The coefficient of determination is equal to the regression $SS$ divided by the total $SS$, as indicated in Equation 5.42.

$$r^2 = \frac{Regression\ SS}{Total\ SS} \tag{5.42}$$

The residual $MS$ is the variance of $y$ after taking into account the dependence of $y$ on $x$. It is denoted $s^2_{y \cdot x}$. The square root of this term is known as the *standard error of the regression* or *standard error of the estimate*. It is a measure of how well the fitted equation predicts the dependence of $y$ on $x$.

The standard error of the slope, $s_b$, can be calculated from the standard error of the estimate, according to Equation 5.43.

$$s_b = \sqrt{\frac{s^2_{y \cdot x}}{\sum_{i=1}^{n} (x_i - \overline{x})^2}} \tag{5.43}$$

From the standard error of the slope, we can estimate confidence intervals about the true slope.

$$P\{b - t_{\alpha, n-2}\, s_b \leq \beta \leq b + t_{\alpha, n-2}\, s_b\} = p \tag{5.44}$$

This is an important result because in many environmental forensic investigations we are interested in discovering trends in the data. Trends in concentration that increase or decrease over time or distance can usually be evaluated using simple linear regression techniques. For example, contaminant concentrations that decrease over time at a rate that is proportional to the concentration are said to follow first order kinetics. Most natural attenuation processes in the environment, such as biodegradation, photolysis, and volatilization, are modeled assuming first order or pseudo first order kinetics. In one example, Kaplan et al. (1997) describe how the ratio of (benzene + toluene)/(ethylbenzene + xylenes) can be used to monitor changes in a dissolved gasoline plume over time. The ratio decreases over time due to greater dispersion and more rapid degradation of B + T compared to E + X. At one site, the decrease over time was modeled as a pseudo-first-order process with a half-life estimated to be 2.3 years.

The mathematical expression of this decrease over time is provided in Equation 5.45.

$$C = C_o e^{-kt} \tag{5.45}$$

where $C$ = contaminant concentration at time t, $C_o$ = contaminant concentration at t = 0, and $k$ = first-order rate constant ($t^{-1}$).

Equation 5.45 can be rearranged into a form resembling Equation 5.38 by taking the natural log of both sides of the equation. The resulting expression is presented as Equation 5.46.

$$\ln C = \ln C_o - kt \tag{5.46}$$

where the slope is equal to the negative of the first-order rate constant and the $y$ intercept is equal to the natural log of the concentration at time $t = 0$. The half-life (the time required for the

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

concentration to be decreased by one half) is equal to the value 0.693 divided by the first-order rate constant.

$$t_{1/2} = \frac{\ln(2)}{k} = \frac{0.693}{k} \tag{5.47}$$

A common practice in forensic investigations is to estimate the date of release of a contaminant to the environment based on half-life values reported in the literature. If sufficient data exist, site data may be evaluated using linear regression techniques to establish a site-specific rate constant. In addition, we can place confidence limits about our estimate to evaluate the uncertainty in release dates. If the confidence limits about the slope include zero, then the trend is not significant.

For example, the date of a release of 1,1,1-trichloroethane (TCA) to groundwater can be estimated from the first order rate of hydrolysis of TCA to form 1,1-dichloroethylene (DCE). The ratio of DCE to TCA and knowledge of the first-order rate constant that varies only with temperature can be used to determine the extent of hydrolysis and the age of the release (Gauthier and Murphy, 2003).

### 5.3.2.2 Pearson's Product Moment Correlation Coefficient

*Pearson's product moment correlation coefficient*, r, also referred to as simply the correlation coefficient, is a dimensionless value that can range from $-1$ for a perfect negative linear correlation to $+1$ for a perfect positive linear correlation. A value of zero indicates no linear relationship between variables. It is important to remember that the correlation coefficient is a measure of *linear* association between two variables. Data arranged in a perfect circle are clearly associated with each other, but these data would yield a correlation coefficient equal to zero. The correlation coefficient is a parametric statistic and it is assumed that both variables are drawn from an underlying normal distribution.

The correlation coefficient is calculated as

$$r = \frac{\sum_{i=1}^{n}(x_i - \overline{x})(y_i - \overline{y})}{\sqrt{\sum_{i=1}^{n}(x_i - \overline{x})^2 \sum_{i=1}^{n}(y_i - \overline{y})^2}} \tag{5.48}$$

The correlation coefficient can also be written as:

$$r = \frac{\sum_{i=1}^{n}(x_i - \overline{x})(y_i - \overline{y})}{(n-1)S_x S_y} = \frac{\sum_{i=1}^{n} z_x z_y}{n-1} \tag{5.49}$$

In this form, it is apparent that the correlation coefficient is like an average of the products of paired *z*-scores (Kachigan, 1991). It is also easy to see that when positive *z*-scores are paired with positive *z*-scores and negative *z*-scores are paired with negative *z*-scores, the correlation coefficient will be positive, indicating a positive correlation. When positive *z*-scores are paired with negative *z*-scores, the correlation coefficient will be negative, indicating a negative correlation.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)
Copyright Elsevier 2023

Note that the correlation coefficient is also related to the slope of the best-fit line through the data.

$$r\frac{s_y}{s_x} = b \tag{5.50}$$

The square of the correlation coefficient is called the coefficient of determination and reveals the proportion of the variance in $y$ that can be predicted from $x$ or, vice versa, the proportion of the variance in $x$ that can be predicted from $y$.

Peers (1996) notes that the correlation coefficient can be affected by the presence of outliers and suggests that it is most appropriate when n is greater than 30. In calculating $r$, we have estimated the population correlation, $\rho$, which we could calculate exactly using Equation 5.48 if we knew all values of $x$ and $y$. We can measure the confidence in our estimate by either testing the null hypothesis that the two variables are independent, that is, $Ho$: $\rho = 0$ or calculating confidence limits about $r$. The test statistic for the null hypothesis is calculated according to Equation 5.51 and compared to the t value with $n$-2 degrees of freedom.

$$t = \frac{r\sqrt{n-2}}{\sqrt{(1-r^2)}} \tag{5.51}$$

Confidence limits on $r$ can be estimated by first transforming the correlation coefficient to Fisher's $z$ value (which is different than the normal distribution z value) where:

$$Fisher's\ z = 0.5\ln\frac{(1+r)}{(1-r)} \tag{5.52}$$

and the standard error ($SE$) is given as

$$SE = \frac{1}{\sqrt{n-3}} \tag{5.53}$$

The 95% confidence limits are Fisher's $z \pm 1.96$ ($SE$), where the 1.96 is derived from the standard normal curve (i.e., 95% of the standard normal curve lies within $\pm$ 1.96 standard deviations). Once the confidence limits ($CL$) about Fisher's $z$-value are calculated, they must be converted back to correlation coefficients using the formula.

$$r = \frac{e^{2CL}-1}{e^{2CL}+1} \tag{5.54}$$

The correlation coefficient is a useful tool for exploratory data analysis. For example, Kimbrough and Suffet (1995) calculated correlation coefficients for metals (lead, antimony, arsenic, cadmium, chromium, copper, and nickel) in air, soil, and dust near two secondary lead smelters in California in order to determine those metals best suited for establishing characteristic ratios associated with impacts from the operation. Lead, antimony, and arsenic were selected, and ratios of these three species were calculated in on- and offsite samples to determine the source of offsite concentrations. A similar analysis was performed by Amter and Eckel (1996).

When multiple species are compared, it is useful to prepare a correlation matrix. It is prepared by calculating correlation coefficients for each possible pair of variables and displaying them in a matrix, as shown in Table 5.13.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

TABLE 5.13   Correlation Matrix for BTEX Concentrations Detected in Indoor Air Using Natural Log-Transformed Data

|  | Benzene | Toluene | Ethylbenzene | m/p-Xylene | o-Xylene |
|---|---|---|---|---|---|
| Benzene | 1 |  |  |  |  |
| Toluene | 0.82 | 1 |  |  |  |
| Ethylbenzene | 0.61 | 0.5 | 1 |  |  |
| m/p-Xylene | 0.56 | 0.44 | 0.99 | 1 |  |
| o-Xylene | 0.6 | 0.48 | 0.96 | 0.97 | 1 |

The correlation matrix displayed in Table 5.13 was prepared from residential indoor air samples collected at a site in Louisiana at which a prior spill had left a significant quantity of jet fuel floating on the water table. Concentrations of benzene, toluene, ethylbenzene, and xylenes (BTEX chemicals) detected in indoor air in some homes caused regulators to suspect the floating product on the water table as a source. The alternative explanation was that gasoline stored in garages for lawnmowers, automobiles, hobby supplies, or other purposes was the important source.

The highest correlation coefficients were reported for the association of ethylbenzene with the xylenes and for the association of o-Xylene with m,p-Xylene. Benzene concentrations were most closely correlated with toluene. Soil gas data were also collected at the site. Significant correlation coefficients were also recorded for BTEX chemicals in soil gas, as indicated in Table 5.14.

Soil gas beneath the site was evaluated as a potential source of BTEX chemicals in indoor air by comparing benzene/toluene (B/T) and ethylbenzene/total xylenes (E/X) ratios. Summary statistics are reported in Table 5.15. Benzene/toluene and ethylbenzene/xylene concentrations are plotted in Figures 5.6 and 5.7. Note that the soil gas data are reported in units of parts per million (ppm), whereas the indoor air data are reported in units of parts per billion (ppb).

The strong positive linear correlation between ethylbenzene and total xylenes in indoor air is evident in Figure 5.7, as the data clearly can be fit to a straight line.

TABLE 5.14   Correlation Matrix for BTEX Concentrations Detected in Soil Gas Using Natural Log-Transformed Data

|  | Benzene | Toluene | Ethylbenzene | Xylenes |
|---|---|---|---|---|
| Benzene | 1 |  |  |  |
| Toluene | 0.66 | 1 |  |  |
| Ethylbenzene | 0.52 | 0.94 | 1 |  |
| Xylenes | 0.47 | 0.86 | 0.88 | 1 |

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

TABLE 5.15  Comparison of Benzene/Toluene and Ethylbenzene/Total Xylenes Ratios in Indoor Air and Soil Gas

| | Benzene/Toluene | | Ethylbenzene/Xylenes | |
|---|---|---|---|---|
| Statistic | Indoor Air | Soil Gas | Indoor Air | Soil Gas |
| Average | 0.59 | 3.38 | 0.19 | 0.70 |
| Std. Dev. | 0.23 | 3.46 | 0.03 | 0.57 |
| Minimum | 0.16 | 0.44 | 0.14 | 0.20 |
| Maximum | 0.98 | 17.0 | 0.26 | 4.0 |
| # Samples | 17 | 60 | 26 | 48 |



FIGURE 5.6  Scatter plot of benzene and toluene concentrations in indoor air and soil gas.



FIGURE 5.7  Log-log scatter plot of ethylbenzene and total xylenes concentrations in indoor air and soil gas.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)    Copyright Elsevier 2023



FIGURE 5.8  Double ratio plot of ethylbenzene/total xylenes vs. benzene/toluene for indoor air and soil gas.

TABLE 5.16    Benzene/Toluene and Ethylbenzene/Total Xylenes Ratios Reported in Gasoline Related Samples, Indoor Air, and Soil Gas

| Sample Type | Benzene/Toluene Ratio | Ethylbenzene/Xylenes Ratio |
|---|---|---|
| Indoor Air | 0.59 | 0.19 |
| Ambient Air Sampled Near Busy Roadway[a] | 0.41 | 0.21 |
| Headspace Sampled Above Gasoline[a] | 0.50 | 0.20 |
| Gasoline Engine Exhaust (catalyst)[b] | 0.42 | 0.27 |
| Gasoline Engine Exhaust (no catalyst)[b] | 0.62 | 0.21 |
| Whole Liquid Gasoline[b] | 0.19 | 0.16 |
| Soil Gas (Louisiana Site) | 3.38 | 0.70 |

[a] Conner et al. (1995)
[b] Harley et al. (1992)

B/T ratios in indoor air ranged from 0.16 to 0.98, with an average of 0.59, whereas soil gas B/T ratios ranged from 0.44 to 17, with an average value of 3.38. A Student's *t*-test performed on log-transformed data indicated a significant difference between data sets at the 99% confidence level. A similar conclusion may be drawn by comparing E/T ratios. E/T ratios in indoor air ranged from 0.14 to 0.26, with an average of 0.19, compared to soil gas E/T ratios with a range of 0.2 to 4.0, with an average of 0.7.

Once significant ratios have been identified, double ratio plots can be an effective means of displaying the results. A double ratio plot of B/T vs E/X is shown in Figure 5.8. The indoor air data are neatly clustered in the lower left corner of the plot, and there appears to be no relationship between BTEX concentrations detected in indoor air and soil gas. In contrast, characteristic ratios reported in the literature for gasoline related sources are remarkably similar (Table 5.16).

This book belongs to Sara Starrfield (library@beneschlaw.com)                    Copyright Elsevier 2023

### 5.3.2.3 *Spearman Rank Correlation Coefficient*

If the data are obviously not normal, then a nonparametric technique may be used. The Spearman Rank Correlation Coefficient, $r_s$, is a correlation technique that operates on the ranks of the data. Each variable is ranked separately and the difference between ranks for each data pair is recorded. The Spearman Rank Correlation Coefficient is calculated according to the following equation:

$$r_s = 1 - \frac{6 \sum_{i=1}^{n} d_i^2}{n^3 - n} \tag{5.55}$$

where $d_i$ is the difference between ranks for each data pair $= x_i, y_i$. If ties are involved, the equation is more complicated but only makes an appreciable difference if there are a large number of ties,

$$r_s = \frac{\frac{(n^3-3)}{6} - \sum_{i=1}^{n} d_i^2 - \sum T_x - \sum T_y}{\sqrt{\left[\frac{(n^3-3)}{6} - 2\sum T_x\right]\left[\frac{(n^3-3)}{6} - 2\sum T_y\right]}} \tag{5.56}$$

where $g$ is the number of tied groups, $t_j$ is the number of tied data in the $j$th group, and

$$\sum T_x = \frac{\sum_{j=1}^{g}\left(t_j^3 - t_j\right)}{12} \text{ (for } x \text{ values)} \tag{5.57}$$

and

$$\sum T_y = \frac{\sum_{j=1}^{g}\left(t_j^3 - t_j\right)}{12} \text{ (for } y \text{ values)} \tag{5.58}$$

Hypothesis testing and setting confidence limits are performed as described for the Pearson product moment correlation Coefficient.

In addition to exploratory data analysis, the Spearman Rank Correlation Coefficient is a useful statistic for detecting trends in concentration with time and distance (El-Shaarawi et al., 1983; Gauthier, 2001). There are no underlying distribution assumptions and the distance and time measurements need not be uniformly spaced.

As an example, benzene concentration data presented by Zemo (2000) are plotted in Figure 5.9. The data in Figure 5.9 suggest that benzene levels are decreasing. The Spearman Rank Correlation Coefficient can be used to test if the decrease is significant. Using Equation 5.55, the calculated rank correlation coefficient is $-0.586$ and, using Equation 5.51, the calculated t statistic is 3.688. The corresponding $t$ value with $\alpha = 0.05$ and 26 degrees of freedom is 2.056. Since the calculated $t$ statistic exceeds the tabular value, we can reject our null hypothesis of $\rho = 0$ and conclude at the 95% probability level that there is a negative linear relationship between benzene concentrations and time.

The same type of analysis could also be used to evaluate trends with distance from a source.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                        Copyright Elsevier 2023



FIGURE 5.9   Benzene concentration (log scale) vs. time, *Zemo, 2000*.

### 5.3.2.4 Multiple Linear Regression and Correlation

The logical extensions to simple linear regression and correlation models are multiple linear regression and correlation techniques. In most cases, we have simultaneous measurements of more than two variables. We can extend the concepts of linear regression and quantify the dependence of a single variable on multiple independent variables. Equation 5.59 describes the general equation.

$$\widehat{y}_i = \alpha + \beta_1 x_{1,i} + \beta_2 x_{2,i} + \dots \beta_m x_{m,i} \tag{5.59}$$

It is assumed that $y$ is linearly dependent on $x_1$ and also linearly dependent on $x_2$ and so on. The $\beta$ terms are called partial regression coefficients and provide a measure of the relationship between y and a single x variable after removing the effects of all other variables. For example, $\beta_1$ is a measure of the relationship between $y$ and $x_1$ after accounting for effects from all other $x$ variables. The $\alpha$ term is equal to the $y$ intercept when all the $\beta$ terms are set equal to zero.

Using the basic approach illustrated in Table 5.14, it is possible to evaluate the fit of the regression curve, calculate a coefficient of multiple determination analogous to Equation 5.42, and calculate a multiple correlation coefficient reflecting the overall relationship between all m variables. The equations for performing a multiple regression analysis and calculating the $\alpha$ and $\beta$ terms are beyond the scope of this chapter (for a discussion of techniques, see Zar, 1984).

One example in which linear regression techniques were used to evaluate spatial patterns of soil contamination is presented by Small et al. (1995). The authors modeled residential soil lead concentrations near a former automotive battery recycling facility in Pennsylvania to distinguish contributions from the site from other sources such as lead-based paint. A weighted least squares multiple linear regression technique was used. Contributions from the site were represented by relative deposition rates estimated with an atmospheric dispersion model. The authors used indicator variables to represent potential contributions from lead-based paint and other sources. For example, whether or not the sample was collected within five feet of a home built prior to 1955 was selected as an indicator of potential contributions from lead-based paint. Effects from drainage features that might result in concentration enhancements were also included in

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

the model. With this model, the authors were able to predict the spatial distribution of lead in soils and help identify additional properties likely to contain lead in soils above the specified cleanup level.

## 5.3.3 Mapping: Trends and Spatial Persistence

Many forensics cases involve maps that illustrate the spatial distribution of the environmental variables of interest. These maps may be used to identify and investigate potential contaminant sources and transport patterns and also to calculate areal averages. Statistical methods that may be used in forensics cases to create maps and characterize spatial variation are discussed in this section.

### 5.3.3.1 Trends, Spatial Persistence, and Autocorrelation

Many of the environmental variables studied in forensics projects vary gradually over the area of interest. The variation of these variables may be thought of as a combination of a regional trend and local deviations from the trend. A trend is a systematic (predictable) pattern of variation. Although some data sets do not exhibit significant regional trends, the regional trend component of a spatial data set usually represents a substantial portion of the variation over the area of interest and provides a basis for estimating the value at unsampled locations. Local deviations are the differences between the actual value at each location and the value estimated by the trend. The decomposition of the total variation into these two components is sometimes subjective, but both of these components of the total variation should be considered in developing maps that involve the estimation of values at unsampled locations. Even in cases where the trend is of more interest than the local deviation, both components should be evaluated if the project involves estimation of areal averages or values at specific locations.

The local deviations from a regional trend often exhibit a substantial degree of spatial persistence. A spatially persistent variable is one for which the value at any location is closely related to the values at nearby locations. Although spatial persistence may complicate the derivation of accurate confidence intervals and hypothesis tests, the spatial persistence of the local deviations from a large-scale trend can be used to derive more accurate isopleth maps. When many observations are available, the degree of spatial persistence can be characterized by calculating the degree of autocorrelation over the distances between the sampling locations. If the variable of interest is autocorrelated over distances that are greater than the distance between adjacent sampling locations, knowledge of the value at one sampling location provides information regarding the values at other nearby sampling locations. The correlation structure of a data set may be characterized by constructing an autocorrelogram or a semi-variogram. Both of these figures illustrate the strength of the association of values as a function of separation distance. In general, the strength of this association declines gradually as separation distance increases. Both methods are explained in detail in Davis (1986). The premise underlying the construction of these graphs is that the difference in value between two locations separated by a given distance is independent of their location in the field. This premise is not consistent with the presence of trends, so spatial persistence should not be evaluated without investigating the possibility of significant spatial trends.

Regional trends are commonly identified by developing a series of numerical models that estimate the observed values as a function of location, then selecting one model to represent the trend. Goodness of fit statistics are often used to select the best trend model, but other characteristics of the variable of interest should also be considered. For concentration data, the nature and scale of

This book belongs to Sara Starrfield (library@beneschlaw.com)                    Copyright Elsevier 2023

the variation may be associated with the mechanisms by which the substances of interest are released and transported. For example, the concentrations in surface soils of substances released to the atmosphere as a plume from a single point (e.g., a stack) may vary gradually over a very large area in a pattern aligned with the prevailing winds. Alternately, the concentrations of substances that are released to soil and tend to sorb onto soil particles may be primarily determined by drainage patterns and the degree of soil erosion that has occurred since the release; the area affected by such releases may be relatively small and sharply defined. The following section describes a statistical method of identifying regional trends (trend surface analysis), but nonstatistical factors should also be considered in selecting the most appropriate trend for a specific project and data set.

### 5.3.3.2 Isopleth Mapping and Interpolation Methods

Isopleths (i.e., lines that connect points of equal value, often referred to as contour lines) are added to maps to illustrate spatial trends and provide estimates of values at unsampled locations. A variety of algorithms are available for developing isopleths from environmental data sets. These methods vary in the degree to which they honor the available data and make use of all relevant information to estimate unknown values.

Trend surface analysis is a method that is most commonly used to characterize data sets that exhibit strong regional trends. This method uses the regression techniques to calibrate equations (models) that predict the value of the variable of interest at each point as a function of location coordinates. First, second, and third order trend surfaces are commonly considered; the general equations for these models are provided in Table 5.17. Higher order models may be developed if sufficient data are available to allow reliable calibration. The significance of various trend surface models can be tested to identify the surface that provides the best representation of the trend without unnecessary model complexity. The selected surface can then be used to construct isopleths that illustrate the regional trend. The method is explained in more detail in Davis (1986). The surfaces developed by this method are not constrained to match the values observed at the sampling locations used in calibrating the model, but the proportion of the total variation that is explained by these models may be very high. Thus, even though the model does not predict the observed values at the sampled locations exactly, the estimates represented by the isopleths may be quite accurate. In cases where the regional trends are of more interest than the values at individual points, the variation that is not explained by the model (i.e., the local deviation) is frequently ignored. Trend surface analysis is best suited to data sets that are dominated by large-scale regional trends, such as concentration patterns resulting from aerial dispersion and deposition.

TABLE 5.17    General Equations for Trend Surface Models

| Order of Trend | Trend Surface Equation |
| --- | --- |
| First | $Z = b_0 + b_1X + b_2Y$ |
| Second | $Z = b_0 + b_1X + b_2Y + b_3X^2 + b_4XY + b_5Y^2$ |
| Third | $Z = b_0 + b_1X + b_2Y + b_3X^2 + b_4XY + b_5Y^2 + b_6X^3 + b_7X^2Y + b_8XY^2 + b_9Y^3$ |

*X and Y are the Cartesian location coordinates of the observed values and Z is the property being evaluated for spatial trends.*

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                          Copyright Elsevier 2023

The mapping methods that are most appropriate for data sets that exhibit no trend or a high degree of local variation and spatial persistence are generally based on weighted moving averages. In preparation for drawing isopleths, the available data are used to estimate the values at the nodes of a rectangular grid. The value at each grid node is estimated as a function (usually a weighted average) of the values observed at nearby sampling locations. In some of these interpolation methods, the weights are assigned as a function of distance to the node for which the estimate is being developed. Although a variety of moving average methods are available for selecting and weighting the nearby observations, only a few of these algorithms assign weights by statistical analysis of the available data.

The mapping method that makes the greatest use of statistics is kriging. In this procedure, the value at each node is calculated as a weighted average of all of the observations that are located within the radius of influence. The radius of influence is the distance over which the variable of interest exhibits significant spatial persistence, which is determined by semivariogram analysis. The weights assigned to the observations are based on the expected difference in value at the distance between each observation and the node. The method is described in greater detail by Davis (1986). Because the expected difference in value for each point in the moving average is known, the expected error of the estimate derived for each node can be calculated. Thus, kriging produces estimated values that match the available observations and provides an index of the accuracy of the interpolated estimates at unsampled locations.

Examples of isopleth maps generated by trend surface analysis and moving average methods are provided in Figures 5.10 through 5.14.[13] Each of these figures is an isopleth map derived from concentration data for metals measured at 180 locations. The first three figures were generated by trend surface analysis. The first-order surface shown in Figure 5.10 represents the variation as a plane sloping downward to the west-northwest. The second-order trend surface shown in Figure 5.11 indicates a region of relatively high values near the center of the field with a gradual decline in value in all directions. The third-order trend surface in Figure 5.12 reveals the existence of a hot spot with a steep decline in most directions, but not to the north—northeast. Such a pattern could be explained by a point source (e.g., a stack) with prevailing winds to the north-northeast. The last figure in this series (Figure 5.13), which was derived by kriging, suggests that there may be two hot spots rather than a single point source with an elongated footprint in the downwind direction.

These figures are provided to illustrate the characteristics of isopleth maps developed by two types of statistical mapping methods: trend surface analysis, which is based on regression, and kriging, which is a weighted moving average approach. In trend surface analysis, all of the available data are used to calibrate a model that estimates the value at each point as a function of its location coordinates. All of the observed values are treated as independent observations of the regional pattern, and each observation is used in estimating the value at each point in the field of interest. This approach is appropriate when the objective of the investigation is to identify a regional trend and there is little interest in the local deviation from this trend. Although trend surface models do not usually match the observed values precisely, they can be derived using relatively small data sets. By way of contrast, kriging focuses on the local variation; the values

---

[13] All of these figures were generated using Surfer® 8 software (Golden Software, Inc., Denver, CO), which also provides other options and mapping methods.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                    Copyright Elsevier 2023



FIGURE 5.10   Isopleth map for first-order trend surface.

at unsampled locations are estimated using only the values measured at nearby points and the interdependence of values at nearby points is used to improve the accuracy of the estimates. When local patterns and values at specific points are of interest, kriging is the appropriate method. Maps produced by kriging honor the observed values, but relatively large data sets are usually needed to develop reliable semivariograms.

### 5.3.3.3 Estimation of Areal Averages

Environmental forensics projects frequently involve estimation of average values for areas that are defined by political or property boundaries. The simplest way to derive these estimates is to average

This book belongs to Sara Starrfield (library@beneschlaw.com)                                                                Copyright Elsevier 2023



**FIGURE 5.11**  Isopleth map for second-order trend surface.

all of the observations collected within the area of interest. This is consistent with the assumptions that underlie most classic statistical methods; that is, the observed values are independent observations that are all equally representative of the population of interest. In cases in which the data set is characterized by significant trends or spatial persistence, however, weighted averaging methods should be considered.

Block kriging is a statistical method of computing areal averages that can be used with data sets that exhibit both regional trends and spatial persistence. This method generally provides average

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023



**FIGURE 5.12**   Isopleth map for third-order trend surface.

values for rectangular areas and is appropriate for use with large data sets. When the data set is small, and especially when regional trends account for nearly all of the total variation, weighted averages calculated from isopleth maps are appropriate. The area is divided into subareas by the isopleths, each subarea is represented by the average of the isopleths that define it, and the weights are based on the proportion of the total area in each subarea. In cases where significant trends are not evident,

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                      Copyright Elsevier 2023



FIGURE 5.13   Isopleth map developed by kriging.

the method of Thiessen polygons may be more appropriate. This method assumes that the value at each unsampled location is equal to the value at the nearest sampled location. The area of interest is divided into subareas by the perpendicular bisectors of the lines that connect the various sampling locations, and the proportion of the total area represented by each observation is used to assign weights in the averaging process. An example of a field of values divided into Thiessen polygons is shown in Figure 5.14.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)                                    Copyright Elsevier 2023

5. STATISTICAL METHODS



FIGURE 5.14   Thiessen polygon plot.

## 5.4 CONCLUSION

Relatively simple statistical analysis techniques can be used in environmental forensic investigations to compare data sets, characterize associations between variables, evaluate trends, and make predictions. Moreover, it is often possible to assign a degree of confidence to the results. This advantage is particularly useful in litigation scenarios, in which experts are often asked to assign a probability to the correctness of their opinions.

Of course, the results are not always unambiguous. After all, it was Benjamin Disraeli who said: "There are three kinds of lies. Lies, damn lies, and statistics." The outcome of a test depends upon

This book belongs to Sara Starrfield (library@beneschlaw.com)          Copyright Elsevier 2023

which data are included. For example, the decrease in benzene concentrations in Figure 5.9 is not significant if we only look at data between 1991 and 1996. Thus, the results of any statistical analysis should be interpreted in relation to which data are included (and which data are *not* included), how the test was performed, what assumptions were made, and the validity of those assumptions.

# REFERENCES

Amter, S., Eckel, W.P., 1996. Comment on "Off-site forensic determination of airborne elemental emissions by multi-media analysis: a case study at two secondary lead smelters." Environmental Science & Technology 30 (7), 2417−2418.

Antweiler, R.C., Taylor, H.E., 2008. Evaluation of statistical treatments of left-censored environmental data using coincident uncensored data sets: I. Summary statistics. Environmental Science & Technology 42 (10), 3732−3738.

Berthouex, P., Brown, L., 1994. Statistics for Environmental Engineers. CRC Press, Boca Raton, FL.

Boehm, P.D., Page, D.S., Gilfillan, E.S., Bence, A.E., Burns, W.A., Mankiewicz, P.J., 1998. Study of the fates and effects of the *Exxon* Valdez oil spill on benthic sediments in two bays in Prince William Sound, Alaska. 1. Study design, chemistry, and source fingerprinting. Environmental Science & Technology 32, 567−576.

Charrow, R.P., Bernstein, D.E., 1994. Scientific Evidence in the Courtroom: Admissibility and Statistical Significance after Daubert. Washington Legal Foundation, Washington, D.C.

Clarke, J.U., 1998. Evaluation of censored data methods to allow statistical comparisons among very small samples with below detection limit observations. Environmental Science & Technology 32 (1), 177−183.

Conner, T.L., Lonneman, W.A., Seila, R.L., 1995. Transportation-related volatile hydrocarbon source profiles measured in Atlanta. Journal of the Air & Waste Management Association 45, 383−394.

Davis, J.C., 1986. Statistics and Data Analysis in Geology, second ed. John Wiley & Sons, New York, NY.

El-Shaarawi, A.H., Esterby, S.R., Kuntz, K.W., 1983. A statistical evaluation of trends in the water quality of the Niagara River. Journal of Great Lakes Research 9 (2), 234−240.

Gauthier, T.D., 2001. Detecting trends using Spearman's Rank Correlation Coefficient. Environmental Forensics 2, 359−362.

Gauthier, T.D., Murphy, B.L., 2003. Age dating groundwater plumes based on the ratio of 1,1-dichloroethylene to 1,1,1-trichloroethane: An uncertainty analysis. Environmental Forensics 4, 205−213.

Georgian, T., Osborn, K.E., 2001. A practical strategy for determining and verifying detection limits. Environmental Testing and Analysis May/June, 13−14.

Gilbert, R.O., 1987. Statistical Methods for Environmental Pollution Monitoring. Van Nostrand Reinhold, New York, NY.

Gilbert, R.O., Simpson, J.C., 1990. Statistical sampling and analysis issues and needs for testing attainment of background-based cleanup standards. Presented at the Workshop on Superfund Hazardous Waste, Arlington, VA. February 21−22.

Harley, R.A., Hannigan, M.P., Cass, G.R., 1992. Respeciation of organic emissions and the detection of excess unburned gasoline in the atmosphere. Environmental Science & Technology 26, 2395−2408.

Helsel, D.R., Cohn, T.A., 1988. Estimation of descriptive statistics for multiply censored water quality data. Water Resources Research 24 (12), 1997−2004.

Helsel, D., 1990. Less than obvious: Statistical treatment of data below the detection limit. Environmental Science & Technology 24 (12), 1766−1774.

Helsel, D., 2005a. More than obvious: Better methods for interpreting nondetect data. Environmental Science & Technology 39 (20), 419A−423A.

Helsel, D., 2005b. Nondetects and Data Analysis: Statistics for Censored Environmental Data. John Wiley & Sons, Inc., Hoboken, NJ.

Helsel, D.R., 2006. Fabricating data: How substituting values for nondetects can ruin results, and what can be done about it. Chemosphere 65, 2434−2439.

Helsel, D., 2010. Much ado about next to nothing: Incorporating nondetects in science. Annals of Occupational Hygiene 54 (3), 257−262.

Helsel, D. 2012. KMStats.xls downloaded at www.practicalstats.com/nada/downloads_files/KMStats15.xls

Hewett, P., Ganser, G.H., 2007. A comparison of several methods for analyzing censored data. Annals of Occupational Hygiene 51 (7), 611−632.

Higgs, F.J., Mielke, H.W., Brisco, M., 1999. Soil lead at elementary public schools: comparison between school properties and residential neighborhoods of New Orleans. Environmental Geochemistry and Health 21, 27−36.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)
Copyright Elsevier 2023

Kachigan, S.K., 1991. Multivariate Statistical Analysis: A Conceptual Introduction. Radius Press, New York, NY.

Kaplan, I.R., Galperin, Y., Lu, S., Lee, R., 1997. Forensic environmental geochemistry: differentiation of fuel types, their source and release time. Organic Geochemistry 27 (5/6), 289–317.

Kimbrough, D.E., Suffet, I.H., 1995. Off-site forensic determination of airborne elemental emissions by multi-media analysis: a case study at two secondary lead smelters. Environmental Science & Technology 29, 2217–2221.

Land, C.E., 1975. Tables of confidence limits for linear functions of the normal mean and variance. Selected Tables in Mathematical Statistics III, 385–419.

Langley, R., 1970. Practical Statistics. Dover Publications, Inc., NewYork, NY.

Leith, K.F., Bowerman, W.W., Wierda, M.R., Best, D.A., Grubb, T.G., Sikarske, J.G., 2010. A comparison of techniques for assessing central tendency in left-censored data using PCB and p,p'DDE contaminant concentrations from Michigan's bald eagle biosentinel program. Chemosphere 80, 7–12.

Liggett, W., 1984. Detecting elevated contamination by comparisons with background. Environmental Sampling for Hazardous Wastes. American Chemical Society, Washington, D.C., pp. 119–128.

Oakes, M., 1986. Statistical Inference. Epidemiology Resources Inc., Chestnut Hill, MA.

Ott, W.R., 1990. A physical explanation of the lognormality of pollutant concentrations. Journal of the Air & Waste Management Association 40, 1378–1383.

Parkin, T.B., Meisinger, J.B., Chester, S.T., Starr, J.L., Robinson, J.A., 1988. Evaluation of statistical estimation methods for lognormally distributed variables. Soil Science Society of America Journal 52, 323–329.

Peers, I., 1996. Statistical Analysis for Education & Psychology Researchers. The Falmer Press, London.

Porter, P.S., Rao, S.T., Ku, J.-Y., Poirot, R.L., Dakins, M., 1997. Small sample properties of nonparametric bootstrap *t* confidence intervals. Journal of the Air & Waste Management Association 47, 1197–1203.

Reckhow, K.H., Clements, J.T., Dodd, R.C., 1990. Statistical evaluation of mechanistic water-quality models. Journal of Environmental Engineering 116 (2), 250–268.

Ross, D.L., 1997. Multivariate statistical analysis of environmental monitoring data. Ground Water 35 (6), 1050–1057.

Schulz, T.W., Griffin, S., 1999. Estimating risk assessment exposure point concentrations when data are not normal or lognormal. Risk Analysis 19 (4), 577–584.

Singh, A.K., Singh, A., Engelhardt, M., 1997. The lognormal distribution in environmental applications. US EPA Office of Research and Development, EPA/600/R-97/006. December.

Singh, A., Maichle, R., Lee, S.E., 2006. On the Computation of a 95% Upper Confidence Limit of the Unknown Population Mean Based Upon Data Sets with Below Detection Limit Observations. Report prepared for US Environmental Protection Agency Office of Research and Development National Exposure Research Laboratory. EPA/600/R-06/022. March.

Small, M.J., Nunn, A.B., Forslund, B.L., Daily, D.A., 1995. Source attribution of elevated residential soil lead near a battery recycling facility. Environmental Science & Technology 29, 883–895.

Travis, C.C., Land, M.L., 1990. Estimating the mean of data sets with nondetectable values. Environmental Science & Technology 24 (7), 961–962.

US EPA, 1989. Statistical Analysis of Ground-Water Monitoring Data at RCRA Facilities – Interim Final Guidance. Office of Solid Waste, Washington, D.C. February.

US EPA, 1992. Supplemental Guidance to RAGS: Calculating the Concentration Term. Office of Solid Waste and Emergency Response, Washington, D.C. Publication 9285.7–081. May.

US EPA, 2000. Data Quality Objectives Process for Hazardous Waste Site Investigations (QA/G-4HW). Office of Environmental Information, Washington, D.C. Publication EPA/600/R-00/007. January.

US EPA, 2002a. Calculating Upper Confidence Limits for Exposure Point Concentrations at Hazardous Waste Sites. Office of Solid Waste and Emergency Response, Washington, D.C. Publication 9285.6–10. December.

US EPA, 2002b. Guidance on Choosing a Sampling Design for Environmental Data Collection. Office of Environmental Information, Washington, D.C. Publication EPA/240/R-02/005. December.

US EPA, 2006. Data Quality Assessment: Statistical Methods for Practitioners. Office of Environmental Information, Washington, D.C. Publication EPA/240/B-06/003. February.

US EPA, 2010. ProUCL Version 4.1 User Guide (Draft) Statistical Software for Environmental Applications for Data Sets with and without Nondetect Observations. Office of Research and Development, Washington, D.C. Publication EPA/600/R-07/041. May.

Zar, J.H., 1984. Biostatistical Analysis, second ed. Prentice Hall, Englewood Cliffs, NJ.

Zemo, D., 2000. Environmental Litigation: Advanced Forensics and Legal Strategies. University of Wisconsin Short Course. April 14.

I. BASIC INFORMATION

This book belongs to Sara Starrfield (library@beneschlaw.com)

Copyright Elsevier 2023