UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-11293-SVW-JPR | Date | July 28, 2023 |
|---|---|---|---|
| Title | *California Department of Toxic Substances Control et al. v. NL Industries, Inc. et al.* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER TO SHOW CAUSE REGARDING SUPPLEMENTAL JURISDICTION OVER PLAINTIFFS' PUBLIC NUISANCE CLAIM

The Court contemplates whether it should retain supplemental jurisdiction over Plaintiffs' public nuisance claim against NL Industries. Plaintiffs and NL are ordered to respond by August 14, 2023. *See Ho v. Russi*, 45 F.4th 1083, 1086 (9th Cir. 2022).

**IT IS SO ORDERED.**

Initials of Preparer    PMC