JOHN HOYT HOLLOWAY, Bar No. 181190
john.holloway@bbklaw.com
WENDY Y. WANG, Bar No. 228923
wendy.wang@bbklaw.com
A. PATRICIA URSEA, Bar No. 221637
patricia.ursea@bbklaw.com
KATRINA WRAIGHT, Bar No. 312424
katrina.wraight@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California 90071
Telephone: (213) 617-8100
Facsimile: (213) 617-7480

Attorneys for Third-Party Defendants
COUNTY OF LOS ANGELES AND CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>    Plaintiffs,<br><br>v.<br><br>NL INDUSTRIES, INC., a New Jersey corporation; et al.,<br><br>    Defendants. | Case No. 2:20-CV-11293-SVW-JPR<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**NOTICE OF REQUEST FOR REMOTE APPEARANCE BY THIRD PARTY DEFENDANTS COUNTY OF LOS ANGELES, AND CITY OF LOS ANGELES**<br><br>Date: May 19, 2025<br>Time: 1:30 p.m.<br>Ctrm: 10A<br><br>3rd Party Complaint Filed: 08/16/2021<br>Action Filed: 12/14/2020<br>Trial Date: 04/19/2022 |
| NL INDUSTRIES, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation; et al.,<br><br>    Third-Party Defendants. | |

**PLEASE TAKE NOTICE** that counsel for Third-Party Defendants County of Los Angeles and City of Los Angeles hereby requests to appear remotely for the hearing on Gould Electronics, Inc.'s Motion for Clarification on the Scope of and Legal Standard for Phase 4, currently set for May 19, 2025 in Courtroom 10A at 1:30 p.m.  If permitted by the Court, Katrina Wraight will spectate via the Zoom link provided by the Court for the above-stated courtroom.

Dated:  April 23, 2025                     BEST BEST & KRIEGER LLP

By:  /s/ *Katrina Wraight*
JOHN HOYT HOLLOWAY
WENDY Y. WANG
A. PATRICIA URSEA
KATRINA WRAIGHT

Attorneys for Third-Party Defendants
COUNTY OF LOS ANGELES AND
CITY OF LOS ANGELES