# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:20-cv-11293-SVW-JPR |
| Date | November 4, 2025 |
| Title: | California Department of Toxic Substances Control v. NL Industries, Inc. et al |

**Present: The Honorable** STEPHEN V. WILSON

| Daniel Tamayo | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Thomas Sims
Yume Hoshijima

**Attorneys Present for Defendants:**
Joel L. Herz; Richard A. Dongell; Bina R. Reddy; Donald Sobelman; Anthony Papetti; John Ugai; Nick Secco; Lily North; Jessica Kyle

__4th__ Day Court Trial   ____ Day Jury Trial

☐ One day trial:   ☐ Begun (1st day);   ☐ Held & Continued;   ☒ Completed by jury verdict/submitted to court.

☐ The Jury is impaneled and sworn.
☐ Opening statements made by
☑ Witnesses called, sworn and testified.   ☑ Exhibits Identified   ☑ Exhibits admitted.
☑ Plaintiff(s) rest.   ☑ Defendant(s) rest.
☐ Closing arguments made by   ☐ plaintiff(s)   ☐ defendant(s).   ☐ Court instructs jury.
☐ Bailiff(s) sworn.   ☐ Jury retires to deliberate.   ☐ Jury resumes deliberations.
☐ Jury Verdict in favor of   ☐ plaintiff(s)   ☐ defendant(s) is read and filed.
☐ Jury polled.   ☐ Polling waived.
☑ Filed Witness & Exhibit Lists   ☐ Filed jury notes.   ☐ Filed jury instructions.
☐ Judgment by Court for   ☐ plaintiff(s)   ☐ defendant(s).
☐ Findings, Conclusions of Law & Judgment to be prepared by   ☐ plaintiff(s)   ☐ defendant(s).
☑ Case submitted.   ☑ Briefs to be filed by **First week of December**
☐ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
☐ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
☐ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
☐ Settlement reached and placed on the record.
☐ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
☐ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
☐ Trial subpoenaed documents returned to subpoenaing party.
☐ Case continued to _____ for further trial/further jury deliberation.
☑ Other: Responsive Briefs due the first week of January 2026
The Motion in Limine hearings set for 12/8/2025, to be reset at a later date to late January 2026

|  |  |
|---|---|
|  | 2 : 10 |
| Initials of Deputy Clerk | DTA |

cc: